# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wood, Kimba M. | U.S. District Court, SDNY | 10/05/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 1/1/2019 **to** 12/31/2019 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 Pearl Street<br>New York, NY 10007 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | New York City Ballet, Inc. |
| 2. Trustee | The Frank E. Richardson 2011 Insurance Trust Agreement (See Note 4 in Section VIII) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019* | Morgan Stanley Pension Benefit |
| 2. 2019* | Fee Income (Mgmt Fee Offset) - Blackstone VIII, Gemspring Capital, Vestar Capital, Tinicum |
| 3. | |
| 4. | |
| 5. *(various) | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Line of Credit - #1 | P1 |
| 2. | Citibank | Line of Credit - #2 | P1 |
| 3. | Sentinel Capital Partners (See Note 12 in Section VIII) | Credit Extended by Sentinel for Purchase of Portfolio Companies | P1 |
| 4. | Citibank (Includes original card and its replacement) | Credit Card | J |
| 5. | American Express | Credit Card | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | EXXON CORP COMMON STOCK | C | Dividend | L | T | | | | | |
| 2. | INVESTMENT ACCOUNT #1 (FKA US BANK #1) (LINES 3-38) (IA) (H) | | | | | | | | | |
| 3. | FIRST AM GOVT OB FUND CL Z (SEE NOTE 14 IN SECT VIII) | B | Dividend | K | T | Buy<br>(add'l) | 03/01/19 | K | | |
| 4. | | | | | | Sold<br>(part) | 03/05/19 | K | | |
| 5. | | | | | | Buy<br>(add'l) | 03/05/19 | J | | |
| 6. | | | | | | Sold<br>(part) | 03/06/19 | J | | |
| 7. | | | | | | Buy<br>(add'l) | 08/02/19 | L | | |
| 8. | | | | | | Sold<br>(part) | 08/02/19 | K | | |
| 9. | | | | | | Sold<br>(part) | 10/08/19 | M | | |
| 10. | | | | | | Buy<br>(add'l) | 10/08/19 | M | | |
| 11. | | | | | | Buy<br>(add'l) | 10/31/19 | L | | |
| 12. | | | | | | Buy<br>(add'l) | 11/18/19 | J | | |
| 13. | | | | | | Sold<br>(part) | 11/18/19 | J | | |
| 14. | | | | | | Buy<br>(add'l) | 12/17/19 | J | | |
| 15. | | | | | | Sold<br>(part) | 12/17/19 | J | | |
| 16. | | | | | | Sold<br>(part) | 12/18/19 | J | | |
| 17. | | | | | | Buy<br>(add'l) | 12/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 12/23/19 | J | | |
| 19. | | | | | Sold (part) | 12/26/19 | K | | |
| 20. ARTISAN GLOBAL VALUE ADVISOR | A | Dividend | K | T | Sold (part) | 10/08/19 | J | | |
| 21. ARTISAN INTERNATIONAL VALUE ADVISOR | B | Dividend | L | T | Buy | 10/08/19 | K | | |
| 22. | | | | | Buy (add'l) | 12/26/19 | J | | |
| 23. BROWN ADV BEUTI GDMAN LRGE CAP INST | B | Dividend | M | T | Buy (add'l) | 10/08/19 | K | | |
| 24. | | | | | Buy (add'l) | 12/26/19 | J | | |
| 25. BROWN ADV EMG MKTS INS (SEE NOTE 21 IN SECT VIII) | A | Dividend | K | T | Buy | 03/05/19 | K | | |
| 26. | | | | | Buy (add'l) | 03/06/19 | J | | |
| 27. BROWN ADV FLEXIBLE EQUITY INV | | None | | | Sold | 10/08/19 | L | A | |
| 28. BROWN ADV GLOBAL LEADERS | A | Dividend | K | T | Sold (part) | 10/08/19 | J | A | |
| 29. BROWN ADV SMALL CAP GROWTH INV | B | Dividend | L | T | Buy (add'l) | 08/02/19 | J | | |
| 30. BROWN ADV STRAT EUR EQ INS | | None | | | Sold | 08/02/19 | L | | |
| 31. BROWN ADV SUSTAINABLE GROWTH | A | Dividend | M | T | Buy (add'l) | 10/08/19 | L | | |
| 32. | | | | | Buy (add'l) | 12/26/19 | J | | |
| 33. BROWN ADV TAX EXEMPT BND INS (FKA BRN ADV TAX EXEMPT BOND) | C | Dividend | M | T | Buy (add'l) | 12/26/19 | J | | |
| 34. DFA EMERGING MKTS SMALL CAP INC | A | Dividend | | | Sold | 10/08/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   ISHARES MSCI EAFE SMALL CAP ETF | A | Dividend | | | Sold | 10/08/19 | J | | |
| 36.   ISHARES MSCI EMERGING MARKETS ETF | | None | | | Sold | 03/01/19 | K | B | |
| 37.   ISHARES MSCI EMERGING MARKETS ASIA ETF | | None | | | Sold | 03/05/19 | J | A | |
| 38.   ISHARES RUSSELL 2000 VALUE ETF | A | Dividend | L | T | Buy (add'l) | 08/02/19 | K | | |
| 39.   INVESTMENT ACCOUNT #2 - FOR IRA #1 (LINES 40-70) (H) | | | | | | | | | |
| 40.   FIRST AM GOVT OB FUND CL Z MM FUND (SEE NOTE 14 IN SECT VIII | C | Dividend | M | T | Buy (add'l) | 03/04/19 | L | | |
| 41. | | | | | Sold (part) | 03/05/19 | L | | |
| 42. | | | | | Buy (add'l) | 06/21/19 | J | | |
| 43. | | | | | Sold (part) | 08/02/19 | K | | |
| 44. | | | | | Buy (add'l) | 08/02/19 | L | | |
| 45. | | | | | Buy (add'l) | 09/30/19 | J | | |
| 46. | | | | | Sold (part) | 10/08/19 | O | | |
| 47. | | | | | Buy (add'l) | 10/08/19 | O | | |
| 48. | | | | | Buy (add'l) | 11/14/19 | J | | |
| 49. | | | | | Sold (part) | 11/14/19 | J | | |
| 50. | | | | | Buy (add'l) | 11/21/19 | J | | |
| 51. | | | | | Buy (add'l) | 12/16/19 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold<br>(part) | 12/16/19 | K | | |
| 53. | | | | | Buy<br>(add'l) | 12/20/19 | J | | |
| 54. ARTISAN GLOBAL VALUE ADVISOR | B | Dividend | M | T | | | | | |
| 55. ARTISAN INTERNATIONAL VALUE ADVISOR | D | Dividend | N | T | Buy | 10/08/19 | M | | |
| 56. BROWN ADV BEUTI GDMAN LRG CAP INST | D | Dividend | O | T | Buy<br>(add'l) | 10/08/19 | L | | |
| 57. BROWN ADV EMG MKTS INS | C | Dividend | M | T | Buy<br>(add'l) | 03/05/19 | L | | |
| 58. BROWN ADV FLEXIBLE EQUITY INV | | None | | | Sold | 10/08/19 | N | D | |
| 59. BROWN ADV GLOBAL LEADERS INST | A | Dividend | M | T | | | | | |
| 60. BROWN ADV SMALL CAP GROWTH INV | C | Dividend | M | T | Buy<br>(add'l) | 10/08/19 | K | | |
| 61. BROWN ADV STRATEGIC BOND FUND | B | Dividend | K | T | | | | | |
| 62. BROWN ADV STRAT EUR EQ INS | | None | | | Sold | 10/08/19 | N | | |
| 63. BROWN ADV SUSTAINABLE GROWTH | C | Dividend | O | T | Buy<br>(add'l) | 10/08/19 | N | | |
| 64. BROWN ADV TOTAL RETURN INS | D | Dividend | M | T | | | | | |
| 65. DFA EMERGING MKTS SML CAP INC | A | Dividend | | | Sold | 10/08/19 | K | | |
| 66. ISHARES RUSSELL 2000 VALUE ETF | C | Dividend | M | T | Buy<br>(add'l) | 08/02/19 | K | | |
| 67. | | | | | Buy<br>(add'l) | 10/08/19 | K | | |
| 68. ISHARES MSCI ALL COUNTRY ASIA EX ETF | | None | | | Sold | 03/04/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   ISHARES MSCI EAFE SMALL CAP ETF | A | Dividend | | | Sold | 08/02/19 | L | | |
| 70.   ISHARES TIPS BOND ETF | A | Dividend | K | T | Buy | 10/08/19 | K | | |
| 71.   MERRILL LYNCH BANK DEPOSIT MM/<br>CASH (ML EDGE) | A | Interest | L | T | | | | | |
| 72.   INVESTMENT ACCOUNT #3 - (LINES<br>73-103) (12-MAIN) (H) | | | | | | | | | |
| 73.   FIRST AMERICAN GOVT<br>OBLIGATIONS FUND/CASH (NOTE 14<br>SEC VIII) | B | Interest | J | T | Buy<br>(add'l) | 01/02/19 | J | | |
| 74. | | | | | Buy<br>(add'l) | 01/15/19 | J | | |
| 75. | | | | | Buy<br>(add'l) | 02/01/19 | J | | |
| 76. | | | | | Buy<br>(add'l) | 02/15/19 | J | | |
| 77. | | | | | Buy<br>(add'l) | 03/01/19 | J | | |
| 78. | | | | | Buy<br>(add'l) | 03/15/19 | J | | |
| 79. | | | | | Buy<br>(add'l) | 04/02/19 | J | | |
| 80. | | | | | Buy<br>(add'l) | 04/15/19 | J | | |
| 81. | | | | | Buy<br>(add'l) | 05/02/19 | J | | |
| 82. | | | | | Buy<br>(add'l) | 05/15/19 | J | | |
| 83. | | | | | Buy<br>(add'l) | 06/03/19 | J | | |
| 84. | | | | | Buy<br>(add'l) | 06/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 85. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 86. | | | | | Sold<br>(part) | 07/02/19 | K | | |
| 87. | | | | | Buy<br>(add'l) | 07/15/19 | J | | |
| 88. | | | | | Sold<br>(part) | 07/30/19 | J | | |
| 89. | | | | | Buy<br>(add'l) | 08/01/19 | J | | |
| 90. | | | | | Buy<br>(add'l) | 08/15/19 | J | | |
| 91. | | | | | Buy<br>(add'l) | 09/04/19 | J | | |
| 92. | | | | | Buy<br>(add'l) | 09/16/19 | J | | |
| 93. | | | | | Buy<br>(add'l) | 10/02/19 | J | | |
| 94. | | | | | Buy<br>(add'l) | 10/15/19 | J | | |
| 95. | | | | | Sold<br>(part) | 10/30/19 | J | | |
| 96. | | | | | Buy<br>(add'l) | 11/04/19 | J | | |
| 97. | | | | | Buy<br>(add'l) | 11/15/19 | J | | |
| 98. | | | | | Buy<br>(add'l) | 12/02/19 | J | | |
| 99. | | | | | Buy<br>(add'l) | 12/16/19 | J | | |
| 100.  NYC NY ADJ FISCAL BOND | D | Interest | O | T | | | | | |
| 101.  NYC NY MUNI WATER BOND | D | Interest | O | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 102. NYC NY SUBSER BOND | D | Interest | O | T | | | | | |
| 103. NY NY ST HSG FN AGY BOND | D | Interest | O | T | | | | | |
| 104. INVESTMENT ACCOUNT #4 (MUNI) (LINES 105-225) (H) | | | | | | | | | |
| 105. FIRST AMERICAN GOVT OBLIG MMF/ CSH (SEE NOTE 14 IN SECT VIII) | D | Dividend | M | T | Sold (part) | 01/01/19 | J | | |
| 106. | | | | | Buy (add'l) | 01/01/19 | J | | |
| 107. | | | | | Sold (part) | 01/02/19 | O | | |
| 108. | | | | | Buy (add'l) | 01/02/19 | J | | |
| 109. | | | | | Sold (part) | 01/03/19 | O | | |
| 110. | | | | | Sold (part) | 01/04/19 | O | | |
| 111. | | | | | Sold (part) | 01/09/19 | O | | |
| 112. | | | | | Sold (part) | 01/11/19 | N | | |
| 113. | | | | | Sold (part) | 01/16/19 | N | | |
| 114. | | | | | Sold (part) | 01/18/19 | O | | |
| 115. | | | | | Sold (part) | 01/22/19 | N | | |
| 116. | | | | | Buy (add'l) | 02/01/19 | K | | |
| 117. | | | | | Sold (part) | 02/05/19 | N | | |
| 118. | | | | | Sold (part) | 02/13/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 119. | | | | | Buy<br>(add'l) | 02/14/19 | J | | |
| 120. | | | | | Buy<br>(add'l) | 02/15/19 | J | | |
| 121. | | | | | Buy<br>(add'l) | 03/01/19 | J | | |
| 122. | | | | | Buy<br>(add'l) | 03/08/19 | J | | |
| 123. | | | | | Buy<br>(add'l) | 03/13/19 | J | | |
| 124. | | | | | Buy<br>(add'l) | 03/15/19 | J | | |
| 125. | | | | | Buy<br>(add'l) | 03/21/19 | J | | |
| 126. | | | | | Buy<br>(add'l) | 04/01/19 | K | | |
| 127. | | | | | Buy<br>(add'l) | 04/12/19 | J | | |
| 128. | | | | | Buy<br>(add'l) | 04/25/19 | J | | |
| 129. | | | | | Buy<br>(add'l) | 05/01/19 | K | | |
| 130. | | | | | Buy<br>(add'l) | 05/15/19 | J | | |
| 131. | | | | | Sold<br>(part) | 05/17/19 | M | | |
| 132. | | | | | Buy<br>(add'l) | 05/17/19 | J | | |
| 133. | | | | | Buy<br>(add'l) | 05/30/19 | M | | |
| 134. | | | | | Buy<br>(add'l) | 06/01/19 | K | | |
| 135. | | | | | Buy<br>(add'l) | 06/03/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. | | | | | Sold (part) | 06/05/19 | N | | |
| 137. | | | | | Buy (add'l) | 06/12/19 | M | | |
| 138. | | | | | Buy (add'l) | 06/15/19 | J | | |
| 139. | | | | | Buy (add'l) | 06/21/19 | J | | |
| 140. | | | | | Buy (add'l) | 06/26/19 | L | | |
| 141. | | | | | Sold (part) | 07/02/19 | M | | |
| 142. | | | | | Buy (add'l) | 07/03/19 | N | | |
| 143. | | | | | Sold (part) | 08/16/19 | N | | |
| 144. | | | | | Buy (add'l) | 08/21/19 | L | | |
| 145. | | | | | Sold (part) | 10/04/19 | M | | |
| 146. | | | | | Buy (add'l) | 10/07/19 | L | | |
| 147. | | | | | Buy (add'l) | 11/01/19 | L | | |
| 148. | | | | | Buy (add'l) | 11/15/19 | K | | |
| 149. | | | | | Sold (part) | 11/20/19 | N | | |
| 150. | | | | | Buy (add'l) | 11/29/19 | L | | |
| 151. | | | | | Sold (part) | 12/10/19 | M | | |
| 152. | | | | | Buy (add'l) | 12/11/19 | N | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 153. ALLEN CNTY OH HOSPITAL BOND DUE 5/1/26 | C | Interest | L | T | | | | | |
| 154. BALTIMORE COUNTY MD BOND DUE 3/1/31 | C | Interest | L | T | | | | | |
| 155. BLACK BELT ENERGY GAS DIST AL DUE 12/1/48 | D | Interest | N | T | Buy | 01/16/19 | N | | |
| 156. CHANDLER AZ INDL DEV BOND DUE 12/1/37 | C | Interest | M | T | | | | | |
| 157. CLARK COUNTY NV PARKS IMPRV BOND DUE 12/1/33 | D | Interest | N | T | | | | | |
| 158. CLARK COUNTY NV SCH BOND DUE 6/15/32 | D | Interest | M | T | | | | | |
| 159. COMMONWEALTH FINANCING AUTHORITY PA DUE 6/1/23 | D | Interest | M | T | Buy | 01/02/19 | M | | |
| 160. CO STATE HEALTH FACS AUTH DUE 2/1/31 | D | Interest | M | T | Buy | 01/02/19 | M | | |
| 161. DALLAS FORT WORTH TX BOND DUE 11/1/20 | C | Interest | | | Sold | 10/07/19 | L | | |
| 162. DENVER CO CONVENTION CENTER HOTEL 12/1/34 | D | Interest | N | T | Buy | 01/04/19 | N | | |
| 163. EDINBURG TX CONSOL BOND DUE 2/15/31 | C | Interest | M | T | | | | | |
| 164. GOLDEN ST TABACCO SECURITIZATION BOND DUE 6/1/30 | B | Interest | L | T | | | | | |
| 165. HARRIS CNTY HOUSTON TX BOND DUE 11/15/2020 | D | Interest | M | T | | | | | |
| 166. HEALTHCARE AUTH BAPTIST HEALTH AL DUE 11/15/37 | D | Interest | N | T | Buy | 01/03/19 | N | | |
| 167. | | | | | Sold<br>(part) | 11/15/19 | K | A | |
| 168. HIDALGO CO. TX GO DUE 8/15/35 | D | Interest | M | T | Buy | 01/03/19 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 169. HOUSTON CO. AL HEALTH CARE AUTH-SE AL MEDICAL CENTER 10/1/30 | D | Interest | M | T | Buy | 01/02/19 | M | | |
| 170. HOUSTON TX ARPT SYS BOND DUE 7/1/29 | C | Interest | L | T | | | | | |
| 171. HOUSTON TX HOTEL BOND DUE 9/1/33 | B | Interest | | | Sold | 05/30/19 | L | | |
| 172. ILLINOIS ST FIN AUTH BOND DUE 11/1/30 | C | Interest | L | T | | | | | |
| 173. INDIANA ST FIN AUTH 5/1/24 BOND | C | Interest | L | T | | | | | |
| 174. INDIANA ST FIN AUTH 5/1/24 BOND | A | Interest | J | T | | | | | |
| 175. IN FINANCE AUTH WASTEWATER UTILITY DUE 10/1/31 | D | Interest | M | T | Buy | 01/18/19 | M | | |
| 176. JACKSONVILLE FL CAPITAL IMPT BOND DUE 10/1/25 | C | Interest | L | T | | | | | |
| 177. KENTUCKY ST ASSET LIAB COMM GEN FUND BOND DUE 11/1/21 | D | Interest | M | T | Sold (part) | 11/01/19 | L | A | |
| 178. KENTUCKY ST PPTY BLDGS BOND DUE 8/1/27 | D | Interest | | | Sold | 11/29/19 | L | | |
| 179. LOUISIANA PUB FACS AUTH REV BOND DUE 12/15/31 | C | Interest | L | T | | | | | |
| 180. MARICOPA CNTY AZ BOND DUE 7/1/39 | D | Interest | | | Sold | 08/21/19 | L | | |
| 181. MARYLAND ST COMMUNITY DEV ADMIN DEPT HSG&COMM DEV DUE 9/1/31 | | None | M | T | Buy | 10/04/19 | M | | |
| 182. MARYLAND ST HEALTH - 7/1/24 BOND | C | Interest | L | T | | | | | |
| 183. MARYLAND ST HEALTH -7/1/30 BOND | C | Interest | L | T | | | | | |
| 184. MET ATLANTA GA RAPID TRNSIT AUTH SALES TAX DUE 7/1/41 | | None | N | T | Buy | 08/15/19 | N | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 185. MET TRANSPORTATION NY - 11/15/20 BOND | D | Interest | M | T | | | | | |
| 186. MET TRANSPORTATION NY - 11/15/33 BOND | D | Interest | N | T | | | | | |
| 187. MET WASHINGTON DC AIRPORTS AUTH AIRPORT SYSTEMS DUE 10/1/39 | C | Interest | N | T | Buy | 06/05/19 | N | | |
| 188. MIAMI DADE CNTY FL AVIATION REV (10/1/2030) BOND | D | Interest | M | T | | | | | |
| 189. MIAMI DADE CNTY FL AVIATION REV (10/1/2020) BOND | D | Interest | N | T | | | | | |
| 190. MICHIGAN ST BOND DUE 5/1/28 | D | Interest | M | T | | | | | |
| 191. MISSOURI ST ENVR ENERGY 2 (12/1/22) BOND | B | Interest | | | Sold | 06/26/19 | L | | |
| 192. MISSOURI ST ENVR ENERGY 3 (9/1/33) BOND | B | Interest | | | Sold | 06/12/19 | M | | |
| 193. MISSOURI ST ENVIRONMENTAL IMPR & ENERGY RES AUTH DUE 9/1/33 | C | Interest | | | Buy | 01/09/19 | N | | |
| 194. | | | | | Sold | 07/03/19 | N | | |
| 195. MODESTO CA IRR DIST FING AUTH DUE 9/1/27 | D | Interest | N | T | Buy | 01/22/19 | N | | |
| 196. NEWPORT NEWS VA ECONOMIC DEVELOP AUTH DUE 12/1/38 | D | Interest | M | T | Buy | 02/13/19 | M | | |
| 197. NEW YORK NY GO DUE 8/1/25 | D | Interest | N | T | Buy | 01/09/19 | N | | |
| 198. NEW YORK CITY NY TRANSITIONAL FIN 5/1/2022 BOND | D | Interest | M | T | | | | | |
| 199. NEW YORK STATE DORM AUTH BOND DUE 10/1/21 | C | Interest | L | T | | | | | |
| 200. NEW YORK STATE DORM AUTH MEM SLOAN KETT CANCR CTR DUE 7/1/36 | | None | M | T | Buy | 12/10/19 | M | | |
| 201. NEW YORK STATE DORM AUTH PERSONAL INCOME TAX DUE 3/15/26 | D | Interest | N | T | Buy | 01/11/19 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 202. NEW YORK ST THRUWAY BOND DUE 1/1/22 | C | Interest | L | T | | | | | |
| 203. NEW YORK ST URBAN BOND DUE 3/15/27 | D | Interest | M | T | | | | | |
| 204. NORTH CAROLINA ST BOND DUE 11/1/30 | C | Interest | L | T | | | | | |
| 205. PALM BEACH CO FL HEALTH FACS AUTH DUE 11/15/32 | C | Interest | M | T | Buy | 05/17/19 | M | | |
| 206. PENNSYLVANIA ST TURNPIKE COMM BOND DUE 12/1/28 | C | Interest | L | T | | | | | |
| 207. PHILADELPHIA PA REF SER A BOND DUE 8/1/26 | C | Interest | L | T | | | | | |
| 208. PORT AUTH OF NY & NJ NY AMT DUE 11/1/37 | | None | N | T | Buy | 11/20/19 | N | | |
| 209. PORT OF CORPUS CHRISTI TX AUTH BOND 12/1/31 | C | Interest | M | T | | | | | |
| 210. RIO HONDO CA COMMUNITY COLLEGE DIST GO DUE 8/1/31 | | None | M | T | Buy | 02/05/19 | M | | |
| 211. SEATTLE WA MUNI LIGHT PWR REV BOND DUE 1/1/30 | C | Interest | L | T | | | | | |
| 212. SOUTH DAKOTA ST EDU BOND DUE 6/1/25 | C | Interest | L | T | | | | | |
| 213. SPRINGFIELD IL ELECTRIC DUE 3/1/26 | D | Interest | M | T | Buy | 01/02/19 | M | | |
| 214. SYRACUSE NY INDL DEV AGY CIVIC FAC BOND DUE 12/1/29 | C | Interest | L | T | | | | | |
| 215. TOBACCO SETTLEMENT NJ FINANCING CORP DUE 6/1/31 | D | Interest | M | T | Buy | 02/05/19 | M | | |
| 216. TOBACCO SETTLMENT AUTH WA BOND DUE 6/1/22 | C | Interest | L | T | | | | | |
| 217. TOBACCO SETTLEMENT FINANCING CORP LA BOND 5/15/21 | C | Interest | L | T | | | | | |
| 218. UNIVERSITY OF TOLEDO OH DUE 6/1/36 | D | Interest | N | T | Buy | 01/04/19 | N | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 219. WASHINGTON MD SUBURBAN SANITARY DISTR GO DUE 6/1/25 | D | Interest | | | Buy | 01/09/19 | M | | |
| 220. | | | | | Sold | 12/11/19 | N | C | |
| 221. WASHINGTON ST CONVENTION CENTER BOND DUE 7/1/32 | C | Interest | M | T | | | | | |
| 222. WAXAHACHIE TX INDEP SCH DIST REF BOND DUE 8/15/29 | C | Interest | L | T | | | | | |
| 223. WINNEBAGO CNTY IL REF SER C BOND DUE 12/30/26 | C | Interest | L | T | | | | | |
| 224. YAKIMA & KITTITAS CNTYS WA GO DUE 12/1/29 | D | Interest | N | T | Buy | 01/18/19 | N | | |
| 225. YORKTOWN NY CENTRAL SCH DISTR BOND DUE 10/1/21 | C | Interest | L | T | | | | | |
| 226. INVEST ACCT #5 (EC) (LINES 227-332) (NOTE 20 SECT VIII) (H) | | None | | | Open | 02/15/19 | P1 | | |
| 227. FIRST AMERICAN GOVT OBLGTNS FND-MMF/CASH (NOTE 14 SECT VIII) | D | Dividend | M | T | Buy | 02/15/19 | P1 | | |
| 228. | | | | | Sold (part) | 02/15/19 | P1 | | |
| 229. | | | | | Buy (add'l) | 02/26/19 | J | | |
| 230. | | | | | Sold (part) | 02/26/19 | J | | |
| 231. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 232. | | | | | Sold (part) | 03/07/19 | L | | |
| 233. | | | | | Buy (add'l) | 03/14/19 | J | | |
| 234. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 235. | | | | | Buy (add'l) | 03/28/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 236. | | | | | Buy<br>(add'l) | 04/05/19 | K | | |
| 237. | | | | | Sold<br>(part) | 04/08/19 | K | | |
| 238. | | | | | Buy<br>(add'l) | 04/09/19 | L | | |
| 239. | | | | | Sold<br>(part) | 04/23/19 | K | | |
| 240. | | | | | Buy<br>(add'l) | 04/24/19 | J | | |
| 241. | | | | | Buy<br>(add'l) | 04/25/19 | J | | |
| 242. | | | | | Sold<br>(part) | 05/02/19 | K | | |
| 243. | | | | | Buy<br>(add'l) | 05/15/19 | J | | |
| 244. | | | | | Sold<br>(part) | 05/21/19 | J | | |
| 245. | | | | | Sold<br>(part) | 05/23/19 | K | | |
| 246. | | | | | Buy<br>(add'l) | 05/24/19 | J | | |
| 247. | | | | | Sold<br>(part) | 05/28/19 | J | | |
| 248. | | | | | Buy<br>(add'l) | 06/01/19 | J | | |
| 249. | | | | | Buy<br>(add'l) | 06/13/19 | J | | |
| 250. | | | | | Buy<br>(add'l) | 06/21/19 | J | | |
| 251. | | | | | Buy<br>(add'l) | 06/27/19 | J | | |
| 252. | | | | | Buy<br>(add'l) | 06/28/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. | | | | | Sold (part) | 07/01/19 | L | | |
| 254. | | | | | Buy (add'l) | 07/24/19 | J | | |
| 255. | | | | | Sold (part) | 07/25/19 | J | | |
| 256. | | | | | Sold (part) | 07/29/19 | L | | |
| 257. | | | | | Sold (part) | 08/05/19 | J | | |
| 258. | | | | | Sold (part) | 08/06/19 | K | | |
| 259. | | | | | Sold (part) | 08/09/19 | J | | |
| 260. | | | | | Buy (add'l) | 08/09/19 | K | | |
| 261. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 262. | | | | | Sold (part) | 08/16/19 | J | | |
| 263. | | | | | Buy (add'l) | 08/23/19 | J | | |
| 264. | | | | | Sold (part) | 08/28/19 | K | | |
| 265. | | | | | Buy (add'l) | 09/01/19 | J | | |
| 266. | | | | | Buy (add'l) | 09/06/19 | J | | |
| 267. | | | | | Buy (add'l) | 09/12/19 | J | | |
| 268. | | | | | Buy (add'l) | 09/20/19 | J | | |
| 269. | | | | | Buy (add'l) | 09/27/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 270. | | | | | Sold (part) | 10/16/19 | K | | |
| 271. | | | | | Sold (part) | 10/17/19 | L | | |
| 272. | | | | | Buy (add'l) | 10/23/19 | J | | |
| 273. | | | | | Sold (part) | 11/08/19 | L | | |
| 274. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 275. | | | | | Buy (add'l) | 11/22/19 | J | | |
| 276. | | | | | Buy (add'l) | 12/01/19 | J | | |
| 277. | | | | | Buy (add'l) | 12/04/19 | J | | |
| 278. | | | | | Buy (add'l) | 12/12/19 | J | | |
| 279. | | | | | Buy (add'l) | 12/19/19 | J | | |
| 280. | | | | | Buy (add'l) | 12/30/19 | J | | |
| 281. COMMON STOCKS (EC)(LINES 282-332) (H) | | | | | | | | | |
| 282. AERCAP HOLDINGS (FORGN STOCK) | None | L | T | | Buy | 02/15/19 | L | | |
| 283. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 284. ALPHABET, INC | None | O | T | | Buy | 02/15/19 | N | | |
| 285. | | | | | Buy (add'l) | 07/25/19 | J | | |
| 286. AMAZON.COM INC | None | N | T | | Buy | 02/15/19 | N | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 287. ANADARKO PETROLEUM CORP (EXCHD FOR OCC PETE - SEE LINE 324) | A | Dividend | | | Buy | 02/15/19 | K | | |
| 288. | | | | | Sold | 08/09/19 | K | E | |
| 289. AON PLC (FORGN STOCK) | A | Dividend | M | T | Buy | 02/15/19 | M | | |
| 290. BERKSHIRE HATHAWAY INC | | None | N | T | Buy | 02/15/19 | N | | |
| 291. | | | | | Buy (add'l) | 04/08/19 | K | | |
| 292. CITIGROUP, INC | D | Dividend | N | T | Buy | 02/15/19 | N | | |
| 293. COMCAST CORP | C | Dividend | N | T | Buy | 02/15/19 | M | | |
| 294. DISH NETWORK CORP | | None | L | T | Buy | 07/29/19 | L | | |
| 295. FACEBOOK, INC | | None | M | T | Buy | 02/15/19 | M | | |
| 296. | | | | | Buy (add'l) | 11/08/19 | L | | |
| 297. FIRST DATA CORP | | None | | | Buy | 02/15/19 | K | | |
| 298. | | | | | Merged (with line 299) | 07/29/19 | K | | |
| 299. FISERV, INC | | None | L | T | Buy | 02/15/19 | K | | |
| 300. GCI LIBERTY, INC | | None | M | T | Buy | 02/15/19 | M | | |
| 301. GENERAL ELECTRIC CO | C | Dividend | N | T | Buy | 02/15/19 | K | | |
| 302. | | | | | Buy (add'l) | 03/07/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wood, Kimba M.** | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 303. | | | | | Buy<br>(add'l) | 04/23/19 | K | | |
| 304. | | | | | Buy<br>(add'l) | 05/21/19 | J | | |
| 305. | | | | | Buy<br>(add'l) | 08/06/19 | K | | |
| 306. | | | | | Buy<br>(add'l) | 08/16/19 | J | | |
| 307. | | | | | Buy<br>(add'l) | 08/28/19 | K | | |
| 308. GENERAL MOTORS CO | D | Dividend | M | T | Buy | 02/15/19 | M | | |
| 309. GOLDMAN SACHS GROUP, INC | D | Dividend | N | T | Buy | 02/15/19 | N | | |
| 310. HILTON, INC | A | Dividend | M | T | Buy | 02/15/19 | M | | |
| 311. LIBERTY BROADBAND | | None | M | T | Buy | 02/15/19 | M | | |
| 312. LIBERTY GLOBAL PLC | | None | M | T | Buy | 02/15/19 | M | | |
| 313. | | | | | Buy<br>(add'l) | 05/28/19 | J | | |
| 314. LIBERTY TRIPADVISOR HOLDINGS, INC | | None | J | T | Buy | 02/15/19 | K | | |
| 315. MARRIOTT INTERNATIONAL, INC | C | Dividend | N | T | Buy | 02/15/19 | M | | |
| 316. MICROSOFT CORP | D | Dividend | O | T | Buy | 02/15/19 | N | | |
| 317. MOHAWK INDUSTRIES, INC | | None | M | T | Buy | 02/15/19 | M | | |
| 318. MORGAN STANLEY | C | Dividend | M | T | Buy | 02/15/19 | M | | |
| 319. NETFLIX, INC | | None | M | T | Buy | 10/16/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 320. | | | | | Buy<br>(add'l) | 10/17/19 | L | | |
| 321.  OCCIDENTAL PETROLEUM CORP | | None | | | Spinoff<br>(from line 287) | 08/09/19 | J | | |
| 322. | | | | | Sold | 09/06/19 | J | | |
| 323.  ORACLE CORP | B | Dividend | M | T | Buy | 02/15/19 | M | | |
| 324. | | | | | Sold<br>(part) | 04/05/19 | K | A | |
| 325. | | | | | Sold<br>(part) | 07/01/19 | L | D | |
| 326.  TRIPADVISOR, INC | D | Dividend | K | T | Buy | 02/15/19 | L | | |
| 327.  UNITEDHEALTH GROUP, INC | C | Dividend | M | T | Buy | 02/15/19 | M | | |
| 328. | | | | | Sold<br>(part) | 04/09/19 | L | | |
| 329.  WABTEC CORP | A | Dividend | L | T | Spinoff<br>(from line 301) | 02/26/19 | J | | |
| 330. | | | | | Buy<br>(add'l) | 05/02/19 | K | | |
| 331. | | | | | Buy<br>(add'l) | 05/23/19 | K | | |
| 332.  WELLS FARGO & CO | D | Dividend | N | T | Buy | 02/15/19 | M | | |
| 333.  INV ACCT #6 (SCG) (LINES 334-1033)<br>(NOTE 20 SECT VIII) (H) | | None | | | Open | 01/18/19 | O | | |
| 334.  FIRST AMERICN GOVT OBLGTNS<br>FUND (MMF)/CSH (NOTE 14 SEC VIII) | C | Dividend | M | T | Buy | 01/18/19 | O | | |
| 335. | | | | | Sold<br>(part) | 01/22/19 | O | | |
| 336. | | | | | Buy<br>(add'l) | 01/22/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 337. | | | | | Sold (part) | 01/23/19 | J | | |
| 338. | | | | | Sold (part) | 01/24/19 | J | | |
| 339. | | | | | Sold (part) | 01/30/19 | J | | |
| 340. | | | | | Sold (part) | 01/31/19 | K | | |
| 341. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 342. | | | | | Buy (add'l) | 02/04/19 | J | | |
| 343. | | | | | Sold (part) | 02/06/19 | K | | |
| 344. | | | | | Sold (part) | 02/08/19 | J | | |
| 345. | | | | | Sold (part) | 02/12/19 | J | | |
| 346. | | | | | Buy (add'l) | 02/12/19 | J | | |
| 347. | | | | | Sold (part) | 02/13/19 | J | | |
| 348. | | | | | Buy (add'l) | 02/13/19 | J | | |
| 349. | | | | | Sold (part) | 02/14/19 | J | | |
| 350. | | | | | Buy (add'l) | 02/14/19 | J | | |
| 351. | | | | | Buy (add'l) | 02/15/19 | J | | |
| 352. | | | | | Buy (add'l) | 02/19/19 | K | | |
| 353. | | | | | Sold (part) | 02/19/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 354. | | | | | Buy (add'l) | 02/20/19 | J | | |
| 355. | | | | | Sold (part) | 02/21/19 | J | | |
| 356. | | | | | Buy (add'l) | 02/22/19 | J | | |
| 357. | | | | | Sold (part) | 02/25/19 | J | | |
| 358. | | | | | Sold (part) | 02/26/19 | J | | |
| 359. | | | | | Sold (part) | 03/01/19 | J | | |
| 360. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 361. | | | | | Sold (part) | 03/06/19 | J | | |
| 362. | | | | | Buy (add'l) | 03/12/19 | J | | |
| 363. | | | | | Sold (part) | 03/15/19 | J | | |
| 364. | | | | | Buy (add'l) | 03/15/19 | J | | |
| 365. | | | | | Sold (part) | 03/18/19 | J | | |
| 366. | | | | | Buy (add'l) | 03/18/19 | J | | |
| 367. | | | | | Buy (add'l) | 03/21/19 | O | | |
| 368. | | | | | Sold (part) | 03/22/19 | O | | |
| 369. | | | | | Sold (part) | 03/28/19 | J | | |
| 370. | | | | | Sold (part) | 03/29/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 371. | | | | | Sold (part) | 04/01/19 | J | | |
| 372. | | | | | Sold (part) | 04/02/19 | J | | |
| 373. | | | | | Sold (part) | 04/03/19 | J | | |
| 374. | | | | | Buy (add'l) | 04/05/19 | J | | |
| 375. | | | | | Sold (part) | 04/08/19 | J | | |
| 376. | | | | | Buy (add'l) | 04/08/19 | J | | |
| 377. | | | | | Buy (add'l) | 04/09/19 | J | | |
| 378. | | | | | Buy (add'l) | 04/10/19 | J | | |
| 379. | | | | | Buy (add'l) | 04/11/19 | J | | |
| 380. | | | | | Sold (part) | 04/12/19 | J | | |
| 381. | | | | | Buy (add'l) | 04/12/19 | J | | |
| 382. | | | | | Sold (part) | 04/15/19 | J | | |
| 383. | | | | | Buy (add'l) | 04/16/19 | J | | |
| 384. | | | | | Sold (part) | 04/17/19 | J | | |
| 385. | | | | | Sold (part) | 04/18/19 | J | | |
| 386. | | | | | Sold (part) | 04/22/19 | J | | |
| 387. | | | | | Buy (add'l) | 04/22/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 388. | | | | | Buy (add'l) | 04/23/19 | J | | |
| 389. | | | | | Buy (add'l) | 04/24/19 | J | | |
| 390. | | | | | Sold (part) | 04/29/19 | J | | |
| 391. | | | | | Buy (add'l) | 04/29/19 | J | | |
| 392. | | | | | Sold (part) | 04/30/19 | K | | |
| 393. | | | | | Sold (part) | 05/01/19 | J | | |
| 394. | | | | | Buy (add'l) | 05/01/19 | J | | |
| 395. | | | | | Sold (part) | 05/02/19 | J | | |
| 396. | | | | | Buy (add'l) | 05/03/19 | J | | |
| 397. | | | | | Buy (add'l) | 05/06/19 | K | | |
| 398. | | | | | Buy (add'l) | 05/08/19 | J | | |
| 399. | | | | | Sold (part) | 05/09/19 | J | | |
| 400. | | | | | Sold (part) | 05/13/19 | J | | |
| 401. | | | | | Sold (part) | 05/14/19 | J | | |
| 402. | | | | | Sold (part) | 05/16/19 | J | | |
| 403. | | | | | Buy (add'l) | 05/20/19 | J | | |
| 404. | | | | | Sold (part) | 05/20/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 405. | | | | | Sold<br>(part) | 05/22/19 | J | | |
| 406. | | | | | Sold<br>(part) | 05/24/19 | J | | |
| 407. | | | | | Buy<br>(add'l) | 05/24/19 | J | | |
| 408. | | | | | Sold<br>(part) | 05/28/19 | J | | |
| 409. | | | | | Buy<br>(add'l) | 05/28/19 | J | | |
| 410. | | | | | Sold<br>(part) | 05/29/19 | J | | |
| 411. | | | | | Sold<br>(part) | 05/31/19 | J | | |
| 412. | | | | | Buy<br>(add'l) | 05/31/19 | J | | |
| 413. | | | | | Buy<br>(add'l) | 06/03/19 | J | | |
| 414. | | | | | Buy<br>(add'l) | 06/04/19 | J | | |
| 415. | | | | | Buy<br>(add'l) | 06/10/19 | J | | |
| 416. | | | | | Sold<br>(part) | 06/11/19 | J | | |
| 417. | | | | | Buy<br>(add'l) | 06/11/19 | J | | |
| 418. | | | | | Sold<br>(part) | 06/12/19 | J | | |
| 419. | | | | | Buy<br>(add'l) | 06/12/19 | J | | |
| 420. | | | | | Sold<br>(part) | 06/13/19 | J | | |
| 421. | | | | | Buy<br>(add'l) | 06/13/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 422. | | | | | Sold<br>(part) | 06/14/19 | J | | |
| 423. | | | | | Sold<br>(part) | 06/19/19 | J | | |
| 424. | | | | | Sold<br>(part) | 06/21/19 | J | | |
| 425. | | | | | Buy<br>(add'l) | 06/21/19 | J | | |
| 426. | | | | | Sold<br>(part) | 06/24/19 | J | | |
| 427. | | | | | Sold<br>(part) | 06/26/19 | J | | |
| 428. | | | | | Sold<br>(part) | 06/27/19 | J | | |
| 429. | | | | | Sold<br>(part) | 06/28/19 | K | | |
| 430. | | | | | Sold<br>(part) | 07/01/19 | J | | |
| 431. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 432. | | | | | Sold<br>(part) | 07/02/19 | J | | |
| 433. | | | | | Buy<br>(add'l) | 07/03/19 | J | | |
| 434. | | | | | Sold<br>(part) | 07/05/19 | J | | |
| 435. | | | | | Buy<br>(add'l) | 07/05/19 | K | | |
| 436. | | | | | Sold<br>(part) | 07/08/19 | J | | |
| 437. | | | | | Buy<br>(add'l) | 07/08/19 | J | | |
| 438. | | | | | Buy<br>(add'l) | 07/09/19 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 439. | | | | | Sold (part) | 07/10/19 | J | | |
| 440. | | | | | Buy (add'l) | 07/10/19 | J | | |
| 441. | | | | | Buy (add'l) | 07/11/19 | J | | |
| 442. | | | | | Buy (add'l) | 07/12/19 | J | | |
| 443. | | | | | Buy (add'l) | 07/15/19 | J | | |
| 444. | | | | | Buy (add'l) | 07/16/19 | J | | |
| 445. | | | | | Buy (add'l) | 07/17/19 | J | | |
| 446. | | | | | Sold (part) | 07/18/19 | J | | |
| 447. | | | | | Buy (add'l) | 07/18/19 | J | | |
| 448. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 449. | | | | | Buy (add'l) | 07/23/19 | J | | |
| 450. | | | | | Sold (part) | 07/29/19 | J | | |
| 451. | | | | | Buy (add'l) | 07/29/19 | J | | |
| 452. | | | | | Sold (part) | 07/30/19 | K | | |
| 453. | | | | | Buy (add'l) | 07/30/19 | J | | |
| 454. | | | | | Buy (add'l) | 07/31/19 | K | | |
| 455. | | | | | Sold (part) | 07/31/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 456. | | | | | Buy<br>(add'l) | 07/31/19 | J | | |
| 457. | | | | | Sold<br>(part) | 08/01/19 | J | | |
| 458. | | | | | Buy<br>(add'l) | 08/01/19 | J | | |
| 459. | | | | | Sold<br>(part) | 08/02/19 | J | | |
| 460. | | | | | Buy<br>(add'l) | 08/02/19 | J | | |
| 461. | | | | | Sold<br>(part) | 08/06/19 | J | | |
| 462. | | | | | Buy<br>(add'l) | 08/06/19 | J | | |
| 463. | | | | | Buy<br>(add'l) | 08/07/19 | J | | |
| 464. | | | | | Buy<br>(add'l) | 08/08/19 | J | | |
| 465. | | | | | Sold<br>(part) | 08/09/19 | J | | |
| 466. | | | | | Buy<br>(add'l) | 08/09/19 | J | | |
| 467. | | | | | Sold<br>(part) | 08/12/19 | J | | |
| 468. | | | | | Buy<br>(add'l) | 08/12/19 | J | | |
| 469. | | | | | Buy<br>(add'l) | 08/13/19 | J | | |
| 470. | | | | | Buy<br>(add'l) | 08/14/19 | J | | |
| 471. | | | | | Sold<br>(part) | 08/15/19 | J | | |
| 472. | | | | | Sold<br>(part) | 08/16/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 473. | | | | | Sold<br>(part) | 08/19/19 | J | | |
| 474. | | | | | Buy<br>(add'l) | 08/19/19 | J | | |
| 475. | | | | | Buy<br>(add'l) | 08/20/19 | J | | |
| 476. | | | | | Sold<br>(part) | 08/23/19 | J | | |
| 477. | | | | | Buy<br>(add'l) | 08/23/19 | J | | |
| 478. | | | | | Buy<br>(add'l) | 08/26/19 | J | | |
| 479. | | | | | Sold<br>(part) | 08/27/19 | J | | |
| 480. | | | | | Buy<br>(add'l) | 08/27/19 | J | | |
| 481. | | | | | Sold<br>(part) | 08/28/19 | J | | |
| 482. | | | | | Sold<br>(part) | 08/29/19 | J | | |
| 483. | | | | | Buy<br>(add'l) | 08/30/19 | K | | |
| 484. | | | | | Sold<br>(part) | 08/30/19 | K | | |
| 485. | | | | | Sold<br>(part) | 09/03/19 | J | | |
| 486. | | | | | Buy<br>(add'l) | 09/05/19 | J | | |
| 487. | | | | | Buy<br>(add'l) | 09/06/19 | J | | |
| 488. | | | | | Sold<br>(part) | 09/12/19 | J | | |
| 489. | | | | | Sold<br>(part) | 09/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 490. | | | | | Sold (part) | 09/16/19 | J | | |
| 491. | | | | | Buy (add'l) | 09/16/19 | J | | |
| 492. | | | | | Buy (add'l) | 09/17/19 | J | | |
| 493. | | | | | Buy (add'l) | 09/18/19 | J | | |
| 494. | | | | | Buy (add'l) | 09/20/19 | J | | |
| 495. | | | | | Sold (part) | 09/24/19 | J | | |
| 496. | | | | | Sold (part) | 09/25/19 | J | | |
| 497. | | | | | Sold (part) | 09/26/19 | J | | |
| 498. | | | | | Sold (part) | 09/27/19 | J | | |
| 499. | | | | | Sold (part) | 09/30/19 | K | | |
| 500. | | | | | Sold (part) | 10/01/19 | J | | |
| 501. | | | | | Sold (part) | 10/02/19 | J | | |
| 502. | | | | | Buy (add'l) | 10/02/19 | J | | |
| 503. | | | | | Buy (add'l) | 10/09/19 | J | | |
| 504. | | | | | Sold (part) | 10/11/19 | J | | |
| 505. | | | | | Sold (part) | 10/17/19 | J | | |
| 506. | | | | | Buy (add'l) | 10/17/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 507. | | | | | Buy (add'l) | 10/18/19 | J | | |
| 508. | | | | | Buy (add'l) | 10/21/19 | J | | |
| 509. | | | | | Sold (part) | 10/22/19 | J | | |
| 510. | | | | | Buy (add'l) | 10/22/19 | J | | |
| 511. | | | | | Buy (add'l) | 10/23/19 | J | | |
| 512. | | | | | Sold (part) | 10/24/19 | J | | |
| 513. | | | | | Buy (add'l) | 10/24/19 | J | | |
| 514. | | | | | Buy (add'l) | 10/29/19 | J | | |
| 515. | | | | | Buy (add'l) | 10/30/19 | J | | |
| 516. | | | | | Sold (part) | 10/31/19 | J | | |
| 517. | | | | | Buy (add'l) | 10/31/19 | J | | |
| 518. | | | | | Buy (add'l) | 11/01/19 | J | | |
| 519. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 520. | | | | | Buy (add'l) | 11/05/19 | J | | |
| 521. | | | | | Buy (add'l) | 11/06/19 | J | | |
| 522. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 523. | | | | | Sold (part) | 11/08/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 524. | | | | | Sold<br>(part) | 11/11/19 | J | | |
| 525. | | | | | Sold<br>(part) | 11/12/19 | J | | |
| 526. | | | | | Sold<br>(part) | 11/13/19 | J | | |
| 527. | | | | | Buy<br>(add'l) | 11/18/19 | J | | |
| 528. | | | | | Sold<br>(part) | 12/06/19 | J | | |
| 529. | | | | | Sold<br>(part) | 12/09/19 | J | | |
| 530. | | | | | Sold<br>(part) | 12/10/19 | J | | |
| 531. | | | | | Buy<br>(add'l) | 12/11/19 | J | | |
| 532. | | | | | Buy<br>(add'l) | 12/12/19 | J | | |
| 533. | | | | | Sold<br>(part) | 12/13/19 | J | | |
| 534. | | | | | Buy<br>(add'l) | 12/16/19 | J | | |
| 535. | | | | | Sold<br>(part) | 12/18/19 | J | | |
| 536. | | | | | Buy<br>(add'l) | 12/18/19 | J | | |
| 537. | | | | | Sold<br>(part) | 12/19/19 | J | | |
| 538. | | | | | Buy<br>(add'l) | 12/19/19 | J | | |
| 539. | | | | | Sold<br>(part) | 12/20/19 | J | | |
| 540. | | | | | Buy<br>(add'l) | 12/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 541. | | | | | Sold (part) | 12/23/19 | J | | |
| 542. | | | | | Sold (part) | 12/24/19 | J | | |
| 543. | | | | | Sold (part) | 12/26/19 | J | | |
| 544. | | | | | Sold (part) | 12/27/19 | J | | |
| 545. | | | | | Sold (part) | 12/30/19 | J | | |
| 546. | | | | | Sold (part) | 12/31/19 | J | | |
| 547. COMMON STOCKS (SCG)(H) | | | | | | | | | |
| 548. 2U, INC | None | | | | Buy | 01/31/19 | J | | |
| 549. | | | | | Buy (add'l) | 02/06/19 | J | | |
| 550. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 551. | | | | | Sold | 08/01/19 | J | | |
| 552. ACCELERON PHARMA, INC | None | | J | T | Buy | 01/22/19 | J | | |
| 553. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 554. AGIOS PHARMACEUTICALS, INC | None | | | | Buy | 01/22/19 | J | | |
| 555. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 556. | | | | | Sold (part) | 10/21/19 | J | | |
| 557. | | | | | Sold | 10/23/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 558.  ANAPTYSBIO, INC | | None | | | Buy | 01/22/19 | J | | |
| 559. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 560. | | | | | Sold | 08/20/19 | J | | |
| 561.  APPFOLIO, INC | | None | J | T | Buy | 01/22/19 | J | | |
| 562. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 563.  ARES MANAGEMENT CORP | B | Dividend | K | T | Buy | 01/22/19 | J | | |
| 564. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 565.  ARRAY BIOPHARMA, INC | | None | | | Buy | 02/25/19 | J | | |
| 566. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 567. | | | | | Buy (add'l) | 03/06/19 | J | | |
| 568. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 569. | | | | | Buy (add'l) | 04/12/19 | J | | |
| 570. | | | | | Buy (add'l) | 04/15/19 | J | | |
| 571. | | | | | Buy (add'l) | 05/13/19 | J | | |
| 572. | | | | | Sold | 07/31/19 | K | E | |
| 573.  ASPEN TECHNOLOGY, INC | | None | K | T | Buy | 01/22/19 | K | | |
| 574. | | | | | Buy (add'l) | 03/22/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 575. | | | | | Sold<br>(part) | 07/08/19 | J | A | |
| 576. | | | | | Sold<br>(part) | 07/09/19 | J | A | |
| 577. | | | | | Sold<br>(part) | 07/11/19 | J | B | |
| 578. | | | | | Sold<br>(part) | 10/21/19 | J | A | |
| 579. | | | | | Sold<br>(part) | 10/22/19 | J | A | |
| 580. | | | | | Sold<br>(part) | 10/24/19 | J | A | |
| 581. BANKUNITED, INC | A | Dividend | | | Buy | 01/22/19 | J | | |
| 582. | | | | | Sold<br>(part) | 01/22/19 | J | | |
| 583. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 584. | | | | | Sold | 07/23/19 | J | | |
| 585. BIOHAVEN PHARMACEUTICAL<br>HOLDING CO LTD | | None | K | T | Buy | 01/22/19 | J | | |
| 586. | | | | | Buy<br>(add'l) | 01/23/19 | J | | |
| 587. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 588. | | | | | Buy<br>(add'l) | 06/21/19 | J | | |
| 589. | | | | | Buy<br>(add'l) | 06/24/19 | J | | |
| 590. | | | | | Buy<br>(add'l) | 06/26/19 | J | | |
| 591. | | | | | Buy<br>(add'l) | 06/27/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 592. | | | | | Sold<br>(part) | 10/30/19 | J | | |
| 593. | | | | | Sold<br>(part) | 10/31/19 | J | | |
| 594. | | | | | Sold<br>(part) | 11/01/19 | J | | |
| 595. | | | | | Sold<br>(part) | 11/04/19 | J | | |
| 596. | | | | | Sold<br>(part) | 11/05/19 | J | A | |
| 597. BLACKBAUD, INC | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 598. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 599. BLACKLINE, INC | | None | K | T | Buy | 01/22/19 | K | | |
| 600. | | | | | Sold<br>(part) | 02/01/19 | J | A | |
| 601. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 602. | | | | | Buy<br>(add'l) | 03/28/19 | J | | |
| 603. | | | | | Buy<br>(add'l) | 09/24/19 | J | | |
| 604. | | | | | Buy<br>(add'l) | 09/25/19 | J | | |
| 605. | | | | | Buy<br>(add'l) | 09/27/19 | J | | |
| 606. | | | | | Buy<br>(add'l) | 10/02/19 | J | | |
| 607. BLUEPRINT MEDICINES CORP | | None | K | T | Buy | 01/31/19 | J | | |
| 608. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 609. | | | | | Buy<br>(add'l) | 03/28/19 | J | | |
| 610. | | | | | Buy<br>(add'l) | 06/28/19 | J | | |
| 611. | | | | | Buy<br>(add'l) | 08/23/19 | J | | |
| 612. BRIGHT HORIZONS FAMILY<br>SOLUTION, INC | | None | L | T | Buy | 01/22/19 | K | | |
| 613. | | | | | Buy<br>(add'l) | 03/22/19 | K | | |
| 614. | | | | | Sold<br>(part) | 07/11/19 | J | A | |
| 615. | | | | | Sold<br>(part) | 07/12/19 | J | A | |
| 616. | | | | | Sold<br>(part) | 10/30/19 | J | B | |
| 617. BROADRIDGE FINANCIAL<br>SOLUTIONS, INC. | A | Dividend | K | T | Buy | 01/22/19 | J | | |
| 618. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 619. | | | | | Buy<br>(add'l) | 09/27/19 | J | | |
| 620. | | | | | Buy<br>(add'l) | 09/30/19 | J | | |
| 621. BWX TECHNOLOGIEGS INC | A | Dividend | K | T | Buy | 01/22/19 | K | | |
| 622. | | | | | Buy<br>(add'l) | 03/22/19 | K | | |
| 623. | | | | | Buy<br>(add'l) | 07/30/19 | J | | |
| 624. CACTUS, INC | A | Dividend | K | T | Buy | 01/22/19 | J | | |
| 625. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 626. CALAVO GROWERS, INC | A | Dividend | | | Buy | 01/22/19 | J | | |
| 627. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 628. | | | | | Buy (add'l) | 01/31/19 | J | | |
| 629. | | | | | Buy (add'l) | 02/19/19 | J | | |
| 630. | | | | | Buy (add'l) | 03/18/19 | J | | |
| 631. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 632. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 633. | | | | | Sold (part) | 07/31/19 | J | A | |
| 634. | | | | | Sold (part) | 08/02/19 | J | A | |
| 635. | | | | | Sold (part) | 08/13/19 | J | A | |
| 636. | | | | | Sold (part) | 08/20/19 | J | A | |
| 637. | | | | | Sold (part) | 09/16/19 | J | A | |
| 638. | | | | | Sold (part) | 09/17/19 | J | A | |
| 639. | | | | | Sold (part) | 09/18/19 | J | A | |
| 640. | | | | | Sold (part) | 09/20/19 | J | A | |
| 641. | | | | | Sold (part) | 10/02/19 | J | A | |
| 642. | | | | | Sold (part) | 10/09/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 643. | | | | | Sold (part) | 10/17/19 | J | A | |
| 644. | | | | | Sold (part) | 10/21/19 | J | A | |
| 645. | | | | | Sold (part) | 12/12/19 | J | A | |
| 646. | | | | | Sold (part) | 12/16/19 | J | A | |
| 647. | | | | | Sold | 12/19/19 | J | A | |
| 648. CARROLS RESTAURANT GROUP, INC | | None | J | T | Buy | 01/22/19 | J | | |
| 649. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 650. CASEY'S GENERAL STORES, INC | A | Dividend | K | T | Buy | 01/22/19 | J | | |
| 651. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 652. | | | | | Buy (add'l) | 12/19/19 | J | | |
| 653. CATALENT, INC | | None | K | T | Buy | 01/22/19 | K | | |
| 654. | | | | | Buy (add'l) | 03/22/19 | K | | |
| 655. | | | | | Sold (part) | 05/24/19 | J | A | |
| 656. | | | | | Sold (part) | 05/28/19 | J | A | |
| 657. | | | | | Sold (part) | 06/04/19 | J | A | |
| 658. | | | | | Sold (part) | 06/21/19 | J | B | |
| 659. | | | | | Sold (part) | 07/05/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 660. | | | | | Sold (part) | 07/09/19 | J | A | |
| 661. | | | | | Sold (part) | 07/10/19 | J | A | |
| 662. | | | | | Sold (part) | 07/12/19 | J | A | |
| 663. | | | | | Sold (part) | 07/15/19 | J | A | |
| 664. | | | | | Sold (part) | 07/18/19 | J | A | |
| 665. | | | | | Sold (part) | 07/19/19 | J | A | |
| 666. | | | | | Sold (part) | 08/23/19 | J | A | |
| 667. | | | | | Sold (part) | 08/26/19 | J | C | |
| 668. CHARLES RIVER LABORATORIES INTERNATIONAL, INC | | None | L | T | Buy | 01/22/19 | K | | |
| 669. | | | | | Buy (add'l) | 03/22/19 | K | | |
| 670. | | | | | Buy (add'l) | 09/30/19 | J | | |
| 671. CHEGG, INC | | None | K | T | Buy | 01/22/19 | K | | |
| 672. | | | | | Buy (add'l) | 03/22/19 | K | | |
| 673. | | | | | Buy (add'l) | 09/26/19 | J | | |
| 674. | | | | | Buy (add'l) | 09/30/19 | J | | |
| 675. | | | | | Sold (part) | 07/08/19 | J | A | |
| 676. | | | | | Sold (part) | 07/09/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 677. CHOICE HOTELS INTERNATIONAL, INC | A | Dividend | L | T | Buy | 01/22/19 | K | | |
| 678. | | | | | Buy (add'l) | 03/22/19 | K | | |
| 679. | | | | | Buy (add'l) | 09/30/19 | J | | |
| 680. CLARUS CORP | A | Dividend | K | T | Buy | 01/22/19 | J | | |
| 681. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 682. COGENT COMMUNICATIONS GROUP, INC | A | Dividend | | | Buy | 01/22/19 | J | | |
| 683. | | | | | Sold (part) | 02/14/19 | J | A | |
| 684. | | | | | Sold (part) | 02/19/19 | J | A | |
| 685. | | | | | Sold (part) | 03/12/19 | J | A | |
| 686. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 687. | | | | | Sold (part) | 04/05/19 | J | A | |
| 688. | | | | | Sold | 04/12/19 | J | A | |
| 689. COHERUS BIOSCIENCES, INC | | None | J | T | Buy | 01/22/19 | J | | |
| 690. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 691. CORELOGIC, INC | | None | | | Buy | 01/22/19 | J | | |
| 692. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 693. | | | | | Sold (part) | 04/12/19 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 694. | | | | | Sold (part) | 04/22/19 | J | A | |
| 695. | | | | | Sold (part) | 04/23/19 | J | A | |
| 696. | | | | | Sold | 04/24/19 | J | A | |
| 697. CORE-MARK HOLDING CO, INC | A | Dividend | | | Buy | 01/22/19 | J | | |
| 698. | | | | | Sold (part) | 02/22/19 | J | A | |
| 699. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 700. | | | | | Sold (part) | 05/03/19 | J | A | |
| 701. | | | | | Sold | 05/08/19 | J | A | |
| 702. COUPA SOFTWARE, INC | | None | | | Buy | 01/22/19 | J | | |
| 703. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 704. | | | | | Sold (part) | 04/05/19 | J | A | |
| 705. | | | | | Sold | 04/08/19 | J | A | |
| 706. COVETRUS, INC | | None | | | Buy | 02/08/19 | J | | |
| 707. | | | | | Buy (add'l) | 02/12/19 | J | | |
| 708. | | | | | Buy (add'l) | 02/13/19 | J | | |
| 709. | | | | | Buy (add'l) | 02/14/19 | J | | |
| 710. | | | | | Buy (add'l) | 02/21/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 711. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 712. | | | | | Buy<br>(add'l) | 03/28/19 | J | | |
| 713. | | | | | Buy<br>(add'l) | 05/24/19 | J | | |
| 714. | | | | | Buy<br>(add'l) | 05/28/19 | J | | |
| 715. | | | | | Buy<br>(add'l) | 05/29/19 | J | | |
| 716. | | | | | Buy<br>(add'l) | 07/30/19 | J | | |
| 717. | | | | | Sold<br>(part) | 10/17/19 | J | | |
| 718. | | | | | Sold<br>(part) | 10/22/19 | J | | |
| 719. | | | | | Sold<br>(part) | 10/29/19 | J | | |
| 720. | | | | | Sold | 10/30/19 | J | | |
| 721.   DESPEGAR.COM, CORP | None | J | T | | Buy | 01/22/19 | J | | |
| 722. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 723. | | | | | Buy<br>(add'l) | 03/28/19 | J | | |
| 724. | | | | | Sold<br>(part) | 11/07/19 | J | | |
| 725.   DYNATRACE HOLDINGS LLC | None | K | T | | Buy | 08/01/19 | J | | |
| 726. | | | | | Buy<br>(add'l) | 09/16/19 | J | | |
| 727. | | | | | Buy<br>(add'l) | 09/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 728. | | | | | Buy<br>(add'l) | 09/27/19 | J | | |
| 729. | | | | | Buy<br>(add'l) | 10/17/19 | J | | |
| 730. | | | | | Buy<br>(add'l) | 10/22/19 | J | | |
| 731. | | | | | Buy<br>(add'l) | 10/31/19 | J | | |
| 732. | | | | | Buy<br>(add'l) | 11/11/19 | J | | |
| 733. ENVESTNET, INC | | None | | | Buy | 01/22/19 | J | | |
| 734. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 735. | | | | | Sold | 04/05/19 | J | A | |
| 736. ESCO TECHNOLOGIES, INC | A | Dividend | K | T | Buy | 01/22/19 | J | | |
| 737. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 738. | | | | | Sold<br>(part) | 08/06/19 | J | A | |
| 739. | | | | | Sold<br>(part) | 08/08/19 | J | A | |
| 740. | | | | | Sold<br>(part) | 08/14/19 | J | A | |
| 741. | | | | | Sold<br>(part) | 09/05/19 | J | A | |
| 742. | | | | | Sold<br>(part) | 09/06/19 | J | A | |
| 743. | | | | | Sold<br>(part) | 11/18/19 | J | A | |
| 744. ESTABLISHMENT LABS HOLDINGS (X)<br>(SEE NOTE 21 IN SECT VIII) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 745.  ETSY, INC | | None | K | T | Buy | 01/22/19 | K | | |
| 746. | | | | | Buy<br>(add'l) | 03/22/19 | K | | |
| 747. | | | | | Buy<br>(add'l) | 08/23/19 | J | | |
| 748. | | | | | Buy<br>(add'l) | 08/30/19 | J | | |
| 749. | | | | | Buy<br>(add'l) | 10/31/19 | J | | |
| 750. | | | | | Buy<br>(add'l) | 12/23/19 | J | | |
| 751. | | | | | Buy<br>(add'l) | 12/30/19 | J | | |
| 752.  EVO PAYMENTS HOLDINGS, INC | | None | L | T | Buy | 01/22/19 | K | | |
| 753. | | | | | Buy<br>(add'l) | 03/22/19 | K | | |
| 754. | | | | | Buy<br>(add'l) | 09/30/19 | J | | |
| 755. | | | | | Buy<br>(add'l) | 11/11/19 | J | | |
| 756. | | | | | Buy<br>(add'l) | 12/19/19 | J | | |
| 757.  FAIR ISAAC CORP | | None | K | T | Buy | 01/22/19 | J | | |
| 758. | | | | | Buy<br>(add'l) | 03/22/19 | K | | |
| 759. | | | | | Sold<br>(part) | 06/11/19 | J | A | |
| 760. | | | | | Sold<br>(part) | 06/12/19 | J | A | |
| 761. | | | | | Sold<br>(part) | 07/09/19 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 762. | | | | | Sold<br>(part) | 11/04/19 | J | A | |
| 763. GCI LIBERTY, INC | | None | L | T | Buy | 01/22/19 | K | | |
| 764. | | | | | Buy<br>(add'l) | 03/22/19 | K | | |
| 765. | | | | | Buy<br>(add'l) | 07/30/19 | J | | |
| 766. | | | | | Buy<br>(add'l) | 07/31/19 | J | | |
| 767. GENPACT LTD | A | Dividend | L | T | Buy | 01/22/19 | K | | |
| 768. | | | | | Buy<br>(add'l) | 03/22/19 | K | | |
| 769. | | | | | Buy<br>(add'l) | 09/24/19 | J | | |
| 770. | | | | | Buy<br>(add'l) | 09/30/19 | J | | |
| 771. | | | | | Buy<br>(add'l) | 11/08/19 | J | | |
| 772. GLOBAL BLOOD THERAPEUTICS, INC | | None | K | T | Buy | 01/22/19 | J | | |
| 773. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 774. | | | | | Buy<br>(add'l) | 08/28/19 | J | | |
| 775. GUIDEWIRE SOFTWARE, INC | | None | K | T | Buy | 01/22/19 | J | | |
| 776. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 777. HABIT RESTAURANTS INC | | None | J | T | Buy | 01/22/19 | J | | |
| 778. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 779. HAIN CELESTIAL GROUP, INC | | None | L | T | Buy | 01/22/19 | J | | |
| 780. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 781. | | | | | Buy (add'l) | 08/29/19 | J | | |
| 782. | | | | | Buy (add'l) | 08/30/19 | J | | |
| 783. | | | | | Buy (add'l) | 09/24/19 | J | | |
| 784. | | | | | Buy (add'l) | 09/27/19 | J | | |
| 785. | | | | | Buy (add'l) | 09/30/19 | J | | |
| 786. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 787. | | | | | Buy (add'l) | 10/02/19 | J | | |
| 788. HAMILTON LANE, INC | A | Dividend | K | T | Buy | 01/22/19 | J | | |
| 789. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 790. | | | | | Sold (part) | 10/31/19 | J | A | |
| 791. | | | | | Sold (part) | 11/05/19 | J | A | |
| 792. HEALTHCARE SERVICES GROUP, INC | A | Dividend | | | Buy | 01/22/19 | J | | |
| 793. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 794. | | | | | Sold | 05/01/19 | J | | |
| 795. HEALTHEQUITY, INC | | None | K | T | Buy | 01/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 796. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 797. | | | | | Buy (add'l) | 12/06/19 | J | | |
| 798. | | | | | Buy (add'l) | 12/09/19 | J | | |
| 799. | | | | | Buy (add'l) | 12/10/19 | J | | |
| 800. HEICO CORP | A | Dividend | K | T | Buy | 01/22/19 | J | | |
| 801. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 802. | | | | | Sold (part) | 07/01/19 | J | B | |
| 803. | | | | | Sold (part) | 07/05/19 | J | B | |
| 804. | | | | | Sold (part) | 07/08/19 | J | A | |
| 805. | | | | | Sold (part) | 08/27/19 | J | B | |
| 806. | | | | | Sold (part) | 12/11/19 | J | A | |
| 807. HENRY SCHEIN, INC | | None | J | T | Buy | 01/22/19 | J | | |
| 808. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 809. | | | | | Sold (part) | 07/05/19 | J | A | |
| 810. | | | | | Sold (part) | 07/08/19 | J | A | |
| 811. | | | | | Sold (part) | 11/04/19 | J | A | |
| 812. HEXCEL CORP | A | Dividend | K | T | Buy | 01/22/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 813. | | | | | Buy (add'l) | 01/31/19 | J | | |
| 814. | | | | | Buy (add'l) | 03/22/19 | K | | |
| 815. | | | | | Buy (add'l) | 09/30/19 | J | | |
| 816.   HUDSON, LTD | None | K | T | | Buy | 01/22/19 | J | | |
| 817. | | | | | Buy (add'l) | 01/23/19 | J | | |
| 818. | | | | | Buy (add'l) | 01/24/19 | J | | |
| 819. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 820.   IAA SPINCO, INC | None | L | T | | Buy | 06/28/19 | J | | |
| 821. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 822. | | | | | Buy (add'l) | 07/02/19 | J | | |
| 823. | | | | | Buy (add'l) | 07/05/19 | J | | |
| 824. | | | | | Buy (add'l) | 07/10/19 | J | | |
| 825. | | | | | Buy (add'l) | 07/29/19 | J | | |
| 826. | | | | | Buy (add'l) | 07/30/19 | J | | |
| 827. | | | | | Buy (add'l) | 07/31/19 | J | | |
| 828. | | | | | Buy (add'l) | 08/09/19 | J | | |
| 829. | | | | | Buy (add'l) | 08/12/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 830. | | | | | Buy (add'l) | 09/27/19 | J | | |
| 831. | | | | | Buy (add'l) | 09/30/19 | J | | |
| 832. | | | | | Buy (add'l) | 10/11/19 | J | | |
| 833.  IDEX CORP | A | Dividend | K | T | Buy | 01/22/19 | J | | |
| 834. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 835.  INTEGRA LIFESCIENCES HOLDINGS | | None | K | T | Buy | 01/22/19 | J | | |
| 836. | | | | | Buy (add'l) | 03/15/19 | J | | |
| 837. | | | | | Buy (add'l) | 03/22/19 | K | | |
| 838. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 839. | | | | | Buy (add'l) | 04/22/19 | J | | |
| 840. | | | | | Buy (add'l) | 07/30/19 | J | | |
| 841.  IOVANCE BIOTHERAPEUTICS, INC | | None | J | T | Buy | 07/31/19 | J | | |
| 842. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 843. | | | | | Buy (add'l) | 08/02/19 | J | | |
| 844.  JOHN BEAN TECHNOLOGIES CORP | A | Dividend | K | T | Buy | 01/22/19 | J | | |
| 845. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 846. | | | | | Buy (add'l) | 11/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 847. | | | | | Buy<br>(add'l) | 12/27/19 | J | | |
| 848.   KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 849. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 850. | | | | | Sold<br>(part) | 12/18/19 | J | A | |
| 851. | | | | | Sold<br>(part) | 12/19/19 | J | A | |
| 852. | | | | | Sold<br>(part) | 12/20/19 | J | A | |
| 853.   KURA ONCOLOGY, INC | | None | J | T | Buy | 06/14/19 | J | | |
| 854. | | | | | Buy<br>(add'l) | 06/19/19 | J | | |
| 855.   LINDBLAD EXPEDITIONS HOLDINGS, INC. | | None | K | T | Buy | 01/22/19 | J | | |
| 856. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 857.   LITTELFUSE, INC | A | Distribution | K | T | Buy | 01/22/19 | J | | |
| 858. | | | | | Buy<br>(add'l) | 01/31/19 | J | | |
| 859. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 860. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 861.   LOXO ONCOLOGY, INC | | None | | | Buy | 01/22/19 | K | | |
| 862. | | | | | Sold | 02/19/19 | K | A | |
| 863.   MAKEMYTRIP LTD | | None | K | T | Buy | 01/22/19 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 864. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 865. | | | | | Buy<br>(add'l) | 04/01/19 | J | | |
| 866. | | | | | Buy<br>(add'l) | 04/02/19 | J | | |
| 867. | | | | | Buy<br>(add'l) | 04/03/19 | J | | |
| 868. | | | | | Buy<br>(add'l) | 04/30/19 | J | | |
| 869. | | | | | Buy<br>(add'l) | 12/23/19 | J | | |
| 870. MARVELL TECHNOLOGY GROUP LTD | A | Dividend | K | T | Buy | 01/22/19 | J | | |
| 871. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 872. | | | | | Sold<br>(part) | 07/05/19 | J | A | |
| 873. MAXIMUS, INC | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 874. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 875. MERCURY SYSTEMS, INC | | None | J | T | Buy | 01/22/19 | J | | |
| 876. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 877. | | | | | Sold<br>(part) | 04/12/19 | J | A | |
| 878. | | | | | Sold<br>(part) | 04/16/19 | J | A | |
| 879. MIMECAST, LTD | | None | L | T | Buy | 01/22/19 | K | | |
| 880. | | | | | Buy<br>(add'l) | 03/22/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 881. | | | | | Sold (part) | 04/29/19 | J | A | |
| 882. | | | | | Sold (part) | 05/01/19 | J | A | |
| 883. | | | | | Sold (part) | 07/09/19 | J | A | |
| 884. | | | | | Sold (part) | 07/29/19 | J | A | |
| 885. | | | | | Sold (part) | 07/30/19 | J | A | |
| 886.  MSA SAFETY, INC | A | Dividend | K | T | Buy | 07/31/19 | J | | |
| 887. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 888. | | | | | Buy (add'l) | 08/02/19 | J | | |
| 889. | | | | | Buy (add'l) | 08/23/19 | J | | |
| 890. | | | | | Buy (add'l) | 08/27/19 | J | | |
| 891. | | | | | Buy (add'l) | 09/24/19 | J | | |
| 892. | | | | | Buy (add'l) | 12/31/19 | J | | |
| 893.  NATIONAL VISION HOLDINGS, INC | | None | L | T | Buy | 01/22/19 | K | | |
| 894. | | | | | Buy (add'l) | 03/15/19 | J | | |
| 895. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 896. | | | | | Buy (add'l) | 04/22/19 | J | | |
| 897. | | | | | Buy (add'l) | 05/13/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 898. | | | | | Buy<br>(add'l) | 05/16/19 | J | | |
| 899. | | | | | Buy<br>(add'l) | 07/30/19 | J | | |
| 900. | | | | | Buy<br>(add'l) | 08/06/19 | J | | |
| 901. | | | | | Buy<br>(add'l) | 08/12/19 | J | | |
| 902. | | | | | Buy<br>(add'l) | 08/28/19 | J | | |
| 903.  NEOGENOMICS, INC | None | K | T | | Buy | 01/22/19 | J | | |
| 904. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 905.  NESCO HOLDINGS, INC | None | J | T | | Buy | 04/29/19 | J | | |
| 906. | | | | | Buy<br>(add'l) | 04/30/19 | J | | |
| 907. | | | | | Buy<br>(add'l) | 05/14/19 | J | | |
| 908. | | | | | Buy<br>(add'l) | 06/26/19 | J | | |
| 909. | | | | | Buy<br>(add'l) | 07/30/19 | J | | |
| 910.  NEUROCRINE BIOSCIENCES, INC | None | K | T | | Buy | 01/22/19 | J | | |
| 911. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 912. | | | | | Buy<br>(add'l) | 04/30/19 | J | | |
| 913. | | | | | Buy<br>(add'l) | 05/01/19 | J | | |
| 914.  ORTHOPEDIATRICS CORP (X) (SEE<br>NOTE 21 IN SECT VIII) | None | J | T | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 915.  PAGERDUTY, INC (X) (SEE NOTE 21 IN SECT VIII) | | None | | | Sold | 07/29/19 | J | A | |
| 916.  PAYLOCITY HOLDING CORP | | None | | | Buy | 01/22/19 | J | | |
| 917. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 918. | | | | | Sold (part) | 04/08/19 | J | | |
| 919. | | | | | Sold (part) | 04/09/19 | J | | |
| 920. | | | | | Sold (part) | 04/10/19 | J | | |
| 921. | | | | | Sold (part) | 04/11/19 | J | | |
| 922. | | | | | Sold (part) | 04/24/19 | J | A | |
| 923. | | | | | Sold (part) | 05/31/19 | J | A | |
| 924. | | | | | Sold (part) | 06/10/19 | J | A | |
| 925. | | | | | Sold (part) | 06/11/19 | J | A | |
| 926. | | | | | Sold (part) | 06/12/19 | J | A | |
| 927. | | | | | Sold (part) | 07/09/19 | J | B | |
| 928. | | | | | Sold (part) | 07/29/19 | J | B | |
| 929. | | | | | Sold (part) | 07/30/19 | J | A | |
| 930. | | | | | Sold | 07/31/19 | J | A | |
| 931.  PHREESIA, INC | | None | J | T | Buy | 07/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 932. | | | | | Buy (add'l) | 09/26/19 | J | | |
| 933. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 934.   PROS HOLDINGS, INC | | None | K | T | Buy | 03/22/19 | J | | |
| 935. | | | | | Buy (add'l) | 04/08/19 | J | | |
| 936. | | | | | Buy (add'l) | 04/17/19 | J | | |
| 937. | | | | | Buy (add'l) | 11/11/19 | J | | |
| 938.   PROSPERITY BANCSHARES, INC | A | Dividend | K | T | Buy | 01/22/19 | J | | |
| 939. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 940. | | | | | Buy (add'l) | 06/26/19 | J | | |
| 941. | | | | | Buy (add'l) | 06/27/19 | J | | |
| 942. | | | | | Buy (add'l) | 06/28/19 | J | | |
| 943. | | | | | Buy (add'l) | 07/30/19 | J | | |
| 944. | | | | | Buy (add'l) | 07/31/19 | J | | |
| 945. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 946.   SITEONE LANDSCAPE SUPPLY, INC | | None | L | T | Buy | 01/22/19 | J | | |
| 947. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 948. | | | | | Buy (add'l) | 03/28/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 949. | | | | | Buy (add'l) | 05/13/19 | J | | |
| 950. | | | | | Buy (add'l) | 05/22/19 | J | | |
| 951. STITCH FIX, INC | None | J | T | | Buy | 03/15/19 | J | | |
| 952. | | | | | Buy (add'l) | 03/18/19 | J | | |
| 953. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 954. | | | | | Buy (add'l) | 03/28/19 | J | | |
| 955. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 956. | | | | | Buy (add'l) | 04/22/19 | J | | |
| 957. | | | | | Buy (add'l) | 05/13/19 | J | | |
| 958. | | | | | Buy (add'l) | 07/30/19 | J | | |
| 959. TABULA RASA HEALTHCARE, INC | None | J | T | | Buy | 06/13/19 | J | | |
| 960. | | | | | Buy (add'l) | 06/27/19 | J | | |
| 961. | | | | | Buy (add'l) | 08/27/19 | J | | |
| 962. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 963. | | | | | Buy (add'l) | 08/29/19 | J | | |
| 964. | | | | | Buy (add'l) | 08/30/19 | J | | |
| 965. TOPBUILD CORP | None | K | T | | Buy | 01/22/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 966. | | | | | Buy (add'l) | 03/22/19 | K | | |
| 967. | | | | | Sold (part) | 06/03/19 | J | A | |
| 968. | | | | | Sold (part) | 06/04/19 | J | A | |
| 969. | | | | | Sold (part) | 06/11/19 | J | A | |
| 970. | | | | | Sold (part) | 06/12/19 | J | A | |
| 971. | | | | | Sold (part) | 06/13/19 | J | A | |
| 972. | | | | | Sold (part) | 07/01/19 | J | A | |
| 973. | | | | | Sold (part) | 07/03/19 | J | A | |
| 974. | | | | | Sold (part) | 07/16/19 | J | A | |
| 975. ULTIMATE SOFTWARE GROUP, INC | | None | | | Buy | 01/22/19 | J | | |
| 976. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 977. | | | | | Sold | 05/06/19 | K | C | |
| 978. WAGEWORKS, INC | | None | | | Buy | 04/17/19 | J | | |
| 979. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 980. | | | | | Buy (add'l) | 04/22/19 | J | | |
| 981. | | | | | Buy (add'l) | 04/30/19 | J | | |
| 982. | | | | | Buy (add'l) | 05/09/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 983. | | | | | Sold | 08/30/19 | K | C | |
| 984. WASTE CONNECTIONS INC | A | Dividend | L | T | Buy | 01/22/19 | K | | |
| 985. | | | | | Buy (add'l) | 03/22/19 | K | | |
| 986. | | | | | Buy (add'l) | 09/30/19 | J | | |
| 987. | | | | | Sold (part) | 07/05/19 | J | A | |
| 988. | | | | | Sold (part) | 07/08/19 | J | A | |
| 989. | | | | | Sold (part) | 07/09/19 | J | A | |
| 990. WEBSTER FINANCIAL CORP | A | Dividend | K | T | Buy | 01/22/19 | K | | |
| 991. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 992. | | | | | Buy (add'l) | 07/31/19 | J | | |
| 993. WELBILT, INC | | None | | | Buy | 01/22/19 | J | | |
| 994. | | | | | Sold (part) | 02/12/19 | J | A | |
| 995. | | | | | Sold (part) | 02/13/19 | J | A | |
| 996. | | | | | Sold (part) | 02/14/19 | J | A | |
| 997. | | | | | Sold (part) | 02/15/19 | J | A | |
| 998. | | | | | Sold | 03/15/19 | J | A | |
| 999. WEX, INC | | None | K | T | Buy | 01/22/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1000. | | | | | Buy<br>(add'l) | 03/22/19 | K | | |
| 1001. WOODWARD, INC | A | Dividend | K | T | Buy | 01/22/19 | J | | |
| 1002. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 1003. WORKIVA, INC | | None | K | T | Buy | 01/22/19 | J | | |
| 1004. | | | | | Buy<br>(add'l) | 02/06/19 | J | | |
| 1005. | | | | | Buy<br>(add'l) | 03/22/19 | K | | |
| 1006. | | | | | Buy<br>(add'l) | 08/27/19 | J | | |
| 1007. | | | | | Buy<br>(add'l) | 09/12/19 | J | | |
| 1008. | | | | | Buy<br>(add'l) | 09/13/19 | J | | |
| 1009. | | | | | Buy<br>(add'l) | 09/24/19 | J | | |
| 1010. | | | | | Buy<br>(add'l) | 09/27/19 | J | | |
| 1011. | | | | | Buy<br>(add'l) | 12/18/19 | J | | |
| 1012. | | | | | Buy<br>(add'l) | 12/30/19 | J | | |
| 1013. ZUORA, INC | | None | K | T | Buy | 01/22/19 | J | | |
| 1014. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 1015. | | | | | Buy<br>(add'l) | 05/31/19 | J | | |
| 1016. | | | | | Buy<br>(add'l) | 06/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1017. | | | | | Buy (add'l) | 06/12/19 | J | | |
| 1018. | | | | | Buy (add'l) | 08/23/19 | J | | |
| 1019. | | | | | Buy (add'l) | 08/27/19 | J | | |
| 1020. ZYNGA, INC | None | L | T | | Buy | 01/22/19 | J | | |
| 1021. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 1022. | | | | | Buy (add'l) | 06/28/19 | J | | |
| 1023. | | | | | Buy (add'l) | 07/30/19 | J | | |
| 1024. | | | | | Buy (add'l) | 08/19/19 | J | | |
| 1025. | | | | | Buy (add'l) | 08/23/19 | J | | |
| 1026. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 1027. | | | | | Buy (add'l) | 08/30/19 | J | | |
| 1028. | | | | | Buy (add'l) | 09/30/19 | J | | |
| 1029. | | | | | Buy (add'l) | 11/08/19 | J | | |
| 1030. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 1031. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 1032. | | | | | Buy (add'l) | 12/23/19 | J | | |
| 1033. | | | | | Buy (add'l) | 12/30/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1034. INV ACCT #7 (ACM) (LINES 1035-1192) (NOTE 20 SECT VIII) (H) | | None | | | Open | 01/18/19 | P1 | | |
| 1035. FIRST AMERICN GOVT OBLGTN FUND MMF/CASH (NOTE 14 SECT VII) | C | Dividend | M | T | Buy | 01/18/19 | P1 | | |
| 1036. | | | | | Sold (part) | 01/22/19 | O | | |
| 1037. | | | | | Sold (part) | 01/30/19 | O | | |
| 1038. | | | | | Sold (part) | 02/07/19 | K | | |
| 1039. | | | | | Sold (part) | 02/12/19 | K | | |
| 1040. | | | | | Sold (part) | 02/28/19 | M | | |
| 1041. | | | | | Sold (part) | 04/04/19 | K | | |
| 1042. | | | | | Buy (add'l) | 04/24/19 | K | | |
| 1043. | | | | | Sold (part) | 05/23/19 | K | | |
| 1044. | | | | | Sold (part) | 05/29/19 | M | | |
| 1045. | | | | | Buy (add'l) | 07/24/19 | K | | |
| 1046. | | | | | Buy (add'l) | 08/06/19 | J | | |
| 1047. | | | | | Sold (part) | 09/18/19 | J | | |
| 1048. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 1049. | | | | | Sold (part) | 09/19/19 | J | | |
| 1050. | | | | | Buy (add'l) | 10/29/19 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1051. | | | | | Sold (part) | 11/15/19 | J | | |
| 1052. | | | | | Sold (part) | 12/09/19 | J | | |
| 1053. | | | | | Sold (part) | 12/18/19 | J | | |
| 1054. COMMON STOCKS (ACM) (H) | | | | | | | | | |
| 1055. ABIOMED INC | | None | K | T | Buy | 04/04/19 | K | | |
| 1056. | | | | | Buy (add'l) | 12/09/19 | J | | |
| 1057. AEROVIRONMENT INC | | None | L | T | Buy | 01/22/19 | K | | |
| 1058. | | | | | Buy (add'l) | 01/30/19 | K | | |
| 1059. | | | | | Buy (add'l) | 02/28/19 | J | | |
| 1060. | | | | | Buy (add'l) | 05/29/19 | J | | |
| 1061. ANSYS INC | | None | M | T | Buy | 01/22/19 | K | | |
| 1062. | | | | | Buy (add'l) | 01/30/19 | K | | |
| 1063. | | | | | Buy (add'l) | 02/28/19 | J | | |
| 1064. | | | | | Buy (add'l) | 05/29/19 | J | | |
| 1065. BIO TECHNE CORP | A | Dividend | K | T | Buy | 01/22/19 | K | | |
| 1066. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 1067. | | | | | Buy (add'l) | 02/28/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1068. | | | | | Buy (add'l) | 05/29/19 | J | | |
| 1069. BLACKBAUD INC | A | Dividend | L | T | Buy | 01/22/19 | K | | |
| 1070. | | | | | Buy (add'l) | 01/30/19 | K | | |
| 1071. | | | | | Buy (add'l) | 02/28/19 | J | | |
| 1072. | | | | | Buy (add'l) | 05/29/19 | J | | |
| 1073. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 1074. CAMBREX CORP | | None | | | Buy | 01/22/19 | K | | |
| 1075. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 1076. | | | | | Buy (add'l) | 02/28/19 | J | | |
| 1077. | | | | | Buy (add'l) | 05/29/19 | J | | |
| 1078. | | | | | Sold | 10/29/19 | K | D | |
| 1079. COGNEX CORP | A | Dividend | L | T | Buy | 01/22/19 | K | | |
| 1080. | | | | | Buy (add'l) | 01/30/19 | K | | |
| 1081. | | | | | Buy (add'l) | 02/28/19 | J | | |
| 1082. | | | | | Buy (add'l) | 05/29/19 | J | | |
| 1083. COSTAR GROUP INC | | None | L | T | Buy | 01/22/19 | K | | |
| 1084. | | | | | Buy (add'l) | 05/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1085. CYBERARK SOFTWARE LTD ISRAEL | | None | L | T | Buy | 01/22/19 | K | | |
| 1086. | | | | | Buy (add'l) | 01/30/19 | K | | |
| 1087. | | | | | Buy (add'l) | 02/28/19 | J | | |
| 1088. | | | | | Buy (add'l) | 05/29/19 | J | | |
| 1089. FACTSET RESEARCH SYSTEMS INC | A | Dividend | L | T | Buy | 01/22/19 | K | | |
| 1090. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 1091. | | | | | Buy (add'l) | 02/28/19 | J | | |
| 1092. | | | | | Buy (add'l) | 05/29/19 | J | | |
| 1093. FORTINET INC | | None | M | T | Buy | 01/22/19 | L | | |
| 1094. | | | | | Buy (add'l) | 01/30/19 | K | | |
| 1095. | | | | | Buy (add'l) | 02/07/19 | J | | |
| 1096. GENTEX CORP | A | Dividend | L | T | Buy | 01/22/19 | K | | |
| 1097. | | | | | Buy (add'l) | 01/30/19 | K | | |
| 1098. | | | | | Buy (add'l) | 02/28/19 | J | | |
| 1099. | | | | | Sold (part) | 04/24/19 | J | A | |
| 1100. GRAHAM CORP (SEE NOTE 21 IN SECT VIII) | A | Dividend | | | Buy | 01/22/19 | J | | |
| 1101. | | | | | Buy (add'l) | 01/30/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1102. | | | | | Buy<br>(add'l) | 02/28/19 | J | | |
| 1103. | | | | | Buy<br>(add'l) | 05/29/19 | J | | |
| 1104. | | | | | Sold<br>(part) | 08/06/19 | J | | |
| 1105. HEALTHCARE SERVICES GROUP, INC | A | Dividend | | | Buy | 01/22/19 | K | | |
| 1106. | | | | | Buy<br>(add'l) | 01/30/19 | J | | |
| 1107. | | | | | Buy<br>(add'l) | 02/28/19 | J | | |
| 1108. | | | | | Sold<br>(part) | 04/24/19 | J | | |
| 1109. | | | | | Sold | 07/24/19 | K | | |
| 1110. HMS HLDGS CORP | | None | L | T | Buy | 01/22/19 | K | | |
| 1111. | | | | | Buy<br>(add'l) | 01/30/19 | K | | |
| 1112. | | | | | Buy<br>(add'l) | 02/28/19 | J | | |
| 1113. | | | | | Buy<br>(add'l) | 05/29/19 | J | | |
| 1114. ICON PLC | | None | M | T | Buy | 01/22/19 | K | | |
| 1115. | | | | | Buy<br>(add'l) | 01/30/19 | K | | |
| 1116. | | | | | Buy<br>(add'l) | 02/28/19 | J | | |
| 1117. | | | | | Buy<br>(add'l) | 05/29/19 | J | | |
| 1118. IDEXX LABS INC | | None | M | T | Buy | 01/22/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1119. | | | | | Buy<br>(add'l) | 01/30/19 | K | | |
| 1120. | | | | | Buy<br>(add'l) | 02/28/19 | J | | |
| 1121. | | | | | Buy<br>(add'l) | 05/29/19 | J | | |
| 1122. ILLUMINA INC | | None | M | T | Buy | 01/22/19 | L | | |
| 1123. | | | | | Buy<br>(add'l) | 01/30/19 | J | | |
| 1124. | | | | | Buy<br>(add'l) | 02/28/19 | K | | |
| 1125. | | | | | Buy<br>(add'l) | 05/29/19 | J | | |
| 1126. JACK HENRY ASSOCIATES INC | A | Dividend | L | T | Buy | 01/22/19 | K | | |
| 1127. | | | | | Buy<br>(add'l) | 01/30/19 | J | | |
| 1128. | | | | | Buy<br>(add'l) | 02/28/19 | J | | |
| 1129. | | | | | Buy<br>(add'l) | 05/29/19 | J | | |
| 1130. KORNIT DIGITAL LTD | | None | L | T | Buy | 01/22/19 | K | | |
| 1131. | | | | | Buy<br>(add'l) | 01/30/19 | K | | |
| 1132. | | | | | Buy<br>(add'l) | 02/28/19 | J | | |
| 1133. | | | | | Buy<br>(add'l) | 05/29/19 | J | | |
| 1134. LOGMEIN INC | A | Dividend | K | T | Buy | 01/22/19 | K | | |
| 1135. | | | | | Buy<br>(add'l) | 01/30/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1136. | | | | | Buy (add'l) | 02/28/19 | J | | |
| 1137. | | | | | Buy (add'l) | 05/29/19 | J | | |
| 1138. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 1139. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 1140. MANHATTAN ASSOCS INC | | None | L | T | Buy | 01/22/19 | K | | |
| 1141. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 1142. | | | | | Buy (add'l) | 02/28/19 | J | | |
| 1143. | | | | | Buy (add'l) | 05/29/19 | J | | |
| 1144. MEDIDATA SOLUTIONS, INC | | None | | | Buy | 01/22/19 | K | | |
| 1145. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 1146. | | | | | Buy (add'l) | 02/28/19 | J | | |
| 1147. | | | | | Buy (add'l) | 05/29/19 | J | | |
| 1148. | | | | | Sold | 10/29/19 | L | E | |
| 1149. MORNINGSTAR INC | A | Dividend | L | T | Buy | 01/22/19 | K | | |
| 1150. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 1151. | | | | | Buy (add'l) | 02/28/19 | J | | |
| 1152. | | | | | Buy (add'l) | 05/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1153. NICE LTD ADR | | None | M | T | Buy | 01/22/19 | K | | |
| 1154. | | | | | Buy (add'l) | 01/30/19 | K | | |
| 1155. | | | | | Buy (add'l) | 02/28/19 | J | | |
| 1156. | | | | | Buy (add'l) | 05/29/19 | J | | |
| 1157. ORASURE TECHNOLOGIES INC | | None | K | T | Buy | 01/22/19 | J | | |
| 1158. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 1159. | | | | | Buy (add'l) | 02/07/19 | J | | |
| 1160. QUALYS INC | | None | L | T | Buy | 01/22/19 | K | | |
| 1161. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 1162. | | | | | Buy (add'l) | 02/28/19 | J | | |
| 1163. | | | | | Buy (add'l) | 05/29/19 | J | | |
| 1164. RBC BEARINGS INC | | None | K | T | Buy | 09/18/19 | J | | |
| 1165. | | | | | Buy (add'l) | 12/18/19 | J | | |
| 1166. REALPAGE INC | | None | K | T | Buy | 01/22/19 | K | | |
| 1167. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 1168. | | | | | Buy (add'l) | 02/28/19 | J | | |
| 1169. | | | | | Buy (add'l) | 05/29/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1170. RESMED INC | A | Dividend | L | T | Buy | 01/22/19 | K | | |
| 1171. | | | | | Buy<br>(add'l) | 01/30/19 | J | | |
| 1172. | | | | | Buy<br>(add'l) | 02/28/19 | J | | |
| 1173. | | | | | Buy<br>(add'l) | 05/29/19 | J | | |
| 1174. SEI INVESTMENTS CO | A | Dividend | L | T | Buy | 01/22/19 | K | | |
| 1175. | | | | | Buy<br>(add'l) | 01/30/19 | J | | |
| 1176. | | | | | Buy<br>(add'l) | 02/28/19 | J | | |
| 1177. | | | | | Buy<br>(add'l) | 05/29/19 | J | | |
| 1178. TIVITY HEALTH INC | | None | K | T | Buy | 01/22/19 | K | | |
| 1179. | | | | | Buy<br>(add'l) | 01/30/19 | J | | |
| 1180. | | | | | Buy<br>(add'l) | 02/12/19 | K | | |
| 1181. TRIMBLE NAV LTD | | None | L | T | Buy | 01/22/19 | K | | |
| 1182. | | | | | Buy<br>(add'l) | 01/30/19 | J | | |
| 1183. | | | | | Buy<br>(add'l) | 02/28/19 | J | | |
| 1184. | | | | | Buy<br>(add'l) | 05/29/19 | J | | |
| 1185. VEEVA SYSTEMS INC | | None | L | T | Buy | 01/22/19 | K | | |
| 1186. | | | | | Buy<br>(add'l) | 01/30/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1187. | | | | | Buy (add'l) | 02/28/19 | J | | |
| 1188. | | | | | Buy (add'l) | 05/29/19 | J | | |
| 1189. VERINT SYSTEMS INC | | None | L | T | Buy | 01/22/19 | K | | |
| 1190. | | | | | Buy (add'l) | 01/30/19 | K | | |
| 1191. | | | | | Buy (add'l) | 02/28/19 | J | | |
| 1192. | | | | | Buy (add'l) | 05/23/19 | K | | |
| 1193. ADDL COMMON STOCKS & FUNDS (NON-IRA)(LINES 1194-1472) (H) | | | | | | | | | |
| 1194. ABBVIE, INC COMMON STOCK | B | Dividend | M | T | Buy | 09/06/19 | L | | |
| 1195. | | | | | Buy (add'l) | 09/27/19 | J | | |
| 1196. | | | | | Buy (add'l) | 10/22/19 | L | | |
| 1197. ACCENTURE COMMON STOCK | B | Dividend | | | Buy (add'l) | 01/11/19 | J | | |
| 1198. | | | | | Buy (add'l) | 01/14/19 | J | | |
| 1199. | | | | | Buy (add'l) | 01/22/19 | J | | |
| 1200. | | | | | Buy (add'l) | 01/23/19 | J | | |
| 1201. | | | | | Buy (add'l) | 01/28/19 | J | | |
| 1202. | | | | | Buy (add'l) | 01/29/19 | J | | |
| 1203. | | | | | Buy (add'l) | 02/05/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1204. | | | | | Sold (part) | 04/22/19 | J | C | |
| 1205. | | | | | Sold (part) | 09/27/19 | J | C | |
| 1206. | | | | | Sold | 10/22/19 | M | E | |
| 1207. CHUBB COMMON STOCK | B | Dividend | | | Sold | 02/28/19 | N | E | |
| 1208. AIR PRODS & CHEMS COMMON STOCK | C | Dividend | M | T | Buy (add'l) | 01/11/19 | J | | |
| 1209. | | | | | Buy (add'l) | 01/14/19 | J | | |
| 1210. | | | | | Buy (add'l) | 01/22/19 | J | | |
| 1211. | | | | | Buy (add'l) | 01/23/19 | J | | |
| 1212. | | | | | Buy (add'l) | 01/28/19 | J | | |
| 1213. | | | | | Sold (part) | 05/06/19 | K | D | |
| 1214. | | | | | Sold (part) | 09/27/19 | J | C | |
| 1215. ALIBABA GROUP COMMON STOCK | | None | N | T | Buy | 11/27/19 | N | | |
| 1216. ALPHABET COMMON STOCK | | None | O | T | | | | | |
| 1217. AMAZON.COM COMMON STOCK | | None | P1 | T | | | | | |
| 1218. AMGEN COMMON STOCK | C | Dividend | M | T | Buy (add'l) | 01/11/19 | J | | |
| 1219. | | | | | Buy (add'l) | 01/14/19 | J | | |
| 1220. | | | | | Buy (add'l) | 01/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1221. | | | | | Buy (add'l) | 01/23/19 | J | | |
| 1222. | | | | | Buy (add'l) | 01/28/19 | J | | |
| 1223. | | | | | Buy (add'l) | 01/29/19 | J | | |
| 1224. | | | | | Sold (part) | 02/05/19 | J | | |
| 1225. | | | | | Sold (part) | 05/30/19 | J | B | |
| 1226. ANALOG DEVICES COMMON STOCK | C | Dividend | M | T | Buy (add'l) | 01/11/19 | J | | |
| 1227. | | | | | Buy (add'l) | 01/14/19 | J | | |
| 1228. | | | | | Buy (add'l) | 01/22/19 | J | | |
| 1229. | | | | | Buy (add'l) | 01/23/19 | J | | |
| 1230. | | | | | Buy (add'l) | 01/28/19 | J | | |
| 1231. | | | | | Buy (add'l) | 01/29/19 | J | | |
| 1232. | | | | | Sold (part) | 04/22/19 | J | C | |
| 1233. APPLE INC COMMON STOCK | C | Dividend | M | T | Buy (add'l) | 01/11/19 | J | | |
| 1234. | | | | | Buy (add'l) | 01/14/19 | J | | |
| 1235. | | | | | Buy (add'l) | 01/22/19 | J | | |
| 1236. | | | | | Buy (add'l) | 01/23/19 | J | | |
| 1237. | | | | | Buy (add'l) | 01/28/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1238. | | | | | Sold (part) | 02/05/19 | K | D | |
| 1239. | | | | | Sold (part) | 10/22/19 | K | E | |
| 1240. AT&T COMMON STOCK | D | Dividend | M | T | Buy (add'l) | 01/11/19 | J | | |
| 1241. | | | | | Buy (add'l) | 01/14/19 | J | | |
| 1242. | | | | | Buy (add'l) | 01/22/19 | J | | |
| 1243. | | | | | Buy (add'l) | 01/23/19 | J | | |
| 1244. | | | | | Buy (add'l) | 01/28/19 | J | | |
| 1245. | | | | | Buy (add'l) | 01/29/19 | J | | |
| 1246. | | | | | Sold (part) | 02/05/19 | K | C | |
| 1247. | | | | | Buy (add'l) | 06/14/19 | J | | |
| 1248. | | | | | Buy (add'l) | 10/22/19 | K | | |
| 1249. BERKSHIRE HATHAWAY COMMON STOCK | | None | P1 | T | | | | | |
| 1250. BLACKROCK INC COMMON STOCK | E | Dividend | O | T | Buy (add'l) | 01/11/19 | J | | |
| 1251. | | | | | Buy (add'l) | 01/14/19 | J | | |
| 1252. | | | | | Buy (add'l) | 01/22/19 | J | | |
| 1253. | | | | | Buy (add'l) | 01/23/19 | J | | |
| 1254. | | | | | Buy (add'l) | 01/28/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1255. | | | | | Buy (add'l) | 01/29/19 | J | | |
| 1256. | | | | | Sold (part) | 03/27/19 | M | G | |
| 1257. | | | | | Buy (add'l) | 04/22/19 | J | | |
| 1258. | | | | | Buy (add'l) | 05/06/19 | J | | |
| 1259. | | | | | Buy (add'l) | 10/30/19 | K | | |
| 1260. | | | | | Sold (part) | 11/22/19 | N | G | |
| 1261. BLACKSTONE GROUP COMMON STOCK | C | Dividend | N | T | Buy | 10/04/19 | N | | |
| 1262. BOEING COMMON STOCK | C | Dividend | L | T | Buy (add'l) | 01/11/19 | J | | |
| 1263. | | | | | Buy (add'l) | 01/14/19 | J | | |
| 1264. | | | | | Buy (add'l) | 01/22/19 | J | | |
| 1265. | | | | | Buy (add'l) | 01/23/19 | J | | |
| 1266. | | | | | Buy (add'l) | 01/28/19 | J | | |
| 1267. | | | | | Buy (add'l) | 01/29/19 | J | | |
| 1268. | | | | | Sold (part) | 03/12/19 | K | D | |
| 1269. | | | | | Buy (add'l) | 03/15/19 | N | | |
| 1270. | | | | | Buy (add'l) | 04/22/19 | J | | |
| 1271. | | | | | Sold (part) | 05/13/19 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1272. | | | | | Buy<br>(add'l) | 06/28/19 | J | | |
| 1273. | | | | | Sold<br>(part) | 10/22/19 | L | D | |
| 1274. BROADCOM, INC COMMON STOCK | B | Dividend | M | T | Buy | 10/22/19 | M | | |
| 1275. | | | | | Buy<br>(add'l) | 10/30/19 | K | | |
| 1276. CARNIVAL CORP COMMON STOCK | A | Dividend | | | Buy | 02/27/19 | L | | |
| 1277. | | | | | Buy<br>(add'l) | 03/20/19 | J | | |
| 1278. | | | | | Buy<br>(add'l) | 04/08/19 | J | | |
| 1279. | | | | | Buy<br>(add'l) | 04/22/19 | K | | |
| 1280. | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 1281. | | | | | Buy<br>(add'l) | 06/14/19 | J | | |
| 1282. | | | | | Sold | 08/01/19 | M | | |
| 1283. CHEVRON COMMON STOCK | D | Dividend | M | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 1284. | | | | | Buy<br>(add'l) | 01/14/19 | J | | |
| 1285. | | | | | Buy<br>(add'l) | 01/22/19 | J | | |
| 1286. | | | | | Buy<br>(add'l) | 01/23/19 | J | | |
| 1287. | | | | | Buy<br>(add'l) | 01/28/19 | J | | |
| 1288. | | | | | Buy<br>(add'l) | 01/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1289. CISCO SYS COMMON STOCK | C | Dividend | M | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 1290. | | | | | Buy<br>(add'l) | 01/14/19 | J | | |
| 1291. | | | | | Buy<br>(add'l) | 01/22/19 | J | | |
| 1292. | | | | | Buy<br>(add'l) | 01/23/19 | J | | |
| 1293. | | | | | Buy<br>(add'l) | 01/28/19 | J | | |
| 1294. | | | | | Buy<br>(add'l) | 01/29/19 | J | | |
| 1295. | | | | | Sold<br>(part) | 04/22/19 | K | D | |
| 1296. | | | | | Sold<br>(part) | 05/30/19 | K | D | |
| 1297. | | | | | Buy<br>(add'l) | 09/27/19 | K | | |
| 1298. | | | | | Buy<br>(add'l) | 10/22/19 | K | | |
| 1299. CME GROUP COMMON STOCK | C | Dividend | M | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 1300. | | | | | Buy<br>(add'l) | 01/14/19 | J | | |
| 1301. | | | | | Buy<br>(add'l) | 01/22/19 | J | | |
| 1302. | | | | | Buy<br>(add'l) | 01/23/19 | J | | |
| 1303. | | | | | Buy<br>(add'l) | 01/28/19 | J | | |
| 1304. | | | | | Buy<br>(add'l) | 01/29/19 | K | | |
| 1305. | | | | | Sold<br>(part) | 10/22/19 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1306. CMS ENERGY COMMON STOCK | C | Dividend | M | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 1307. | | | | | Buy<br>(add'l) | 01/14/19 | J | | |
| 1308. | | | | | Buy<br>(add'l) | 01/22/19 | J | | |
| 1309. | | | | | Buy<br>(add'l) | 01/23/19 | J | | |
| 1310. | | | | | Buy<br>(add'l) | 01/28/19 | J | | |
| 1311. | | | | | Buy<br>(add'l) | 01/29/19 | J | | |
| 1312. | | | | | Buy<br>(add'l) | 02/05/19 | J | | |
| 1313. COMCAST COMMON STOCK | C | Dividend | M | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 1314. | | | | | Buy<br>(add'l) | 01/14/19 | J | | |
| 1315. | | | | | Buy<br>(add'l) | 01/22/19 | J | | |
| 1316. | | | | | Buy<br>(add'l) | 01/23/19 | J | | |
| 1317. | | | | | Buy<br>(add'l) | 01/28/19 | J | | |
| 1318. | | | | | Buy<br>(add'l) | 01/29/19 | J | | |
| 1319. | | | | | Buy<br>(add'l) | 02/05/19 | K | | |
| 1320. | | | | | Sold<br>(part) | 10/22/19 | K | D | |
| 1321. CONSTELLATION BRANDS | C | Dividend | | | Sold | 11/18/19 | N | D | |
| 1322. CORTEVA INC COMMON STOCK | | None | | | Spinoff<br>(from line 1332) | 06/03/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1323. | | | | | Sold | 06/14/19 | K | D | |
| 1324. CROWN CASTLE COMMON STOCK | D | Dividend | M | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 1325. | | | | | Buy<br>(add'l) | 01/14/19 | J | | |
| 1326. | | | | | Buy<br>(add'l) | 01/22/19 | J | | |
| 1327. | | | | | Buy<br>(add'l) | 01/23/19 | J | | |
| 1328. | | | | | Buy<br>(add'l) | 01/28/19 | J | | |
| 1329. | | | | | Buy<br>(add'l) | 01/29/19 | J | | |
| 1330. | | | | | Buy<br>(add'l) | 02/05/19 | J | | |
| 1331. | | | | | Sold<br>(part) | 09/27/19 | K | C | |
| 1332. DOWDUPONT COMMON STOCK (SEE<br>NOTE 17 IN SECTION VIII) | | None | | | Buy<br>(add'l) | 01/11/19 | J | | |
| 1333. | | | | | Buy<br>(add'l) | 01/14/19 | J | | |
| 1334. | | | | | Buy<br>(add'l) | 01/22/19 | J | | |
| 1335. | | | | | Buy<br>(add'l) | 01/23/19 | J | | |
| 1336. | | | | | Buy<br>(add'l) | 01/28/19 | J | | |
| 1337. | | | | | Buy<br>(add'l) | 01/29/19 | J | | |
| 1338. | | | | | Buy<br>(add'l) | 02/05/19 | J | | |
| 1339. DOW, INC COMMON STOCK | C | Dividend | L | T | Spinoff<br>(from line 1332) | 04/01/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1340. | | | | | Buy<br>(add'l) | 04/22/19 | J | | |
| 1341. | | | | | Buy<br>(add'l) | 05/06/19 | K | | |
| 1342. | | | | | Buy<br>(add'l) | 06/14/19 | K | | |
| 1343. DUPONT DE NEMOURS, INC COMMON STOCK | B | Dividend | | | Spinoff<br>(from line 1332) | 06/03/19 | M | | |
| 1344. | | | | | Sold | 06/14/19 | L | | |
| 1345. FEDERAL EXPRESS CORP COMMON STOCK | C | Dividend | | | Buy | 02/15/19 | N | | |
| 1346. | | | | | Sold | 12/27/19 | M | | |
| 1347. GENERAL DYNAMICS COMMON STOCK | A | Dividend | | | Buy<br>(add'l) | 01/11/19 | J | | |
| 1348. | | | | | Buy<br>(add'l) | 01/14/19 | J | | |
| 1349. | | | | | Buy<br>(add'l) | 01/22/19 | J | | |
| 1350. | | | | | Buy<br>(add'l) | 01/23/19 | J | | |
| 1351. | | | | | Buy<br>(add'l) | 01/28/19 | J | | |
| 1352. | | | | | Sold<br>(part) | 02/05/19 | J | | |
| 1353. | | | | | Sold | 02/27/19 | L | | |
| 1354. GOLDMAN SACHS HIGH YIELD MUNICIPAL FUND | C | Dividend | N | T | Buy | 08/15/19 | N | | |
| 1355. HEALTHPEAK PROPERTIES, INC COMMON STOCK | B | Dividend | M | T | Buy | 09/27/19 | L | | |
| 1356. | | | | | Buy<br>(add'l) | 10/22/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1357. HOME DEPOT COMMON STOCK | D | Dividend | O | T | Buy (add'l) | 01/11/19 | J | | |
| 1358. | | | | | Buy (add'l) | 01/14/19 | J | | |
| 1359. | | | | | Buy (add'l) | 01/22/19 | J | | |
| 1360. | | | | | Buy (add'l) | 01/23/19 | J | | |
| 1361. | | | | | Buy (add'l) | 01/28/19 | J | | |
| 1362. | | | | | Buy (add'l) | 01/29/19 | J | | |
| 1363. | | | | | Buy (add'l) | 02/28/19 | N | | |
| 1364. | | | | | Buy (add'l) | 11/20/19 | L | | |
| 1365. HONEYWELL COMMON STOCK | C | Dividend | M | T | Buy (add'l) | 01/11/19 | J | | |
| 1366. | | | | | Buy (add'l) | 01/14/19 | J | | |
| 1367. | | | | | Buy (add'l) | 01/22/19 | J | | |
| 1368. | | | | | Buy (add'l) | 01/23/19 | J | | |
| 1369. | | | | | Buy (add'l) | 01/28/19 | J | | |
| 1370. | | | | | Buy (add'l) | 01/29/19 | J | | |
| 1371. JOHNSON & JOHNSON COMMON STOCK | F | Dividend | P1 | T | Buy (add'l) | 05/30/19 | L | | |
| 1372. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 1373. | | | | | Sold (part) | 09/06/19 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1374. JPMORGAN CHASE COMMON STOCK | D | Dividend | M | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 1375. | | | | | Buy<br>(add'l) | 01/22/19 | J | | |
| 1376. | | | | | Buy<br>(add'l) | 01/23/19 | J | | |
| 1377. | | | | | Buy<br>(add'l) | 01/28/19 | J | | |
| 1378. | | | | | Buy<br>(add'l) | 01/29/19 | J | | |
| 1379. LAS VEGAS SANDS CORP COMMON STOCK | A | Dividend | L | T | Buy | 10/22/19 | L | | |
| 1380. | | | | | Buy<br>(add'l) | 10/30/19 | J | | |
| 1381. LOCKHEED MARTIN CORP COMMON STOCK | C | Dividend | M | T | Buy | 02/27/19 | M | | |
| 1382. | | | | | Buy<br>(add'l) | 04/22/19 | K | | |
| 1383. | | | | | Buy<br>(add'l) | 05/06/19 | K | | |
| 1384. | | | | | Buy<br>(add'l) | 05/30/19 | K | | |
| 1385. MCDONALDS INC COMMON STOCK | C | Dividend | M | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 1386. | | | | | Buy<br>(add'l) | 01/14/19 | J | | |
| 1387. | | | | | Buy<br>(add'l) | 01/22/19 | J | | |
| 1388. | | | | | Buy<br>(add'l) | 01/23/19 | J | | |
| 1389. | | | | | Buy<br>(add'l) | 01/28/19 | J | | |
| 1390. | | | | | Buy<br>(add'l) | 01/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1391. | | | | | Buy (add'l) | 10/30/19 | J | | |
| 1392. MEDTRONIC PLC COMMON STOCK | C | Dividend | M | T | Buy (add'l) | 01/11/19 | J | | |
| 1393. | | | | | Buy (add'l) | 01/14/19 | J | | |
| 1394. | | | | | Buy (add'l) | 01/22/19 | J | | |
| 1395. | | | | | Buy (add'l) | 01/23/19 | J | | |
| 1396. | | | | | Buy (add'l) | 01/28/19 | J | | |
| 1397. | | | | | Buy (add'l) | 01/29/19 | J | | |
| 1398. | | | | | Sold (part) | 05/31/19 | K | C | |
| 1399. | | | | | Sold (part) | 09/27/19 | K | C | |
| 1400. | | | | | Sold (part) | 10/22/19 | K | D | |
| 1401. MERCK & CO COMMON STOCK | C | Dividend | M | T | Buy (add'l) | 01/11/19 | J | | |
| 1402. | | | | | Buy (add'l) | 01/14/19 | J | | |
| 1403. | | | | | Buy (add'l) | 01/22/19 | J | | |
| 1404. | | | | | Buy (add'l) | 01/23/19 | J | | |
| 1405. | | | | | Buy (add'l) | 01/28/19 | J | | |
| 1406. | | | | | Buy (add'l) | 01/29/19 | J | | |
| 1407. | | | | | Sold (part) | 02/05/19 | K | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1408. MICROSOFT COMMON STOCK | D | Dividend | P1 | T | Buy (add'l) | 01/11/19 | J | | |
| 1409. | | | | | Buy (add'l) | 01/14/19 | J | | |
| 1410. | | | | | Buy (add'l) | 01/22/19 | J | | |
| 1411. | | | | | Buy (add'l) | 01/23/19 | J | | |
| 1412. | | | | | Buy (add'l) | 01/28/19 | J | | |
| 1413. | | | | | Buy (add'l) | 01/29/19 | J | | |
| 1414. | | | | | Buy (add'l) | 02/05/19 | J | | |
| 1415. | | | | | Sold (part) | 05/30/19 | K | D | |
| 1416. | | | | | Buy (add'l) | 08/15/19 | K | | |
| 1417. | | | | | Sold (part) | 10/22/19 | K | D | |
| 1418. MONDELEZ INTL COMMON STOCK | C | Dividend | M | T | Buy (add'l) | 01/11/19 | J | | |
| 1419. | | | | | Buy (add'l) | 01/14/19 | J | | |
| 1420. | | | | | Buy (add'l) | 01/22/19 | J | | |
| 1421. | | | | | Buy (add'l) | 01/23/19 | J | | |
| 1422. | | | | | Buy (add'l) | 01/28/19 | J | | |
| 1423. | | | | | Buy (add'l) | 01/29/19 | J | | |
| 1424. | | | | | Sold (part) | 05/30/19 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1425. MONGODB INC COMMON STOCK | | None | N | T | | | | | |
| 1426. NEWELL BRANDS COMMON STOCK | A | Dividend | | | Buy<br>(add'l) | 01/11/19 | J | | |
| 1427. | | | | | Buy<br>(add'l) | 01/14/19 | J | | |
| 1428. | | | | | Buy<br>(add'l) | 01/22/19 | J | | |
| 1429. | | | | | Buy<br>(add'l) | 01/23/19 | J | | |
| 1430. | | | | | Buy<br>(add'l) | 01/28/19 | J | | |
| 1431. | | | | | Sold | 02/27/19 | L | | |
| 1432. OCCIDENTAL PETE CORP COMMON STOCK | C | Dividend | | | Buy<br>(add'l) | 01/11/19 | J | | |
| 1433. | | | | | Buy<br>(add'l) | 01/14/19 | J | | |
| 1434. | | | | | Buy<br>(add'l) | 01/22/19 | J | | |
| 1435. | | | | | Buy<br>(add'l) | 01/23/19 | J | | |
| 1436. | | | | | Buy<br>(add'l) | 01/28/19 | J | | |
| 1437. | | | | | Buy<br>(add'l) | 01/29/19 | J | | |
| 1438. | | | | | Sold | 04/24/19 | M | | |
| 1439. PAYPAL HOLDINGS COMMON STOCK | | None | O | T | | | | | |
| 1440. PEPSICO COMMON STOCK | C | Dividend | M | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 1441. | | | | | Buy<br>(add'l) | 01/14/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wood, Kimba M.** | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1442. | | | | | Buy<br>(add'l) | 01/22/19 | J | | |
| 1443. | | | | | Buy<br>(add'l) | 01/23/19 | J | | |
| 1444. | | | | | Buy<br>(add'l) | 01/28/19 | J | | |
| 1445. | | | | | Buy<br>(add'l) | 02/27/19 | J | | |
| 1446. | | | | | Buy<br>(add'l) | 10/22/19 | K | | |
| 1447. PFIZER INC COMMON STOCK | C | Dividend | M | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 1448. | | | | | Buy<br>(add'l) | 01/14/19 | J | | |
| 1449. | | | | | Buy<br>(add'l) | 01/22/19 | J | | |
| 1450. | | | | | Buy<br>(add'l) | 01/23/19 | J | | |
| 1451. | | | | | Buy<br>(add'l) | 01/28/19 | J | | |
| 1452. | | | | | Buy<br>(add'l) | 01/29/19 | J | | |
| 1453. | | | | | Sold<br>(part) | 02/05/19 | K | B | |
| 1454. PHILLIPS 66 COMMON STOCK | C | Dividend | M | T | Buy | 05/06/19 | L | | |
| 1455. | | | | | Buy<br>(add'l) | 06/14/19 | K | | |
| 1456. | | | | | Buy<br>(add'l) | 09/27/19 | J | | |
| 1457. PIONEER NATURAL RESOURCES<br>COMMON STOCK | B | Dividend | | | Donated | | | | |
| 1458. PROCTER & GAMBLE COMMON<br>STOCK | C | Dividend | M | T | Buy<br>(add'l) | 01/11/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1459. | | | | | Buy<br>(add'l) | 01/14/19 | J | | |
| 1460. | | | | | Buy<br>(add'l) | 01/22/19 | J | | |
| 1461. | | | | | Buy<br>(add'l) | 01/23/19 | J | | |
| 1462. | | | | | Buy<br>(add'l) | 01/28/19 | J | | |
| 1463. | | | | | Sold<br>(part) | 09/27/19 | K | D | |
| 1464. RAYTHEON COMMON STOCK | C | Dividend | M | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 1465. | | | | | Buy<br>(add'l) | 01/14/19 | J | | |
| 1466. | | | | | Buy<br>(add'l) | 01/22/19 | J | | |
| 1467. | | | | | Buy<br>(add'l) | 01/23/19 | J | | |
| 1468. | | | | | Buy<br>(add'l) | 01/28/19 | J | | |
| 1469. | | | | | Buy<br>(add'l) | 01/29/19 | J | | |
| 1470. | | | | | Buy<br>(add'l) | 02/05/19 | J | | |
| 1471. | | | | | Sold<br>(part) | 05/06/19 | K | B | |
| 1472. | | | | | Sold<br>(part) | 10/22/19 | L | D | |
| 1473. IRA ACCOUNT #2 (LINES 1474-1564) (H) | | | | | | | | | |
| 1474. AIMMUNE THERAPEUTICS INC<br>COMMON STOCK | | None | K | T | Buy<br>(add'l) | 09/10/19 | J | | |
| 1475. ALLIANCE BERNSTEIN INCOME ADV<br>MUTUAL FUND | A | Dividend | K | T | Buy | 02/26/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1476. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 1477. ALPHABET INC COMMON STOCK | | None | K | T | | | | | |
| 1478. AMAZON COM INC COMMON STOCK | | None | K | T | Sold<br>(part) | 01/31/19 | J | B | |
| 1479. AQR LONG-SHORT EQ INST MUTUAL FUND | | None | | | Sold | 05/13/19 | J | | |
| 1480. AQR STYLE PREMIA ALTERNATIVE MUTUAL FUND | | None | | | Sold | 05/13/19 | J | | |
| 1481. ARES CAPITAL CORP FUND (SEE NOTE 24 IN SECT VIII) | B | Dividend | K | T | | | | | |
| 1482. CIGNA CORP COMMON STOCK | | None | K | T | Buy | 05/23/19 | J | | |
| 1483. | | | | | Buy<br>(add'l) | 05/31/19 | J | | |
| 1484. COMCAST CORP COMMON STOCK | A | Dividend | K | T | Sold<br>(part) | 01/03/19 | J | | |
| 1485. CORBUS PHARMACEUTICALS HLDGS COMMON STOCK | | None | J | T | Buy<br>(add'l) | 01/25/19 | J | | |
| 1486. CROWN CASTLE INTL CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 1487. DANAHER CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 1488. E V ADV FLOATING RATE MUTUAL FUND | A | Dividend | K | T | Buy | 02/26/19 | K | | |
| 1489. EATON VANCE SHORT DURATION GOVT INC MUTUAL FUND | A | Dividend | K | T | Buy<br>(add'l) | 03/22/19 | J | | |
| 1490. FACEBOOK INC COMMON STOCK | | None | K | T | | | | | |
| 1491. FALCON MINERALS CORP COMMON STOCK | A | Dividend | K | T | Buy | 10/17/19 | J | | |
| 1492. | | | | | Buy<br>(add'l) | 10/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1493. | | | | | Buy<br>(add'l) | 10/21/19 | J | | |
| 1494. | | | | | Buy<br>(add'l) | 10/22/19 | J | | |
| 1495. | | | | | Buy<br>(add'l) | 10/25/19 | J | | |
| 1496. | | | | | Buy<br>(add'l) | 10/30/19 | J | | |
| 1497. | | | | | Buy<br>(add'l) | 11/13/19 | J | | |
| 1498. | | | | | Buy<br>(add'l) | 11/14/19 | J | | |
| 1499. | | | | | Buy<br>(add'l) | 11/15/19 | J | | |
| 1500. FEDERATED GOVT OBLIG ADV MMF | A | Dividend | J | T | Buy | 08/20/19 | K | | |
| 1501. | | | | | Sold<br>(part) | 09/17/19 | J | | |
| 1502. | | | | | Sold<br>(part) | 10/15/19 | J | | |
| 1503. | | | | | Sold<br>(part) | 10/18/19 | J | | |
| 1504. | | | | | Sold<br>(part) | 10/25/19 | J | | |
| 1505. | | | | | Sold<br>(part) | 10/30/19 | J | | |
| 1506. | | | | | Sold<br>(part) | 11/15/19 | K | | |
| 1507. | | | | | Buy<br>(add'l) | 12/30/19 | J | | |
| 1508. FIRST TRUST SENIOR LOAN FUND | A | Dividend | J | T | | | | | |
| 1509. GQG PARTNERS EMRG MKTS EQ INS | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1510. GREENSKY INC CL A COMMON STOCK | | None | | | Buy (add'l) | 02/13/19 | J | | |
| 1511. | | | | | Sold (part) | 03/20/19 | J | B | |
| 1512. | | | | | Sold (part) | 03/21/19 | J | C | |
| 1513. | | | | | Sold | 03/29/19 | J | C | |
| 1514. HONEYWELL INTERNATIONAL INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 1515. INVESCO PREMIER INST FUND | A | Dividend | | | Buy | 01/17/19 | K | | |
| 1516. | | | | | Buy (add'l) | 05/06/19 | J | | |
| 1517. | | | | | Sold (part) | 05/31/19 | J | | |
| 1518. | | | | | Buy (add'l) | 06/28/19 | J | | |
| 1519. | | | | | Sold (part) | 09/10/19 | J | | |
| 1520. | | | | | Sold | 09/17/19 | J | | |
| 1521. IQVIA HOLDINGS INC COMMON | | None | K | T | Sold (part) | 01/03/19 | J | A | |
| 1522. | | | | | Sold (part) | 11/15/19 | J | A | |
| 1523. ISHARES EDGE MSCI MUL INTL ETF | A | Dividend | K | T | Buy | 04/05/19 | K | | |
| 1524. ISHARES EDGE MSCI US MOMENTUM | A | Dividend | K | T | | | | | |
| 1525. ISHARES EDGE MSCI US QLTY FAC | A | Dividend | K | T | Buy | 09/17/19 | K | | |
| 1526. ISHARES FACTOR SELECT MSCI | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1527. ISHARES MSCI GROWTH ETF | A | Dividend | J | T | | | | | |
| 1528. ISHARES S&P MIDCAP 400 INDEX | A | Dividend | K | T | | | | | |
| 1529. KINDER MORGAN INCORP COMMON STOCK | A | Dividend | J | T | Sold (part) | 03/22/19 | J | B | |
| 1530. KRANESH BOSERA MSCI CHINA ETF | A | Dividend | J | T | Buy | 11/15/19 | J | | |
| 1531. KRANESHARES CSI CHINA INTERNET ETF | A | Dividend | J | T | Buy | 11/15/19 | J | | |
| 1532. MICROSOFT CORP COMMON STOCK | A | Dividend | K | T | Buy | 01/03/19 | J | | |
| 1533. OAKMARK INTERNATIONAL MUTUAL FUND | | None | | | Buy (add'l) | 04/03/19 | J | | |
| 1534. | | | | | Sold | 08/14/19 | J | | |
| 1535. ONEOK INC COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 01/03/19 | J | | |
| 1536. | | | | | Sold (part) | 03/22/19 | J | B | |
| 1537. PENNANTPARK FLTG RT CAP LTD FUND | B | Dividend | J | T | | | | | |
| 1538. PENNANTPARK INVESTMENT CORP FUND | B | Dividend | J | T | | | | | |
| 1539. PLAINS GP HOLDINGS LP | A | Dividend | J | T | Buy (add'l) | 01/03/19 | J | | |
| 1540. | | | | | Sold (part) | 03/22/19 | J | A | |
| 1541. INVESCO BUYBACK ACH ETF | A | Dividend | J | T | | | | | |
| 1542. PROSHARES TR S&P 500 DV ARIST FUND | A | Dividend | K | T | | | | | |
| 1543. SALESFORCE.COM INC COMMON STOCK | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1544. SOLAR CAPITAL LTD FUND | A | Dividend | J | T | | | | | |
| 1545. SPDR S&P 500 ETF TRUST | A | Dividend | K | T | | | | | |
| 1546. STARWOOD PROPERTY TRUST CMN STOCK | B | Dividend | J | T | | | | | |
| 1547. TERRAFORM PWR INC COMMON STOCK | | None | | | Sold (part) | 01/02/19 | J | | |
| 1548. | | | | | Sold (part) | 01/03/19 | J | | |
| 1549. | | | | | Sold (part) | 01/07/19 | J | | |
| 1550. | | | | | Sold (part) | 01/08/19 | J | | |
| 1551. | | | | | Sold | 01/09/19 | J | A | |
| 1552. THERMO FISHER SCIENTIFIC COMMON STOCK | A | Dividend | K | T | | | | | |
| 1553. VANGUARD INFO TECH ETF | A | Dividend | K | T | Sold (part) | 01/03/19 | J | B | |
| 1554. VANGUARD MID-CAP ETF | A | Dividend | | | Sold | 08/16/19 | J | C | |
| 1555. VERIZON COMMUNICATIONS COMMON STOCK | B | Dividend | K | T | | | | | |
| 1556. VISA INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 1557. WALT DISNEY CO HLDG CO COMMON STOCK | A | Dividend | K | T | Sold (part) | 01/03/19 | J | A | |
| 1558. | | | | | Buy (add'l) | 03/28/19 | J | | |
| 1559. | | | | | Sold (part) | 11/15/19 | J | B | |
| 1560. WISDOMTREE CBOE S&P 500 ETF | | None | | | Sold | 02/25/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1561. WISDOMTREE EURO SM CAP DIV ETF | A | Dividend | | | Sold | 08/14/19 | J | | |
| 1562. WISDOMTREE SMALL CAP DIV FUND | A | Dividend | J | T | | | | | |
| 1563. WISDOMTREE TRUST MIDCAP EARN FUND | A | Dividend | K | T | | | | | |
| 1564. WISDOMTREE TRUST CHINA DIV EX | A | Dividend | J | T | | | | | |
| 1565. ADDL COMMN STOCKS & FUNDS (NON-IRA) (LINES 1566-1601) (H) | | | | | | | | | |
| 1566. SCHLUMBERGER COMMON STOCK (NOTE 11 IN SECT VIII) | A | Dividend | | | | | | | |
| 1567. SEMPRA ENERGY COMMON STOCK | C | Dividend | M | T | Buy (add'l) | 01/11/19 | J | | |
| 1568. | | | | | Buy (add'l) | 01/14/19 | J | | |
| 1569. | | | | | Buy (add'l) | 01/22/19 | J | | |
| 1570. | | | | | Buy (add'l) | 01/23/19 | J | | |
| 1571. | | | | | Buy (add'l) | 01/28/19 | J | | |
| 1572. | | | | | Buy (add'l) | 01/29/19 | J | | |
| 1573. TE CONNECTIVITY COMMON STOCK | C | Dividend | M | T | Buy (add'l) | 01/11/19 | J | | |
| 1574. | | | | | Buy (add'l) | 01/14/19 | J | | |
| 1575. | | | | | Buy (add'l) | 01/22/19 | J | | |
| 1576. | | | | | Buy (add'l) | 01/23/19 | J | | |
| 1577. | | | | | Buy (add'l) | 01/28/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1578. | | | | | Buy (add'l) | 01/29/19 | J | | |
| 1579. | | | | | Buy (add'l) | 04/08/19 | J | | |
| 1580. UNITED HEALTH GROUP COMMON STOCK | C | Dividend | M | T | Buy (add'l) | 01/11/19 | J | | |
| 1581. | | | | | Buy (add'l) | 01/14/19 | J | | |
| 1582. | | | | | Buy (add'l) | 01/22/19 | J | | |
| 1583. | | | | | Buy (add'l) | 01/23/19 | J | | |
| 1584. | | | | | Buy (add'l) | 01/28/19 | J | | |
| 1585. | | | | | Buy (add'l) | 01/29/19 | J | | |
| 1586. VISA COMMON STOCK | C | Dividend | O | T | | | | | |
| 1587. WALGREENS COMMON STOCK | E | Dividend | O | T | | | | | |
| 1588. WALMART CORP COMMON STOCK | B | Dividend | M | T | Buy (add'l) | 01/11/19 | J | | |
| 1589. | | | | | Buy (add'l) | 01/14/19 | J | | |
| 1590. | | | | | Buy (add'l) | 01/22/19 | J | | |
| 1591. | | | | | Buy (add'l) | 01/23/19 | J | | |
| 1592. | | | | | Buy (add'l) | 01/28/19 | J | | |
| 1593. | | | | | Buy (add'l) | 02/27/19 | J | | |
| 1594. | | | | | Sold (part) | 10/22/19 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1595. WELLS FARGO COMMON STOCK | C | Dividend | M | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 1596. | | | | | Buy<br>(add'l) | 01/22/19 | J | | |
| 1597. | | | | | Buy<br>(add'l) | 01/23/19 | J | | |
| 1598. | | | | | Buy<br>(add'l) | 01/28/19 | J | | |
| 1599. | | | | | Buy<br>(add'l) | 01/29/19 | K | | |
| 1600. | | | | | Buy<br>(add'l) | 10/22/19 | K | | |
| 1601. | | | | | Buy<br>(add'l) | 10/30/19 | J | | |
| 1602. PUT ACCT (LINES 1603-1669) (NOTE 3 IN SECT VIII) (H) | | | | | | | | | |
| 1603. XSP PUT - CONTRACT OPENED (EXP 2/22/19) | | None | | | Sold | 01/03/19 | J | | |
| 1604. CONTRACT CLOSED | | | | | Buy | 02/01/19 | J | C | |
| 1605. XSP PUT - CONTRACT CLOSED (EXPIRES 1/4/19) OPENED IN 2018 | | None | | | Buy | 01/03/19 | J | | |
| 1606. XSP PUT - CONTRACT OPENED (EXPIRES - 3/1/19) | | None | | | Sold | 01/16/19 | J | | |
| 1607. CONTRACT CLOSED | | | | | Buy | 02/11/19 | J | B | |
| 1608. XSP PUT - CONTRACT CLOSED (EXPIRES 2/1/19) OPENED IN 2018 | | None | | | Buy | 01/16/19 | J | C | |
| 1609. XSP PUT - CONTRACT CLOSED (EXPIRES 1/18/19) OPENED IN 2018 | | None | | | Buy | 01/16/19 | J | C | |
| 1610. XSP PUT - CONTRACT OPENED (EXPIRES 3/15/19) | | None | | | Sold | 01/18/19 | J | | |
| 1611. CONTRACT CLOSED | | | | | Buy | 03/12/19 | J | C | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1612. XSP PUT - CONTRACT CLOSED (EXPIRES 1/25/19) (OPENED IN 2018) | | None | | | Buy | 01/18/19 | J | B | |
| 1613. XSP PUT - CONTRACT OPENED (EXPIRES 3/29/19) | | None | | | Sold | 01/23/19 | J | | |
| 1614. CONTRACT CLOSED | | | | | Buy | 03/12/19 | J | C | |
| 1615. XSP PUT - CONTRACT OPENED (EXPIRES 3/8/2019) | | None | | | Sold | 02/01/19 | J | | |
| 1616. CONTRACT CLOSED | | | | | Buy | 02/27/19 | J | B | |
| 1617. XSP PUT - CONTRACT CLOSED (EXPIRES 2/15/19) OPENED IN 2018 | | None | | | Buy | 02/01/19 | J | C | |
| 1618. XSP PUT - CONTRACT OPENED (EXPIRES 3/23/19) | | None | | | Sold | 02/12/19 | J | | |
| 1619. CONTRACT CLOSED | | | | | Buy | 03/12/19 | J | B | |
| 1620. XSP PUT - CONTRACT OPENED (EXPIRES 4/18/19) | | None | | | Sold | 02/19/19 | J | | |
| 1621. CONTRACT CLOSED | | | | | Buy | 04/15/19 | J | B | |
| 1622. XSP PUT - CONTRACT OPENED (EXPIRES 4/5/19) | | None | | | Sold | 02/27/19 | J | | |
| 1623. CONTRACT CLOSED | | | | | Buy | 04/01/19 | J | B | |
| 1624. XSP PUT - CONTRACT OPENED (EXPIRES 4/12/19) | | None | | | Sold | 03/12/19 | J | | |
| 1625. CONTRACT CLOSED | | | | | Buy | 04/08/19 | J | B | |
| 1626. XSP PUT - CONTRACT OPENED (EXPIRES 5/17/19) | | None | | | Sold | 03/19/19 | J | | |
| 1627. CONTRACT CLOSED | | | | | Buy | 05/01/19 | J | B | |
| 1628. XSP PUT - CONTRACT OPENED (EXPIRES 6/21/19) | | None | | | Sold | 04/01/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1629. CONTRACT CLOSED | | | | | Expired | 06/20/19 | J | B | |
| 1630. XSP PUT - CONTRACT OPENED (EXPIRES 5/24/19) | | None | | | Sold | 04/08/19 | J | | |
| 1631. CONTRACT CLOSED | | | | | Buy | 05/01/19 | J | A | |
| 1632. XSP PUT - CONTRACT OPENED (EXPIRES 6/28/19) | | None | | | Sold | 04/15/19 | J | | |
| 1633. CONTRACT CLOSED | | | | | Buy | 06/20/19 | J | B | |
| 1634. XSP PUT - CONTRACT OPENED (EXPIRES 6/7/19) | | None | | | Sold | 05/01/19 | J | | |
| 1635. CONTRACT CLOSED | | | | | Buy | 06/05/19 | J | | |
| 1636. XSP PUT - CONTRACT OPENED (EXPIRES 7/19/19) | | None | | | Sold | 05/01/19 | J | | |
| 1637. CONTRACT CLOSED | | | | | Buy | 07/02/19 | J | C | |
| 1638. XSP PUT - CONTRACT OPENED (EXPIRES 7/12/19) | | None | | | Sold | 06/05/19 | J | | |
| 1639. CONTRACT CLOSED | | | | | Buy | 07/09/19 | J | B | |
| 1640. XSP PUT - CONTRACT OPENED (EXPIRES 8/16/19) | | None | | | Sold | 06/05/19 | J | | |
| 1641. CONTRACT CLOSED | | | | | Buy | 07/16/19 | J | C | |
| 1642. XSP PUT - CONTRACT OPENED (EXPIRES 8/2/19) | | None | | | Sold | 06/20/19 | J | | |
| 1643. CONTRACT CLOSED | | | | | Buy | 07/26/19 | J | B | |
| 1644. XSP PUT - CONTRACT OPENED (EXPIRES 9/20/19) | | None | | | Sold | 07/02/19 | J | | |
| 1645. CONTRACT CLOSED | | | | | Buy | 09/12/19 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1646. XSP PUT - CONTRACT OPENED (EXPIRES 8/23/19) | | None | | | Sold | 07/09/19 | J | | |
| 1647. CONTRACT CLOSED | | | | | Buy | 08/21/19 | J | B | |
| 1648. XSP PUT - CONTRACT OPENED (EXPIRES 8/30/19) | | None | | | Sold | 07/16/19 | J | | |
| 1649. CONTRACT CLOSED | | | | | Buy | 08/21/19 | J | A | |
| 1650. XSP PUT - CONTRACT OPENED (EXPIRES 9/30/19) | | None | | | Sold | 07/26/19 | J | | |
| 1651. CONTRACT CLOSED | | | | | Buy | 09/24/19 | J | B | |
| 1652. XSP PUT - CONTRACT OPENED (EXPIRES 10/18/19) | | None | | | Sold | 08/21/19 | J | | |
| 1653. CONTRACT CLOSED | | | | | Buy | 10/14/19 | J | B | |
| 1654. XSP PUT - CONTRACT OPENED (EXPIRES 11/15/19) | | None | | | Sold | 08/29/19 | J | | |
| 1655. CONTRACT CLOSED | | | | | Buy | 10/29/19 | J | C | |
| 1656. XSP PUT - CONTRACT OPENED (EXPIRES 10/25/19) | | None | | | Sold | 09/12/19 | J | | |
| 1657. CONTRACT CLOSED | | | | | Buy | 10/21/19 | J | B | |
| 1658. XSP PUT - CONTRACT OPENED (EXPIRES 12/20/19) | | None | | | Sold | 09/24/19 | J | | |
| 1659. CONTRACT CLOSED | | | | | Buy | 12/05/19 | J | C | |
| 1660. XSP PUT - CONTRACT OPENED (EXPIRES 11/22/19) | | None | | | Sold | 10/14/19 | J | | |
| 1661. CONTRACT CLOSED | | | | | Buy | 11/11/19 | J | B | |
| 1662. XSP PUT - CONTRACT OPENED (EXPIRES 12/6/19) | | None | | | Sold | 10/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1663. CONTRACT CLOSED | | | | | Buy | 11/21/19 | J | A | |
| 1664. XSP PUT - CONTRACT OPENED (EXPIRES 1/3/20) | | None | | | Sold | 11/21/19 | J | | |
| 1665. CONTRACT CLOSED | | | | | Buy | 12/26/19 | J | B | |
| 1666. XSP PUT - CONTRACT OPENED (EXPIRES 1/17/2020) | | None | | | Sold | 10/21/19 | J | | |
| 1667. XSP PUT - CONTRACT OPENED (EXPIRES 2/21/2020) | | None | | | Sold | 11/11/19 | J | | |
| 1668. XSP PUT - CONTRACT OPENED (EXPIRES 1/24/2020) | | None | | | Sold | 12/05/19 | J | | |
| 1669. XSP PUT - CONTRACT OPENED (EXPIRES 2/7/2020) | | None | | | Sold | 12/26/19 | J | | |
| 1670. CASH/S/T INVESTS/MM ACCTS (LINES 1671-1786) (H) | | | | | | | | | |
| 1671. GOLDMN SACHS BANK MM/CASH | E | Interest | P1 | T | | | | | |
| 1672. GOLDMN SACHS (PUT) MM/CSH | B | Interest | M | T | | | | | |
| 1673. GOLDMAN SACHS BANK MM/CASH (EQTY) | A | Interest | M | T | | | | | |
| 1674. GOLDMAN SACHS DEPOSIT/CASH #2 (FDN) | A | Interest | J | T | | | | | |
| 1675. CITIBANK CHECKING ACCOUNT - FOUNDATION | | None | K | T | | | | | |
| 1676. CITIBANK INTEREST CHECKING ACCOUNT #1 (FERP) | A | Interest | K | T | | | | | |
| 1677. CITIBANK CHECKING ACCOUNT (HH) | | None | K | T | | | | | |
| 1678. CITI AGENCY CASH/WESTERN ASSET MM FUND (NOTE 14 SECT VIII) | D | Dividend | M | T | Buy (add'l) | 01/10/19 | P1 | | |
| 1679. | | | | | Sold (part) | 01/10/19 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1680. | | | | | Sold (part) | 01/14/19 | L | | |
| 1681. | | | | | Buy (add'l) | 01/15/19 | J | | |
| 1682. | | | | | Sold (part) | 01/15/19 | J | | |
| 1683. | | | | | Buy (add'l) | 01/16/19 | J | | |
| 1684. | | | | | Sold (part) | 01/22/19 | N | | |
| 1685. | | | | | Sold (part) | 01/23/19 | M | | |
| 1686. | | | | | Buy (add'l) | 01/23/19 | J | | |
| 1687. | | | | | Sold (part) | 01/28/19 | M | | |
| 1688. | | | | | Sold (part) | 01/29/19 | M | | |
| 1689. | | | | | Buy (add'l) | 01/31/19 | J | | |
| 1690. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 1691. | | | | | Sold (part) | 02/05/19 | L | | |
| 1692. | | | | | Buy (add'l) | 02/05/19 | M | | |
| 1693. | | | | | Sold (part) | 02/14/19 | J | | |
| 1694. | | | | | Sold (part) | 02/27/19 | M | | |
| 1695. | | | | | Buy (add'l) | 02/27/19 | L | | |
| 1696. | | | | | Buy (add'l) | 03/01/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1697. | | | | | Buy<br>(add'l) | 03/08/19 | J | | |
| 1698. | | | | | Buy<br>(add'l) | 03/11/19 | J | | |
| 1699. | | | | | Buy<br>(add'l) | 03/12/19 | K | | |
| 1700. | | | | | Buy<br>(add'l) | 03/15/19 | J | | |
| 1701. | | | | | Sold<br>(part) | 03/20/19 | J | | |
| 1702. | | | | | Buy<br>(add'l) | 03/25/19 | J | | |
| 1703. | | | | | Sold<br>(part) | 03/25/19 | J | | |
| 1704. | | | | | Buy<br>(add'l) | 03/28/19 | J | | |
| 1705. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 1706. | | | | | Buy<br>(add'l) | 04/01/19 | J | | |
| 1707. | | | | | Buy<br>(add'l) | 04/05/19 | J | | |
| 1708. | | | | | Sold<br>(part) | 04/08/19 | K | | |
| 1709. | | | | | Buy<br>(add'l) | 04/12/19 | J | | |
| 1710. | | | | | Sold<br>(part) | 04/12/19 | J | | |
| 1711. | | | | | Buy<br>(add'l) | 04/15/19 | J | | |
| 1712. | | | | | Buy<br>(add'l) | 04/22/19 | L | | |
| 1713. | | | | | Sold<br>(part) | 04/22/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1714. | | | | | Buy<br>(add'l) | 04/24/19 | M | | |
| 1715. | | | | | Buy<br>(add'l) | 04/30/19 | J | | |
| 1716. | | | | | Buy<br>(add'l) | 05/01/19 | J | | |
| 1717. | | | | | Buy<br>(add'l) | 05/06/19 | K | | |
| 1718. | | | | | Sold<br>(part) | 05/06/19 | M | | |
| 1719. | | | | | Sold<br>(part) | 05/14/19 | J | | |
| 1720. | | | | | Buy<br>(add'l) | 05/15/19 | J | | |
| 1721. | | | | | Buy<br>(add'l) | 05/16/19 | J | | |
| 1722. | | | | | Buy<br>(add'l) | 05/30/19 | L | | |
| 1723. | | | | | Sold<br>(part) | 05/30/19 | L | | |
| 1724. | | | | | Buy<br>(add'l) | 05/31/19 | K | | |
| 1725. | | | | | Buy<br>(add'l) | 06/03/19 | J | | |
| 1726. | | | | | Buy<br>(add'l) | 06/07/19 | J | | |
| 1727. | | | | | Buy<br>(add'l) | 06/10/19 | J | | |
| 1728. | | | | | Buy<br>(add'l) | 06/14/19 | L | | |
| 1729. | | | | | Sold<br>(part) | 06/14/19 | L | | |
| 1730. | | | | | Buy<br>(add'l) | 06/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1731. | | | | | Buy (add'l) | 06/25/19 | J | | |
| 1732. | | | | | Sold (part) | 06/25/19 | K | | |
| 1733. | | | | | Buy (add'l) | 06/28/19 | J | | |
| 1734. | | | | | Sold (part) | 06/28/19 | J | | |
| 1735. | | | | | Buy (add'l) | 07/08/19 | J | | |
| 1736. | | | | | Sold (part) | 07/15/19 | J | | |
| 1737. | | | | | Buy (add'l) | 07/24/19 | J | | |
| 1738. | | | | | Buy (add'l) | 07/31/19 | J | | |
| 1739. | | | | | Buy (add'l) | 08/01/19 | M | | |
| 1740. | | | | | Sold (part) | 08/01/19 | J | | |
| 1741. | | | | | Sold (part) | 08/14/19 | J | | |
| 1742. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 1743. | | | | | Sold (part) | 08/15/19 | K | | |
| 1744. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 1745. | | | | | Buy (add'l) | 09/06/19 | L | | |
| 1746. | | | | | Sold (part) | 09/06/19 | L | | |
| 1747. | | | | | Buy (add'l) | 09/10/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1748. | | | | | Buy (add'l) | 09/13/19 | J | | |
| 1749. | | | | | Sold (part) | 09/13/19 | J | | |
| 1750. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 1751. | | | | | Buy (add'l) | 09/24/19 | J | | |
| 1752. | | | | | Sold (part) | 09/25/19 | K | | |
| 1753. | | | | | Buy (add'l) | 09/27/19 | L | | |
| 1754. | | | | | Sold (part) | 09/27/19 | M | | |
| 1755. | | | | | Buy (add'l) | 09/30/19 | J | | |
| 1756. | | | | | Buy (add'l) | 10/07/19 | J | | |
| 1757. | | | | | Buy (add'l) | 10/15/19 | J | | |
| 1758. | | | | | Sold (part) | 10/15/19 | J | | |
| 1759. | | | | | Buy (add'l) | 10/22/19 | N | | |
| 1760. | | | | | Sold (part) | 10/22/19 | N | | |
| 1761. | | | | | Buy (add'l) | 10/23/19 | J | | |
| 1762. | | | | | Sold (part) | 10/30/19 | L | | |
| 1763. | | | | | Buy (add'l) | 10/31/19 | J | | |
| 1764. | | | | | Buy (add'l) | 11/01/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1765. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 1766. | | | | | Sold (part) | 11/15/19 | J | | |
| 1767. | | | | | Buy (add'l) | 11/19/19 | J | | |
| 1768. | | | | | Buy (add'l) | 12/02/19 | J | | |
| 1769. | | | | | Buy (add'l) | 12/06/19 | J | | |
| 1770. | | | | | Buy (add'l) | 12/10/19 | J | | |
| 1771. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 1772. | | | | | Sold (part) | 12/13/19 | J | | |
| 1773. | | | | | Buy (add'l) | 12/17/19 | J | | |
| 1774. | | | | | Buy (add'l) | 12/19/19 | J | | |
| 1775. | | | | | Buy (add'l) | 12/23/19 | J | | |
| 1776. | | | | | Sold (part) | 12/26/19 | K | | |
| 1777. | | | | | Buy (add'l) | 12/27/19 | J | | |
| 1778. | | | | | Buy (add'l) | 12/31/19 | J | | |
| 1779. CITIBANK ASSET ACCOUNT (REPLACEMENT) | | None | J | T | | | | | |
| 1780. CITIBANK MONEY MARKET PLUS | G | Interest | P1 | T | | | | | |
| 1781. CERTIFICATE OF DEPOSIT | F | Interest | | | Buy | 01/07/19 | P2 | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1782. | | | | | Matured | 04/07/19 | P2 | | |
| 1783. CITIBANK INTEREST CHECKING ACCOUNT #2 (KATNH) | A | Interest | J | T | | | | | |
| 1784. CITIBANK CHECKING ACCOUNT (REV TR) | A | Interest | J | T | | | | | |
| 1785. UBS BANK USA DEPOSIT ACCOUNT (SEE NOTE 8 IN SECT VIII) | | None | J | T | | | | | |
| 1786. MORGAN STANLEY BANK/TRUST DEPOSITS #3 (ROTH IRA) | A | Interest | J | T | | | | | |
| 1787. FDN BROKERAGE #1 (NOTE 16 IN SECT VIII) (H) | | | | | | | | | |
| 1788. JOHNSON & JOHNSON COMMON STOCK (X) | A | Dividend | K | T | Sold (part) | 12/17/19 | L | F | |
| 1789. PIONEER NATURAL RESOURCES COMMON STOCK (X) | | None | | | Sold | 11/05/19 | M | G | |
| 1790. FDN BRKG ACCT #2 (LINES 1791-1889) (NOTE 16 SECT VIII) (H) | | | | | | | | | |
| 1791. MORGAN STANLEY BANK/TRUST #2 (CASH/MM) | A | Interest | K | T | | | | | |
| 1792. COMMON STOCKS AND FUNDS (LINES 1793-1889) (H) | | | | | | | | | |
| 1793. AIMMUNE THERAPEUTICS INC COMMON STOCK | | None | M | T | Buy (add'l) | 09/10/19 | J | | |
| 1794. ALLIANCE BERNSTEIN INCOME ADV | D | Dividend | M | T | Buy | 02/26/19 | L | | |
| 1795. | | | | | Buy (add'l) | 03/22/19 | L | | |
| 1796. ALPHABET INC COMMON STOCK | | None | M | T | | | | | |
| 1797. AMAZON COM INC COMMON STOCK | | None | M | T | Sold (part) | 01/10/19 | J | | |
| 1798. | | | | | Sold (part) | 01/31/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1799. AQR LONG SHORT EQ INST FUND | | None | | | Sold | 05/13/19 | K | | |
| 1800. AQR STYLE PREMIA ALTERNATIVE FUND | | None | | | Sold | 05/13/19 | K | | |
| 1801. ARES CAPITAL CORP FUND (SEE NOTE 24 IN SECT VIII) | D | Dividend | M | T | | | | | |
| 1802. CIGNA CORP COMMON STOCK | | None | M | T | Buy | 05/23/19 | K | | |
| 1803. | | | | | Buy (add'l) | 05/31/19 | K | | |
| 1804. COMCAST CORP COMMON STOCK | B | Dividend | M | T | Sold (part) | 01/03/19 | K | | |
| 1805. CORBUS PHARMACEUTICALS HLDGS | | None | L | T | | | | | |
| 1806. CROWN CASTLE INTL CORP COMMON STOCK | C | Dividend | M | T | | | | | |
| 1807. DANAHER CORP COMON STOCK | A | Dividend | M | T | Buy (add'l) | 04/03/19 | J | | |
| 1808. E V ADV FLOATING RATE I FUND | C | Dividend | L | T | Buy | 02/26/19 | L | | |
| 1809. EV SHT DURATION GOVT INC FUND | D | Dividend | K | T | Sold (part) | 04/03/19 | K | | |
| 1810. | | | | | Sold (part) | 07/29/19 | M | | |
| 1811. FACEBOOK INC COMMON STOCK | | None | M | T | | | | | |
| 1812. FALCON MINERALS CORP COMMON STOCK | B | Dividend | M | T | Buy | 10/15/19 | J | | |
| 1813. | | | | | Buy (add'l) | 10/17/19 | J | | |
| 1814. | | | | | Buy (add'l) | 10/18/19 | J | | |
| 1815. | | | | | Buy (add'l) | 10/21/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1816. | | | | | Buy<br>(add'l) | 10/22/19 | J | | |
| 1817. | | | | | Buy<br>(add'l) | 10/25/19 | J | | |
| 1818. | | | | | Buy<br>(add'l) | 10/30/19 | J | | |
| 1819. | | | | | Buy<br>(add'l) | 11/13/19 | J | | |
| 1820. | | | | | Buy<br>(add'l) | 11/14/19 | J | | |
| 1821. | | | | | Buy<br>(add'l) | 11/15/19 | J | | |
| 1822. | | | | | Buy<br>(add'l) | 12/12/19 | K | | |
| 1823. FEDERATED GOVT OBLIG MMF (SEE NOTE 14 IN SECT VIII) | B | Dividend | | | Buy | 03/29/19 | N | | |
| 1824. | | | | | Sold<br>(part) | 04/03/19 | K | | |
| 1825. | | | | | Sold<br>(part) | 04/05/19 | L | | |
| 1826. | | | | | Sold<br>(part) | 04/25/19 | J | | |
| 1827. | | | | | Sold<br>(part) | 05/23/19 | K | | |
| 1828. | | | | | Buy<br>(add'l) | 05/29/19 | K | | |
| 1829. | | | | | Sold<br>(part) | 05/31/19 | L | | |
| 1830. | | | | | Sold<br>(part) | 06/24/19 | K | | |
| 1831. | | | | | Buy<br>(add'l) | 08/20/19 | N | | |
| 1832. | | | | | Sold<br>(part) | 09/05/19 | K | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1833. | | | | | Sold (part) | 09/10/19 | K | | |
| 1834. | | | | | Sold (part) | 09/17/19 | M | | |
| 1835. | | | | | Sold (part) | 10/15/19 | J | | |
| 1836. | | | | | Sold (part) | 10/18/19 | K | | |
| 1837. | | | | | Sold (part) | 10/21/19 | K | | |
| 1838. | | | | | Sold | 10/30/19 | K | | |
| 1839. | | | | | Buy | 11/27/19 | J | | |
| 1840. | | | | | Sold | 12/12/19 | J | | |
| 1841. FIRST TRUST SENIOR LOAN FUND | C | Dividend | L | T | | | | | |
| 1842. GQG PARTNERS EMRG MKTS EQ INS FUND | B | Dividend | M | T | Buy (add'l) | 04/03/19 | J | | |
| 1843. GREENSKY INC COMMON STOCK | | None | | | Buy (add'l) | 02/13/19 | K | | |
| 1844. | | | | | Sold (part) | 03/20/19 | L | E | |
| 1845. | | | | | Sold (part) | 03/21/19 | L | E | |
| 1846. | | | | | Sold | 03/29/19 | L | E | |
| 1847. HONEYWELL INTERNATIONAL INC COMMON STOCK | B | Dividend | M | T | | | | | |
| 1848. HP WORLDQUANT - FOUNDERS ESC HDGE FUND | | None | M | T | | | | | |
| 1849. IQVIA HOLDINGS COMMON STOCK | | None | M | T | Sold (part) | 01/03/19 | K | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1850. | | | | | Sold (part) | 11/15/19 | K | D | |
| 1851. ISHARES EDGE MSCI MUL INTL ETF | C | Dividend | M | T | Buy | 04/05/19 | M | | |
| 1852. ISHARES EDGE MSCI US MOMENTUM FUND | B | Dividend | M | T | Buy (add'l) | 04/03/19 | K | | |
| 1853. ISHARES EDGE MSCI US QLTY FAC | B | Dividend | M | T | Buy | 09/17/19 | M | | |
| 1854. ISHARES FACTORSELECT MSCI EM FUND | C | Dividend | M | T | Buy (add'l) | 04/03/19 | K | | |
| 1855. ISHARES MSCI EAFE GROWTH ETF | A | Dividend | L | T | | | | | |
| 1856. ISHARES S&P MIDCAP 400 INDEX FUND | B | Dividend | M | T | Buy (add'l) | 04/03/19 | J | | |
| 1857. KINDER MORGAN INCORP COMMON STOCK | C | Dividend | L | T | Sold (part) | 03/22/19 | L | D | |
| 1858. KRANESH BOSERA MSCI CHINA | A | Dividend | L | T | Buy | 11/15/19 | K | | |
| 1859. MICROSOFT CORP COMMON STOCK | B | Dividend | M | T | Buy | 01/03/19 | L | | |
| 1860. OAKMARK INTERNATIONAL MUTUAL FUND | | None | | | Buy (add'l) | 04/03/19 | J | | |
| 1861. | | | | | Sold | 08/14/19 | L | | |
| 1862. ONEOK INC COMMON STOCK | C | Dividend | L | T | Buy (add'l) | 01/03/19 | K | | |
| 1863. | | | | | Sold (part) | 03/22/19 | L | E | |
| 1864. PENNANTPARK FLTG RATE CAP LTD FUND | D | Dividend | L | T | | | | | |
| 1865. PENNANTPARK INVESTMENT CORP FUND | D | Dividend | L | T | | | | | |
| 1866. PLAINS GP HOLDINGS LP COMMON STOCK | C | Distribution | L | T | Buy (add'l) | 01/03/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1867. | | | | | Sold<br>(part) | 03/22/19 | K | B | |
| 1868. INVESCO INTL BUYBACK ACH | B | Dividend | M | T | | | | | |
| 1869. PROSHARES TR S&P 500 DV ARIST FUND | C | Dividend | M | T | | | | | |
| 1870. SALESFORCE.COM, INC COMMON STOCK | | None | L | T | Buy<br>(add'l) | 06/11/19 | J | | |
| 1871. SOLAR CAPITAL LTD FUND | D | Dividend | L | T | | | | | |
| 1872. STARWOOD PROPERTY TRUST INC COMMON STOCK | D | Dividend | L | T | | | | | |
| 1873. TERRAFORM PWR INC COMMON STOCK | | None | | | Sold<br>(part) | 01/02/19 | K | | |
| 1874. | | | | | Sold<br>(part) | 01/07/19 | J | | |
| 1875. | | | | | Sold<br>(part) | 01/08/19 | K | | |
| 1876. | | | | | Sold | 01/09/19 | K | A | |
| 1877. THERMO FISHER SCIENTIFIC COMMON STOCK | A | Dividend | M | T | | | | | |
| 1878. VANGUARD INFO TECH ETF | B | Dividend | M | T | Buy<br>(add'l) | 04/03/19 | K | | |
| 1879. VANGUARD MID-CAP ETF | A | Dividend | | | Sold | 08/16/19 | M | E | |
| 1880. VERIZON COMMUNICATIONS COMMON STOCK | D | Dividend | M | T | Buy<br>(add'l) | 04/03/19 | K | | |
| 1881. VISA INC COMMON STOCK | B | Dividend | M | T | | | | | |
| 1882. WALT DISNEY CO HLDG CO COMMON STOCK | B | Dividend | M | T | Sold<br>(part) | 01/03/19 | K | A | |
| 1883. | | | | | Buy<br>(add'l) | 03/28/19 | K | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1884. | | | | | Sold<br>(part) | 11/15/19 | K | D | |
| 1885. WISDOMTREE CBOE S&P 500 ETF | | None | | | Sold | 02/25/19 | M | | |
| 1886. WISDOMTREE EUROPE SMALL CAP DIV ETF | C | Dividend | | | Sold | 08/14/19 | M | | |
| 1887. WISDOMTREE SMALL CAP DIV FUND | C | Dividend | M | T | Buy<br>(add'l) | 04/03/19 | J | | |
| 1888. WISDOMTREE TR CHINA DIV EX FI FUND | A | Dividend | L | T | | | | | |
| 1889. WISDOMTREE TRUST MDCP EARN FUND | B | Dividend | M | T | | | | | |
| 1890. NON-PUBLICS (NOTES 5 & 7 IN SECT VIII) (LNES 1891-2049) (H) | | | | | | | | | |
| 1891. ELGIN CAPITAL (SEE NOTE 1 IN SECT VIII) | | None | L | W | Distributed<br>(part) | 12/20/19 | K | | |
| 1892. CENTERBRIDGE CREDIT PARTNERS (SEE NOTE 1 IN SECT VIII) | F | Distribution | M | U | Distributed<br>(part) | 01/29/19 | J | | |
| 1893. | | | | | Distributed<br>(part) | 03/25/19 | K | | |
| 1894. | | | | | Distributed<br>(part) | 04/29/19 | J | | |
| 1895. | | | | | Redeemed<br>(part) | 10/29/19 | N | | |
| 1896. TAMPA BAY RAYS (SEE NOTE 1 IN SECT VIII) | G | Distribution | O | W | | | | | |
| 1897. HARDING SERVICE, LLC (Y) | | | | | | | | | |
| 1898. OFFIT CAPITAL ADVISORS (SEE NOTE 1 IN SECTION VIII) | F | Distribution | M | W | Distributed<br>(part) | 05/17/19 | L | | |
| 1899. SUMMERFIELD ROTOR HSI (SEE NOTE 1 IN SECT VIII) | A | Distribution | N | W | Buy | 04/25/19 | N | | |
| 1900. UNIVERSAL HOSPITAL SERVICES HLDG CO (NOTE 1 IN SECT VIII) | | None | | | Sold | 01/10/19 | N | G | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1901. | | | | | Distributed | 07/03/19 | J | D | |
| 1902. WHOLESOME FOODS (SEE NOTE 1 IN SECTION VIII) | | None | O | W | | | | | |
| 1903. IRVING PLACE CAPITAL II (SEE NOTE 9 IN SECT VIII) | A | Distribution | K | W | | | | | |
| 1904. BLACKSTONE REAL ESTATE VI & VIII (NOTE 9 SECT VIII) | G | Distribution | P1 | W | Buy (add'l) | 01/14/19 | K | | |
| 1905. | | | | | Buy (add'l) | 01/18/19 | J | | |
| 1906. | | | | | Distributed (part) | 02/28/19 | K | | |
| 1907. | | | | | Buy (add'l) | 02/28/19 | J | | |
| 1908. | | | | | Distributed (part) | 03/01/19 | K | | |
| 1909. | | | | | Buy (add'l) | 03/11/19 | L | | |
| 1910. | | | | | Buy (add'l) | 03/21/19 | J | | |
| 1911. | | | | | Buy (add'l) | 04/01/19 | K | | |
| 1912. | | | | | Distributed (part) | 04/16/19 | J | | |
| 1913. | | | | | Buy (add'l) | 04/22/19 | L | | |
| 1914. | | | | | Buy (add'l) | 04/25/19 | J | | |
| 1915. | | | | | Buy (add'l) | 05/02/19 | J | | |
| 1916. | | | | | Buy (add'l) | 05/22/19 | J | | |
| 1917. | | | | | Distributed (part) | 05/31/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1918. | | | | | Buy (add'l) | 06/25/19 | J | | |
| 1919. | | | | | Distributed (part) | 07/12/19 | L | | |
| 1920. | | | | | Buy (add'l) | 07/24/19 | K | | |
| 1921. | | | | | Buy (add'l) | 08/08/19 | J | | |
| 1922. | | | | | Distributed (part) | 08/15/19 | L | | |
| 1923. | | | | | Distributed (part) | 09/03/19 | K | | |
| 1924. | | | | | Buy (add'l) | 09/06/19 | K | | |
| 1925. | | | | | Buy (add'l) | 09/20/19 | M | | |
| 1926. | | | | | Distributed (part) | 09/23/19 | J | | |
| 1927. | | | | | Buy (add'l) | 09/27/19 | K | | |
| 1928. | | | | | Distributed (part) | 09/30/19 | J | | |
| 1929. | | | | | Buy (add'l) | 10/07/19 | J | | |
| 1930. | | | | | Distributed (part) | 10/22/19 | J | | |
| 1931. | | | | | Distributed (part) | 10/28/19 | K | | |
| 1932. | | | | | Buy (add'l) | 11/04/19 | K | | |
| 1933. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 1934. | | | | | Buy (add'l) | 11/15/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1935. | | | | | Distributed (part) | 11/15/19 | K | | |
| 1936. | | | | | Distributed (part) | 11/29/19 | J | | |
| 1937. | | | | | Distributed (part) | 12/02/19 | L | | |
| 1938. | | | | | Buy (add'l) | 12/04/19 | J | | |
| 1939. | | | | | Buy (add'l) | 12/13/19 | K | | |
| 1940. | | | | | Buy (add'l) | 12/19/19 | J | | |
| 1941. | | | | | Distributed (part) | 12/24/19 | L | | |
| 1942. CENTERVIEW CAPITAL (SEE NOTE 9 IN SECT VIII) | E | Distribution | O | W | Distributed (part) | 05/13/19 | J | | |
| 1943. DGNL VENTURES (SEE NOTE 9 IN SECT VIII) | | None | M | W | Distributed (part) | 06/20/19 | K | | |
| 1944. | | | | | Buy (add'l) | 10/24/19 | K | | |
| 1945. ELGIN CAPITAL PARTNERS II (SEE NOTE 9 IN SECT VIII) | G | Distribution | O | W | Buy (add'l) | 06/20/19 | M | | |
| 1946. FIRST NECK SELF STORAGE LP (SEE NOTE 9 IN SECT VIII) | | None | N | W | Distributed (part) | 02/28/19 | J | | |
| 1947. | | | | | Distributed (part) | 03/25/19 | J | | |
| 1948. | | | | | Distributed (part) | 04/23/19 | J | | |
| 1949. | | | | | Distributed (part) | 05/28/19 | J | | |
| 1950. | | | | | Buy (add'l) | 06/06/19 | J | | |
| 1951. | | | | | Distributed (part) | 06/21/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1952. | | | | | Buy (add'l) | 07/01/19 | L | | |
| 1953. | | | | | Distributed (part) | 07/23/19 | J | | |
| 1954. | | | | | Buy (add'l) | 08/12/19 | J | | |
| 1955. | | | | | Distributed (part) | 08/23/19 | J | | |
| 1956. | | | | | Buy (add'l) | 09/13/19 | L | | |
| 1957. | | | | | Distributed (part) | 09/27/19 | J | | |
| 1958. | | | | | Distributed (part) | 10/28/19 | J | | |
| 1959. | | | | | Distributed (part) | 11/25/19 | J | | |
| 1960. | | | | | Distributed (part) | 12/20/19 | J | | |
| 1961. GEMSPRING CAPITAL (SEE NOTE 9 IN SECTION VIII) | None | | P1 | W | Distributed (part) | 04/04/19 | M | | |
| 1962. | | | | | Buy (add'l) | 04/12/19 | M | | |
| 1963. | | | | | Distributed (part) | 10/02/19 | N | | |
| 1964. | | | | | Buy (add'l) | 12/19/19 | N | | |
| 1965. HIGHCAPE PARTNERS (SEE NOTE 9 IN SECT VIII) | G | Distribution | P1 | W | Buy (add'l) | 04/25/19 | L | | |
| 1966. | | | | | Distributed (part) | 11/07/19 | N | | |
| 1967. | | | | | Buy (add'l) | 12/27/19 | L | | |
| 1968. KAYNE ANDERSON (SEE NOTE 9 IN SECT VIII) | G | Distribution | K | W | Distributed (part) | 04/11/19 | M | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1969. | | | | | Distributed (part) | 11/27/19 | M | | |
| 1970. KITCHEN FUND (SEE NOTE 9 IN SECT VIII) | | None | N | W | Buy (add'l) | 02/01/19 | K | | |
| 1971. VESTAR CAPL PRTNRS/ASSC IV/AIV (SEE NOTE 9 SECT VIII) | C | Distribution | M | W | | | | | |
| 1972. VESTAR CAP/ASSOC V (SEE NOTE 9 IN SECT VIII) | G | Distribution | N | W | Distributed (part) | 03/19/19 | N | | |
| 1973. | | | | | Distributed (part) | 10/29/19 | J | | |
| 1974. | | | | | Distributed (part) | 12/12/19 | K | | |
| 1975. VESTAR ASSOCIATES, VI (SEE NOTE 18 IN SECT VIII) | B | Distribution | | | | | | | |
| 1976. RAZOR'S EDGE FUND (SEE NOTE 9 IN SECT VIII) | G | Distribution | P1 | W | Distributed (part) | 08/02/19 | O | | |
| 1977. RAZOR'S EDGE FUND II (SEE NOTE 9 IN SECT VIII) | B | Distribution | O | W | Buy (add'l) | 09/16/19 | M | | |
| 1978. RED ABBEY (SEE NOTE 9 IN SECT VIII) | B | Distribution | J | W | Distributed (part) | 04/09/19 | J | | |
| 1979. SENTINEL CAPITAL IV (SEE NOTE 10 IN SECT VIII) | D | Distribution | | | Buy (add'l) | 07/01/19 | J | | |
| 1980. SENTINEL CAPITAL V (SEE NOTE 10 IN SECT VIII) | | None | | | Buy (add'l) | 01/01/19 | K | | |
| 1981. | | | | | Buy (add'l) | 04/01/19 | L | | |
| 1982. SENTINEL CAPITAL VI (SEE NOTE 10 IN SECT VIII) | F | Distribution | | | | | | | |
| 1983. ALTIMA DENTAL (SEE NOTE 15 IN SECT VIII) | | None | N | W | Buy (add'l) | 08/06/19 | K | | |
| 1984. CABI HOLDING (SEE NOTE 15 IN SECT VIII) | | None | O | W | Distributed (part) | 07/01/19 | J | | |
| 1985. | | | | | Distributed (part) | 09/24/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1986. APEX COMPANIES (SEE NOTE 15 IN SECT VIII) | | None | O | W | Buy | 08/06/19 | O | | |
| 1987. CAPTAIN D'S (SEE NOTE 15 IN SECT VIII) | | None | O | W | | | | | |
| 1988. CHASE DOORS (SEE NOTES 11 & 15 IN SECT VIII) | | None | | | Distributed | 06/21/19 | J | C | |
| 1989. COLSON GROUP HOLDINGS (SEE NOTE 15 IN SECTION VIII) | | None | N | W | Distributed (part) | 03/05/19 | J | | |
| 1990. CORPORATE VISIONS (SEE NOTE 15 IN SECT VIII) | | None | M | W | | | | | |
| 1991. CREDIT INFONET HOLDINGS (SEE NOTE 15 IN SECT VIII) | | None | | | Sold | 03/05/19 | P1 | H1 | STONE POINT CAPITAL |
| 1992. | | | | | Distributed | 06/21/19 | J | D | |
| 1993. CRITICAL SOLUTIONS (SEE NOTE 15 IN SECTION VIII) | | None | M | W | Distributed (part) | 03/05/19 | J | | |
| 1994. | | | | | Distributed (part) | 06/21/19 | J | | |
| 1995. | | | | | Distributed (part) | 12/16/19 | J | | |
| 1996. ECM INDUSTRIES (SEE NOTES 12 & 15 IN SECT VIII) | | None | O | W | Buy | 12/23/19 | O | | |
| 1997. HOLLEY (FKA DRIVEN PERF BRANDS (SEE NOTE 15 IN SECT VIII) | | None | P1 | W | Buy (add'l) | 08/06/19 | O | | |
| 1998. FAZOLI GROUP (SEE NOTE 15 IN SECT VIII) | | None | M | W | | | | | |
| 1999. GSM OUTDOOR (SEE NOTE 15 IN SECT VIII) | | None | O | W | | | | | |
| 2000. HOLLANDER SLEEP PRODUCTS (SEE NOTE 15 IN SECT VIII) | | None | | | Buy (add'l) | 08/06/19 | M | | |
| 2001. | | | | | Sold | 09/24/19 | M | | CENTRE LANE PARTNERS |
| 2002. HUDDLE HOUSE (SEE NOTES 11 & 15 IN SECT VIII) | | None | | | Distributed (part) | 03/05/19 | K | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2003. | | | | | Distributed | 06/21/19 | K | E | |
| 2004. LUMINARIES GROUP (SEE NOTE 15 IN SECT VIII) | None | | | | Sold | 09/24/19 | O | G | ACUITY BRANDS |
| 2005. MARKETPLACE EVENTS (SEE NOTE 15 IN SECT VIII) | None | | O | W | Distributed (part) | 01/01/19 | J | | |
| 2006. | | | | | Distributed (part) | 04/01/19 | K | | |
| 2007. | | | | | Distributed (part) | 07/01/19 | J | | |
| 2008. | | | | | Distributed (part) | 10/01/19 | J | | |
| 2009. MB2 DENTAL (SEE NOTE 15 IN SECT VIII) | None | | O | W | | | | | |
| 2010. MOBILE COMMUNICATIONS (SEE NOTE 15 IN SECT VIII) | None | | N | W | Buy | 10/24/19 | N | | |
| 2011. NATIONAL SPINE (SEE NOTES 11 & 15 IN SECT VIII) | None | | | | Distributed | 06/21/19 | J | D | |
| 2012. NEKOOSA (SEE NOTE 15 IN SECT VIII) | None | | N | W | | | | | |
| 2013. NEW ERA TECHNOLOGIES (SEE NOTES 12 & 15 IN SECT VIII) | None | | O | W | Buy | 09/24/19 | O | | |
| 2014. NEWK'S HOLDINGS (SEE NOTE 15 IN SECT VIII) | None | | N | W | | | | | |
| 2015. PCH HOLDINGS (SEE NOTES 11 & 15 IN SECT VIII) | None | | | | Distributed | 12/12/19 | K | E | |
| 2016. PET SUPPLIES PLUS (SEE NOTE 15 IN SECT VIII) | None | | O | W | Buy | 07/10/19 | O | | |
| 2017. QUICK WEIGHT LOSS CENTERS (SEE NOTE 15 IN SECT VIII) | None | | J | W | Buy (add'l) | 08/06/19 | K | | |
| 2018. REVENEW INTERNATIONAL (SEE NOTE 15 IN SECT VIII) | None | | N | W | Distributed (part) | 04/01/19 | K | | |
| 2019. | | | | | Distributed (part) | 07/01/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2020. ROTOMETRICS (SEE NOTES 11 & 15 IN SECT VIII) | | None | | | Distributed | 07/01/19 | J | C | |
| 2021. SONNY'S ENTERPRISES (SEE NOTE 15 IN SECT VIII) | | None | P1 | W | Distributed (part) | 01/01/19 | J | | |
| 2022. | | | | | Distributed (part) | 04/01/19 | J | | |
| 2023. | | | | | Distributed (part) | 07/01/19 | J | | |
| 2024. SSJA BARIATRIC MGMT (SEE NOTE 15 IN SECT VIII) | | None | N | W | Buy | 10/24/19 | N | | |
| 2025. TGI FRIDAYS (SEE NOTE 15 IN SECT VIII) | | None | | | Distributed (part) | 07/01/19 | J | | |
| 2026. | | | | | Sold (part) | 12/12/19 | L | | |
| 2027. | | | | | Sold | 12/16/19 | L | | TRI ARTISAN CAPITAL PRTNRS |
| 2028. TOTAL MILITARY MANAGEMENT (SEE NOTE 15 IN SECT VIII) | | None | O | W | Distributed (part) | 09/24/19 | K | | |
| 2029. UBEO (SEE NOTE 15 IN SECT VIII) | | None | N | W | | | | | |
| 2030. WELLSPRING PHARMACEUTICALS (SEE NOTES 11 & 15 IN SECT VIII) | | None | | | Distributed (part) | 03/05/19 | J | C | |
| 2031. | | | | | Distributed | 12/16/19 | J | C | |
| 2032. QUINTANA ENERGY PARTNERS (SEE NOTE 9 IN SECT VIII) | | None | L | W | Distributed (part) | 05/14/19 | K | | |
| 2033. TINICUM LP (SEE NOTE 9 IN SECT VIII) | F | Distribution | P1 | W | Buy (add'l) | 02/15/19 | M | | |
| 2034. | | | | | Distributed (part) | 02/15/19 | K | | |
| 2035. | | | | | Buy (add'l) | 08/22/19 | M | | |
| 2036. | | | | | Distributed (part) | 08/22/19 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2037. | | | | | Buy (add'l) | 11/13/19 | K | | |
| 2038. | | | | | Distributed (part) | 11/13/19 | M | | |
| 2039. | | | | | Distributed (part) | 12/23/19 | L | | |
| 2040. 3G KRAFT HEINZ (NOTE 9 IN SECT VIII) | G | Distribution | P1 | W | Distributed (part) | 03/25/19 | K | | |
| 2041. | | | | | Distributed (part) | 06/17/19 | K | | |
| 2042. | | | | | Distributed (part) | 09/13/19 | K | | |
| 2043. | | | | | Distributed (part) | 12/16/19 | K | | |
| 2044. 3G FUND IV (SEE NOTE 9 IN SECT VIII) | F | Distribution | P1 | W | Distributed (part) | 03/26/19 | K | | |
| 2045. | | | | | Distributed (part) | 06/17/19 | K | | |
| 2046. | | | | | Distributed (part) | 09/16/19 | K | | |
| 2047. | | | | | Distributed (part) | 12/16/19 | K | | |
| 2048. VALINOR LP (SEE NOTE 9 IN SECT VIII) | | None | O | W | Buy (add'l) | 05/08/19 | M | | |
| 2049. | | | | | Buy (add'l) | 10/02/19 | L | | |
| 2050. OTHER INVESTMENTS/NOTES RECEIVABLES (LINES 2051-2099) (H) | | | | | | | | | |
| 2051. AMBULNZ LLC | | None | O | W | | | | | |
| 2052. ATLANTA VININGS (SEE NOTE 1 IN SECT VIII) | | None | O | W | Distributed (part) | 01/15/19 | J | | |
| 2053. | | | | | Distributed (part) | 02/15/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2054. | | | | | Distributed (part) | 03/15/19 | J | | |
| 2055. | | | | | Distributed (part) | 04/15/19 | J | | |
| 2056. | | | | | Distributed (part) | 05/15/19 | J | | |
| 2057. | | | | | Distributed (part) | 06/14/19 | J | | |
| 2058. | | | | | Distributed (part) | 07/16/19 | J | | |
| 2059. | | | | | Distributed (part) | 08/15/19 | J | | |
| 2060. | | | | | Distributed (part) | 09/13/19 | J | | |
| 2061. | | | | | Distributed (part) | 10/15/19 | J | | |
| 2062. | | | | | Distributed (part) | 11/15/19 | J | | |
| 2063. | | | | | Distributed (part) | 12/13/19 | J | | |
| 2064. BLACKSTONE REIT | G | Dividend | P1 | U | Buy | 01/29/19 | P1 | | |
| 2065. BLUE LOTUS INVESTMENT FUND (SEE NOTE 1 IN SECT VIII) | B | Distribution | O | U | | | | | |
| 2066. BLUEPRINT BALTIMORE OPPORTUNITY ZONE FUND (NOTE 1 SECT VIII) | C | Distribution | P1 | U | Buy | 06/04/19 | P1 | | |
| 2067. BLUEPRINT TEXAS OPPORTUNITY ZONE FUND (NOTE 1 SECT VIII) | A | Distribution | P1 | U | Buy | 04/15/19 | P1 | | |
| 2068. CEDAR ROCK CAPITAL PARTNERS (SEE NOTE 1 IN SECT VIII) | G | Distribution | P2 | U | Redeemed (part) | 05/08/19 | P1 | | |
| 2069. CHEETAH MEDICAL DIRECT | | None | | | Sold | 10/25/19 | N | G | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2070. GOLD BULLION | None | | N | T | | | | | |
| 2071. F. E. RICHARDSON & CO (SEE NOTES 1 & 13 IN SECT VIII) | None | | L | V | Buy (add'l) | 01/04/19 | K | | |
| 2072. | | | | | Buy (add'l) | 01/25/19 | K | | |
| 2073. | | | | | Buy (add'l) | 02/15/19 | K | | |
| 2074. | | | | | Buy (add'l) | 03/15/19 | K | | |
| 2075. | | | | | Buy (add'l) | 03/29/19 | K | | |
| 2076. | | | | | Buy (add'l) | 04/18/19 | K | | |
| 2077. | | | | | Buy (add'l) | 05/08/19 | K | | |
| 2078. | | | | | Buy (add'l) | 05/31/19 | M | | |
| 2079. | | | | | Buy (add'l) | 06/14/19 | K | | |
| 2080. | | | | | Buy (add'l) | 07/03/19 | K | | |
| 2081. | | | | | Buy (add'l) | 07/18/19 | K | | |
| 2082. | | | | | Buy (add'l) | 08/15/19 | K | | |
| 2083. | | | | | Buy (add'l) | 08/29/19 | K | | |
| 2084. | | | | | Buy (add'l) | 09/20/19 | K | | |
| 2085. | | | | | Buy (add'l) | 10/11/19 | K | | |
| 2086. | | | | | Buy (add'l) | 11/15/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2087. | | | | | Buy<br>(add'l) | 12/06/19 | L | | |
| 2088. | | | | | Buy<br>(add'l) | 12/20/19 | K | | |
| 2089. ORBIMED (SEE NOTE 1 IN SECT VIII) | | None | | | Distributed | 04/23/19 | K | | |
| 2090. OVERLOOK PARTNERS (SEE NOTE 1 IN SECT VIII) | F | Distribution | P1 | U | | | | | |
| 2091. OVERLOOK 3G PARTNERS (SEE NOTE 1 IN SECT VIII) | E | Distribution | N | U | | | | | |
| 2092. BLACK LYNX (AKA RE SIDECAR 2) (SEE NOTE 1 IN SECT VIII) | | None | K | U | Buy | 01/18/19 | K | | |
| 2093. COUNTER TACK, INC (AKA RE 6)(SEE NOTE 1 IN SECT VIII) | | None | M | U | | | | | |
| 2094. RYFT (AKA RE SIDECAR 2) (SEE NOTE 1 IN SECT VIII) | | None | O | U | | | | | |
| 2095. WHALE ROCK FLAGSHIP FUND (NOTE 1 IN SECT VIII) | | None | P1 | U | Buy | 04/29/19 | P1 | | |
| 2096. ZOOM DATA DRCT (AKA RE SIDECAR 5) (NOTE 1 IN SECT VIII) | | None | | | Sold | 06/10/19 | J | | LOGI ANALYTICS |
| 2097. ELIZABETH REILLY, PERSONAL LOAN - NOTE RECEIVABLE | | None | K | U | | | | | |
| 2098. SARA LAJOIE, PERSONAL LOAN - NOTE RECEIVABLE | A | Interest | K | U | | | | | |
| 2099. JAMES MCNAMARA, PERSONAL LOAN - NOTE RECEIVABLE | | None | J | U | Redeemed<br>(part) | 05/31/19 | J | | |
| 2100. TRUST #1 (LINES 2101-2127) (SEE NOTES 1, 2 & 7 SECT VIII)(H) | | | | | | | | | |
| 2101. ---CITI TRUST CHECKING ACCOUNT (2010) | A | Interest | J | T | Open | 05/20/19 | K | | |
| 2102. ---GOLDMAN SACHS BANK DEPOSIT/ CASH #4 | C | Interest | K | T | | | | | |
| 2103. ---ABB-VIE INC. COMMON STOCK | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2104. ---ALIBABA GROUP HOLDING LIMITED COMMON STOCK | | None | L | T | Buy | 11/27/19 | L | | |
| 2105. ---AMAZON.COM INC COMMON STOCK | | None | N | T | | | | | |
| 2106. ---BLACKROCK INC COMMON STOCK | C | Dividend | M | T | Sold (part) | 11/27/19 | K | E | |
| 2107. ---CHUBB LTD COMMON | B | Dividend | M | T | | | | | |
| 2108. ---COMCAST CORPORATION COMMON STOCK | | None | | | Buy | 10/08/19 | L | | |
| 2109. | | | | | Sold | 11/27/19 | L | A | |
| 2110. ---ENTERPRISE PRODUCTS (FROM TRUST #1A-LINE 2135) | C | Distribution | K | T | Buy (add'l) | 10/08/19 | K | | |
| 2111. | | | | | Sold (part) | 12/10/19 | L | | |
| 2112. ---FACEBOOK INC COMMON STOCK | | None | M | T | | | | | |
| 2113. ---HOME DEPOT, INC COMMON STOCK | A | Dividend | M | T | Buy | 11/27/19 | L | | |
| 2114. | | | | | Buy (add'l) | 12/10/19 | L | | |
| 2115. ---JOHNSON & JOHNSON COMMON STOCK | C | Dividend | M | T | | | | | |
| 2116. ---MAGELLAN MIDSTREAM (FROM TRUST #1A) | A | Distribution | | | Sold | 04/29/19 | K | D | |
| 2117. ---MASTERCARD INC COMMON STOCK | B | Dividend | N | T | | | | | |
| 2118. ---MICROSOFT CORPORATION COMMON STOCK | A | Dividend | M | T | Buy | 05/22/19 | L | | |
| 2119. | | | | | Buy (add'l) | 07/19/19 | K | | |
| 2120. | | | | | Buy (add'l) | 08/01/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2121. ---NORTHROP GRUMMAN CORP COMMON STOCK | A | Dividend | | | Sold (part) | 01/30/19 | K | | |
| 2122. | | | | | Sold (part) | 04/16/19 | K | | |
| 2123. | | | | | Sold | 04/29/19 | M | | |
| 2124. ---UNITEDHEALTH GROUP INC COMMON STOCK | C | Dividend | M | T | Buy (add'l) | 04/11/19 | L | | |
| 2125. | | | | | Sold (part) | 05/22/19 | L | | |
| 2126. | | | | | Sold (part) | 07/11/19 | K | A | |
| 2127. | | | | | Sold (part) | 10/15/19 | L | | |
| 2128. TRUST #1A (LINES 2129-2133) (NOTES 1, 2 & 7 SECT VIII) (H) | | | | | | | | | |
| 2129. ---GOLDMAN SACHS BANK DEPOSITS/ CASH #4B | A | Interest | | | Closed | 02/28/19 | J | | |
| 2130. ---WILLIAMS COMPANIES (FKA WILLIAMS PARTNERS) | | None | | | Sold | 01/30/19 | K | | |
| 2131. ---ENTERPRISE PRODUCTS PARTNERS LP (MOVED TO TRUST #1 ABOVE) | | | | | | | | | |
| 2132. ---MAGELLAN MIDSTREAM PARTNERS LP (MOVED TO TRUST #1 ABOVE) | | | | | | | | | |
| 2133. ---TARGA RESOURCES CORP COMMON | A | Dividend | | | Sold | 01/30/19 | K | D | |
| 2134. TRUST #1B (LINES 2135-2206) (NOTES 2 & 5 IN SECT VIII) (H) | | | | | | | | | |
| 2135. ---CITI TRUST CHECKING ACCOUNT (2012) | | None | J | T | | | | | |
| 2136. ---FARALLON CAPITAL (SEE NOTES 7 & 9 IN SECT VIII) | B | Interest | N | W | Distributed (part) | 02/21/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2137. | | | | | Distributed (part) | 05/10/19 | J | | |
| 2138. | | | | | Distributed (part) | 08/13/19 | K | | |
| 2139. | | | | | Distributed (part) | 11/18/19 | J | | |
| 2140. ---VESTAR III (SEE NOTE 9 IN SECT VIII) | A | Distribution | K | W | | | | | |
| 2141. ---VANGUARD FEDERAL MONEY MARKET FUND | C | Dividend | | | Sold (part) | 01/31/19 | L | | |
| 2142. | | | | | Buy (add'l) | 03/08/19 | J | | |
| 2143. | | | | | Sold (part) | 03/19/19 | M | | |
| 2144. | | | | | Buy (add'l) | 03/21/19 | J | | |
| 2145. | | | | | Sold (part) | 03/22/19 | K | | |
| 2146. | | | | | Buy (add'l) | 03/26/19 | J | | |
| 2147. | | | | | Buy (add'l) | 03/29/19 | K | | |
| 2148. | | | | | Buy (add'l) | 04/02/19 | J | | |
| 2149. | | | | | Sold (part) | 04/18/19 | K | | |
| 2150. | | | | | Sold (part) | 04/22/19 | L | | |
| 2151. | | | | | Sold (part) | 04/23/19 | K | | |
| 2152. | | | | | Buy (add'l) | 04/26/19 | L | | |
| 2153. | | | | | Buy (add'l) | 05/01/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2154. | | | | | Sold (part) | 06/04/19 | M | | |
| 2155. | | | | | Buy (add'l) | 06/14/19 | J | | |
| 2156. | | | | | Sold (part) | 06/17/19 | K | | |
| 2157. | | | | | Sold (part) | 06/18/19 | K | | |
| 2158. | | | | | Buy (add'l) | 06/20/19 | J | | |
| 2159. | | | | | Buy (add'l) | 06/26/19 | J | | |
| 2160. | | | | | Buy (add'l) | 07/05/19 | J | | |
| 2161. | | | | | Sold | 07/10/19 | K | | |
| 2162. ---PRIME MONEY MARKET FUND | A | Interest | | | Buy | 03/11/19 | J | | |
| 2163. | | | | | Sold | 03/20/19 | J | | |
| 2164. | | | | | Buy | 06/26/19 | J | | |
| 2165. | | | | | Sold | 07/03/19 | J | | |
| 2166. TD AMERITRADE MONEY MARKET/ CASH | A | Interest | K | T | Open | 07/11/19 | K | | |
| 2167. ---ADOBE INC COMMON STOCK | | None | M | T | Buy | 03/15/19 | M | | |
| 2168. | | | | | Buy (add'l) | 08/05/19 | K | | |
| 2169. ---ALPHABET INC COMMON STOCK | | None | N | T | | | | | |
| 2170. ---AMAZON.COM INC COMMON STOCK | | None | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2171. ---BERKSHIRE HATHAWAY INC CL B COMMON STOCK | | None | M | T | Sold (part) | 07/24/19 | K | C | |
| 2172. | | | | | Sold (part) | 07/30/19 | K | C | |
| 2173. | | | | | Sold (part) | 11/06/19 | J | C | |
| 2174. ---CHUBB LTD COMMON STOCK | A | Dividend | | | Sold (part) | 03/27/19 | K | C | |
| 2175. | | | | | Sold | 04/29/19 | K | C | |
| 2176. ---CROWDSTRIKE HOLDINGS COMMON STOCK | | None | K | T | Buy | 06/13/19 | K | | |
| 2177. | | | | | Buy (add'l) | 06/14/19 | K | | |
| 2178. | | | | | Buy (add'l) | 09/06/19 | K | | |
| 2179. | | | | | Sold (part) | 10/18/19 | J | | |
| 2180. | | | | | Buy (add'l) | 12/10/19 | J | | |
| 2181. ---DOMINOS PIZZA INC COMMON STOCK | B | Dividend | M | T | Buy (add'l) | 03/20/19 | K | | |
| 2182. | | | | | Sold (part) | 04/24/19 | L | D | |
| 2183. | | | | | Sold (part) | 09/06/19 | K | | |
| 2184. ---DXC TECH CO (SEE NOTE 11 IN SECT VIII) | A | Dividend | | | | | | | |
| 2185. ---HCA HEALTHCARE INC COMMON STOCK | B | Dividend | M | T | Buy (add'l) | 04/18/19 | K | | |
| 2186. | | | | | Buy (add'l) | 05/31/19 | K | | |
| 2187. | | | | | Buy (add'l) | 07/30/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2188. | | | | | Buy<br>(add'l) | 08/22/19 | K | | |
| 2189. | | | | | Sold<br>(part) | 10/11/19 | K | | |
| 2190. ---HONEYWELL INTL INC COMMON<br>STOCK | C | Dividend | M | T | | | | | |
| 2191. ---JOHNSON & JOHNSON COMMON<br>STOCK | B | Dividend | L | T | | | | | |
| 2192. ---L3 HARRIS TECHNOLOGIES INC<br>COMMON STOCK | A | Dividend | M | T | Buy | 10/01/19 | L | | |
| 2193. | | | | | Buy<br>(add'l) | 10/17/19 | K | | |
| 2194. | | | | | Buy<br>(add'l) | 12/05/19 | K | | |
| 2195. ---LOWES COMPANIES INC COMMON<br>STOCK | B | Dividend | M | T | Buy | 05/31/19 | L | | |
| 2196. | | | | | Buy<br>(add'l) | 07/24/19 | K | | |
| 2197. ---MASTERCARD INC COMMON<br>STOCK | A | Dividend | L | T | Buy<br>(add'l) | 07/24/19 | K | | |
| 2198. ---MICROSOFT CORP COMMON STOCK | B | Dividend | M | T | Buy | 01/29/19 | L | | |
| 2199. | | | | | Buy<br>(add'l) | 04/17/19 | L | | |
| 2200. ---NEXTERA ENERGY INC COMMON<br>STOCK | A | Dividend | | | Buy | 11/07/19 | K | | |
| 2201. | | | | | Sold | 12/05/19 | K | B | |
| 2202. ---PRIME CAP ODYSSEY AGGRESSIVE<br>GROWTH MUTUAL FUND | E | Dividend | N | T | Sold<br>(part) | 08/05/19 | K | | |
| 2203. ---VANGUARD CONSUMER<br>DISCRETIONARY ETF | B | Dividend | M | T | Buy<br>(add'l) | 04/16/19 | K | | |
| 2204. | | | | | Sold<br>(part) | 08/05/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2205. ---VANGUARD DIVIDEND APPRECIATION FUND | D | Dividend | N | T | | | | | |
| 2206. ---VANGUARD INFORMATION TECHNOLOGY ETF | D | Dividend | N | T | Sold (part) | 08/06/19 | K | D | |
| 2207. TRUST #2 (LINES 2208-2217) (SEE NOTE 19 IN SECT VIII) (H) | | | | | | | | | |
| 2208. ---TD AMERITRADE INSURED DEPOSIT/CASH ACCOUNT | A | Interest | J | T | | | | | |
| 2209. ---PRIMECAP ODYSSEY GR FD | D | Dividend | M | T | Sold (part) | 08/27/19 | J | A | |
| 2210. ---INVESCO QQQ TRUST SERVICES FUND | A | Dividend | K | T | Buy | 04/16/19 | K | | |
| 2211. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 2212. ---ISHARES CORE S&P MID-CAP ETF | A | Dividend | K | T | Sold (part) | 04/23/19 | K | C | |
| 2213. ---ISHARES NATL MUNI BND ETF | A | Dividend | K | T | Buy (add'l) | 02/11/19 | K | | |
| 2214. | | | | | Sold (part) | 03/14/19 | K | B | |
| 2215. ---ISHARES RUSSELL MID-CAP GROWTH ETF | A | Dividend | K | T | Buy | 04/23/19 | K | | |
| 2216. ---SPDR DOUBLELINE TOTAL RETURN TACTICAL ETF | B | Dividend | K | T | Buy | 03/14/19 | K | | |
| 2217. ---VANGUARD DIVIDEND APPRECIATION ETF | B | Dividend | L | T | | | | | |
| 2218. TRUST #3 (LINES 2219-2249) (SEE NOTE 19 IN SECT VIII) (H) | | | | | | | | | |
| 2219. ---TD AMERITRADE CASH ACCOUNT | A | Interest | J | T | | | | | |
| 2220. ---ADOBE INC COMMON STOCK | | None | K | T | Buy | 03/15/19 | K | | |
| 2221. | | | | | Buy (add'l) | 08/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2222. ---AMAZON.COM INC COMMON STOCK | | None | K | T | | | | | |
| 2223. ---AMGEN INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 2224. ---APPLE INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 2225. ---CARILLON EAGLE SM CAP MUTL FUND | A | Dividend | J | T | | | | | |
| 2226. ---EOG RESOURCES INC COMMON STOCK | A | Dividend | | | Sold | 08/05/19 | J | | |
| 2227. ---FIRST TRUST DJ INTERNET COMMON STOCK | | None | K | T | | | | | |
| 2228. ---ALPHABET INC COMMON STOCK | | None | K | T | Sold (part) | 07/26/19 | J | B | |
| 2229. ---HOME DEPOT INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 2230. ---ISHARES S&P MID-CAP ETF | A | Dividend | J | T | Sold (part) | 04/23/19 | J | B | |
| 2231. ---ISHARES NATL MUNI BND FUND | B | Dividend | L | T | Buy (add'l) | 02/28/19 | J | | |
| 2232. | | | | | Buy (add'l) | 03/15/19 | J | | |
| 2233. ---ISHARES US MED DVC ETF | A | Dividend | K | T | Buy (add'l) | 04/18/19 | J | | |
| 2234. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 2235. ---ISHARES 0-5 YRS TIPS ETF | A | Dividend | K | T | | | | | |
| 2236. ---JP MORGAN CHASE & CO COMMON STOCK | A | Dividend | K | T | | | | | |
| 2237. ---L3 HARRIS TECHNOLOGIES INC COMMON STOCK | A | Dividend | K | T | Buy | 08/05/19 | K | | |
| 2238. | | | | | Buy (add'l) | 10/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2239. | | | | | Buy<br>(add'l) | 10/17/19 | J | | |
| 2240. | | | | | Buy<br>(add'l) | 12/09/19 | J | | |
| 2241. ---MICROSOFT CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 2242. ---3M COMPANY COMMON STOCK | A | Dividend | | | Sold<br>(part) | 04/12/19 | J | B | |
| 2243. | | | | | Buy<br>(add'l) | 05/21/19 | J | | |
| 2244. | | | | | Sold<br>(part) | 07/24/19 | J | | |
| 2245. | | | | | Sold | 08/05/19 | J | | |
| 2246. ---UNITEDHEALTH GROUP INC<br>COMMON STOCK | A | Dividend | K | T | Buy<br>(add'l) | 04/11/19 | J | | |
| 2247. | | | | | Sold<br>(part) | 10/11/19 | J | | |
| 2248. | | | | | Sold<br>(part) | 10/15/19 | J | A | |
| 2249. ---VISA INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 2250. TRUST #4 (SEE NOTES 2, 5 & 7 IN SECT<br>VIII) (H) | | | | | | | | | |
| 2251. ---PARK AVENUE EQUITY LP (SEE<br>NOTES 6 & 9 IN SECT VIII) | A | Distribution | J | V | | | | | |
| 2252. TRUST #5 (NOTES 2, 5 & 7 IN SECT<br>VIII) (LINES 2253-2280) (H) | | | | | | | | | |
| 2253. ---ULTRA SHORT TERM BOND ADM | A | Dividend | | | Sold<br>(part) | 04/05/19 | K | | |
| 2254. | | | | | Sold | 06/17/19 | K | | |
| 2255. ---VANGUARD FEDERAL MONEY<br>MARKET FUND | A | Dividend | | | Sold<br>(part) | 02/22/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2256. | | | | | Sold<br>(part) | 03/06/19 | K | | |
| 2257. | | | | | Buy<br>(add'l) | 04/08/19 | K | | |
| 2258. | | | | | Sold<br>(part) | 04/09/19 | K | | |
| 2259. | | | | | Sold<br>(part) | 04/18/19 | K | | |
| 2260. | | | | | Buy<br>(add'l) | 06/18/19 | K | | |
| 2261. | | | | | Sold<br>(part) | 07/19/19 | K | | |
| 2262. | | | | | Sold | 08/08/19 | K | | |
| 2263. ---TD AMERITRADE DEPOSIT<br>ACCOUNT/CASH | A | Interest | J | T | Open | 08/09/19 | K | | |
| 2264. ---INVESCO QQQ ETF | A | Dividend | L | T | Buy | 02/20/19 | K | | |
| 2265. | | | | | Buy<br>(add'l) | 03/04/19 | K | | |
| 2266. | | | | | Buy<br>(add'l) | 04/05/19 | K | | |
| 2267. | | | | | Buy<br>(add'l) | 04/16/19 | K | | |
| 2268. | | | | | Sold<br>(part) | 11/18/19 | J | A | |
| 2269. | | | | | Sold<br>(part) | 12/16/19 | J | A | |
| 2270. ---NEXTERA ENERGY INC COMMON<br>STOCK | A | Dividend | K | T | | | | | |
| 2271. ---PARK AVENUE EQUITY LP (SEE<br>NOTES 6 & 9 IN SECT VIII) | A | Distribution | J | V | | | | | |
| 2272. ---PIMCO ETF TRUST | A | Dividend | | | Buy | 08/28/19 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2273. | | | | | Sold | 09/09/19 | K | | |
| 2274. ---SPDR DOUBELINE TOTAL RETURN TACTICAL ETF | B | Dividend | L | T | Buy | 02/20/19 | K | | |
| 2275. | | | | | Buy (add'l) | 03/04/19 | K | | |
| 2276. | | | | | Buy (add'l) | 04/05/19 | K | | |
| 2277. ---VANGUARD DIVIDEND APPRECIATION ETF | B | Dividend | L | T | Sold (part) | 08/20/19 | K | D | |
| 2278. | | | | | Sold (part) | 09/11/19 | J | C | |
| 2279. | | | | | Sold (part) | 11/18/19 | J | C | |
| 2280. --- VANGUARD TOTAL STOCK MARKET ETF | B | Dividend | L | T | | | | | |
| 2281. TRUST #6 (NOTES 2, 5 & 7 IN SECT VIII)(LINES 2282-2356) (H) | | | | | | | | | |
| 2282. ---VANGUARD PRIME MONEY MKT FUND ACCT #3 | A | Dividend | L | T | Buy (add'l) | 06/28/19 | J | | |
| 2283. | | | | | Buy (add'l) | 12/27/19 | K | | |
| 2284. ---STAR FUND | E | Dividend | O | T | | | | | |
| 2285. ---VANGUARD FEDL MONEY MKT FUND ACCT #3 | B | Dividend | J | T | Sold (part) | 02/22/19 | K | | |
| 2286. | | | | | Sold (part) | 03/04/19 | K | | |
| 2287. | | | | | Sold (part) | 03/06/19 | K | | |
| 2288. | | | | | Sold (part) | 03/19/19 | K | | |
| 2289. | | | | | Sold (part) | 04/02/19 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2290. | | | | | Sold (part) | 04/18/19 | L | | |
| 2291. | | | | | Buy (add'l) | 06/20/19 | J | | |
| 2292. | | | | | Sold (part) | 08/06/19 | J | | |
| 2293. | | | | | Sold (part) | 12/20/19 | K | | |
| 2294. ---INVESCO QQQ ETF | B | Dividend | M | T | Buy | 02/20/19 | K | | |
| 2295. | | | | | Buy (add'l) | 02/28/19 | K | | |
| 2296. | | | | | Buy (add'l) | 03/04/19 | K | | |
| 2297. | | | | | Buy (add'l) | 03/15/19 | K | | |
| 2298. | | | | | Buy (add'l) | 03/29/19 | K | | |
| 2299. | | | | | Buy (add'l) | 04/16/19 | K | | |
| 2300. | | | | | Buy (add'l) | 08/02/19 | J | | |
| 2301. | | | | | Buy (add'l) | 12/18/19 | J | | |
| 2302. ---PIMCO ENHANCED SHORT MATURITY ACTIVE ETF | A | Dividend | | | Sold | 02/28/19 | L | | |
| 2303. ---SPDR DOUBLELINE TOTAL RETURN TACTICAL ETF | C | Dividend | L | T | Buy | 02/28/19 | K | | |
| 2304. | | | | | Buy (add'l) | 03/15/19 | K | | |
| 2305. | | | | | Buy (add'l) | 03/29/19 | K | | |
| 2306. ---VANGUARD DIVIDEND APPRECIATION ETF | C | Dividend | M | T | Buy (add'l) | 04/16/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 2307. | | | | | Buy<br>(add'l) | 12/18/19 | K | | |
| 2308. ---VANGUARD TOTAL STOCK<br>MARKET ETF | C | Dividend | M | T | Buy<br>(add'l) | 02/28/19 | J | | |
| 2309. | | | | | Buy<br>(add'l) | 03/04/19 | J | | |
| 2310. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 2311. | | | | | Buy<br>(add'l) | 04/16/19 | K | | |
| 2312. ---PARK AVENUE EQUITY LP (SEE<br>NOTES 6 & 9 IN SECT VIII) | A | Distribution | J | V | | | | | |
| 2313. ---VANGUARD FEDL MONEY MKT<br>FUND ACCT #3A | A | Dividend | J | T | Sold<br>(part) | 03/06/19 | J | | |
| 2314. | | | | | Sold<br>(part) | 03/07/19 | K | | |
| 2315. | | | | | Buy<br>(add'l) | 04/11/19 | J | | |
| 2316. | | | | | Sold<br>(part) | 04/15/19 | J | | |
| 2317. | | | | | Sold<br>(part) | 04/22/19 | K | | |
| 2318. | | | | | Sold<br>(part) | 06/04/19 | J | | |
| 2319. | | | | | Buy<br>(add'l) | 07/12/19 | K | | |
| 2320. | | | | | Buy<br>(add'l) | 07/15/19 | J | | |
| 2321. | | | | | Sold<br>(part) | 07/26/19 | J | | |
| 2322. | | | | | Sold<br>(part) | 08/06/19 | K | | |
| 2323. | | | | | Buy<br>(add'l) | 08/29/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2324. | | | | | Sold (part) | 09/12/19 | J | | |
| 2325. | | | | | Buy (add'l) | 10/16/19 | J | | |
| 2326. | | | | | Buy (add'l) | 10/17/19 | J | | |
| 2327. | | | | | Sold (part) | 11/05/19 | J | | |
| 2328. | | | | | Sold (part) | 12/02/19 | K | | |
| 2329. | | | | | Buy (add'l) | 12/18/19 | J | | |
| 2330. ---ALIBABA GROUP HOLDING LTD COMMON STOCK | | None | K | T | Buy | 11/27/19 | J | | |
| 2331. ---HOME DEPOT INC COMMON STOCK | A | Dividend | K | T | Buy | 11/27/19 | K | | |
| 2332. ---INTUITIVE SURGICAL INC COMMON STOCK | | None | J | T | Buy | 05/31/19 | J | | |
| 2333. ---ISHARES US MEDICAL DEVICES ETF | A | Dividend | K | T | | | | | |
| 2334. ---LIVE NATION ENTERTAINMENT INC | | None | K | T | Buy (add'l) | 07/24/19 | J | | |
| 2335. | | | | | Buy (add'l) | 11/01/19 | J | | |
| 2336. ---MASTERCARD INC CL A COMMON STOCK | A | Dividend | L | T | | | | | |
| 2337. ---MICROSOFT CORP COMMON STOCK | A | Dividend | K | T | Buy | 04/17/19 | K | | |
| 2338. | | | | | Buy (add'l) | 08/02/19 | J | | |
| 2339. ---MONGODB INC COMMON STOCK | | None | J | T | Buy | 08/02/19 | J | | |
| 2340. | | | | | Buy (add'l) | 09/10/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2341. | | | | | Sold (part) | 10/14/19 | J | A | |
| 2342. ---PIMCO ENHANCED SHORT MATURITY ACTIVE ETF | B | Dividend | K | T | | | | | |
| 2343. ---PRIME CAP ODYSSEY GROWTH | D | Dividend | M | T | Sold (part) | 04/10/19 | J | A | |
| 2344. | | | | | Sold (part) | 07/11/19 | K | D | |
| 2345. ---SALESFORCE.COM INC COMMON STOCK | | None | | | Buy | 03/05/19 | K | | |
| 2346. | | | | | Buy (add'l) | 05/31/19 | J | | |
| 2347. | | | | | Buy (add'l) | 08/02/19 | J | | |
| 2348. | | | | | Sold | 08/27/19 | K | A | |
| 2349. ---TELADOC HEALTH INC COMMON STOCK | | None | K | T | Buy | 08/27/19 | K | | |
| 2350. ---UNITEDHEALTH GROUP INC COMMON STOCK | A | Dividend | | | Buy (add'l) | 03/04/19 | J | | |
| 2351. | | | | | Buy (add'l) | 04/11/19 | J | | |
| 2352. | | | | | Sold (part) | 05/31/19 | J | | |
| 2353. | | | | | Sold (part) | 07/11/19 | J | | |
| 2354. | | | | | Sold (part) | 08/27/19 | J | | |
| 2355. | | | | | Sold | 10/15/19 | J | A | |
| 2356. ---VANGUARD DIVIDEND APPRECIATION ETF | B | Dividend | L | T | | | | | |
| 2357. TRUST #7 (SEE NOTE 4 IN SECT VIII) (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2358. ---CITIBANK CHECKING ACCOUNT | | None | J | T | | | | | |
| 2359. OCH ZIFF - CLASS ACTION SETTLEMENT (NOTE 23 SECT VIII) | D | Distribution | | | | | | | |
| 2360. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ALL FOOTNOTES RELATE TO SECTION VII

GENERAL NOTE: Based on information obtained from the Financial Disclosure Office, it is the understanding of this Report's preparer that there were no substantive changes to the instructions accompanying the 2019 Financial Disclosure Report. As such, the preparer used the same format as the prior year to produce this report.

NOTE 1: If a 2019 K-1 is issued for this entity, it is a non-traded entity, and there is an investment remaining at year-end, all activity (interest, dividends, capital gains, ordinary income, etc.) was netted together, and, if that net figure was larger than the required income threshold, it was included in Column B.(1) with Column B.(2) noting "Distribution." If the K-1 activity netted to a loss, then Column B.(1) was left blank and "None" was included in Column B.(2). If the entity (non traded) received distributions during the year, those amounts are included as transactions in Column D. regardless of K-1 amounts included in Column B.

If the interest was either sold or fully withdrawn from during the reporting year, the capital gain amount is included in Column D along with other transaction details. The remaining K-1 figures were netted together, and if larger than the required income threshold, included in Column B.(1) with Column B.(2) noting "Distribution."

Both of the above approaches were obtained from Mr. George Reynolds, former Financial Disclosure Report Examiner.

If a 2019 K-1 is issued for this investment, and it is traded, all K-1 information is summed and if it meets the required income threshold, reported in Column B.(1) with Column B.(2) noting "Distribution." If the K-1 netted to a loss, then "NONE" is included in Column B.(2). If the traded partnership made distributions throughout the year, the sum total of all the distributions was included in the amount reported in Column B.(1).

NOTE 2: Reporting person's ▨ is either the Trustee or the Investment Trustee of this Trust and the Trust was formed by the reporting person and/or her ▨ . Therefore, its assets are deemed reportable.

NOTE 3: For the contracts that were opened (sold short), any related gains that occur will be included on the FDR when the options either expire or require action. When closing a contract requires the purchase of shares, the transaction may produce a gain if the amount received when the option was sold is more than the amount required to purchase the shares at the closing of the contract. There is no year end value reported because the contracts had no value at the end of 2019. Please note that if a contract is opened and closed in the same year, the two transactions are included on successive lines and refer to the same contract.

NOTE 4: The trust holds two term life insurance policies and a non-interest bearing checking account. The term life policies are not reportable because they are not investment assets and they have no value. Sue Issa, Financial Disclosure Report Examiner, confirmed that the term life insurance policies are not reportable. The trust and the checking account are included on this report as Trust #7.

NOTE 5: There are many investments in non-public companies. The estimated market values used for all such investments, unless otherwise noted, are the amounts shown either on the 12/31/2019 valuation from the fund or on the family's books as of 12/31/2019. The reporting family's book amounts are based upon the current knowledge of the worth of such companies, available company issued reports and the cost of the initial investment, less distributions plus additional investments, if no updated value is available.

NOTE 6: Either the Ending Capital Account value from the entity's 2019 K-1, or an estimate of the same, was used to determine the year-end value code for Column C.(1).

NOTE 7: For those entities which issued K-1s, if the K-1 netted to a loss but there was another source of income from the entity, the source of the other income and the related income are included. If there was K-1 income and an additional source of income, both amounts were summed to determine the code for Columns B.(1) and "Distribution" is noted in Column B.(2).

NOTE 8: Neither the income nor the cash balance at year end met the threshold for reporting. However, since the cash account is associated with either a reportable investment or financial institution that is listed separately on this report, the account is deemed reportable.

NOTE 9: There is a limited partnership interest in this entity. The Financial Disclosure Report instructions no longer offer specific guidance on this type of investment. Per my discussion with an examiner in the Financial Disclosure Office on March 22, 2019, this partnership should be presented the same way as it has been in the past. Since neither the filer nor her spouse can direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity, the assets held by the partnership are not reportable (in accordance with previous Financial Disclosure Instructions).

If the partnership had a capital call for an investment in a specific company, either "Buy" or "Buy (add'l)" is noted. The name of the underlying company is not listed. Further, if the partnership distributed funds for any reason (sale of underlying asset, return of capital, current income, etc), "Distributed (part)" is listed in Column D.(1).

The entity's K-1 is considered the source document for all income from this investment (including capital gains/losses). All K-1 activity was netted together and if greater than the required income threshold, included in Column B.(1) with Column B.(2) noting "Distribution." If the K-1 activity netted to a loss, then Column B.(1) was left blank and "None" was included in Column B.(2).

NOTE 10: There are several Sentinel Partnerships including Sentinel IV, V and VI. The Financial Disclosure Report instructions no longer offer specific guidance on this type of investment. Per my discussion with a Financial Dislcosure Examiner on March 22, 2019, these Partnerships should be presented the same way as they have been in the past. For previous reports, portfolio companies were listed separately because the filer's spouse could potentially direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity (in accordance with previous Financial Disclosure Instructions).

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

There are both limited partner and general partner interests. For this report, the K-1 information for both interests is combined and included on one line. This approach matches the way the Funds' portfolio companies are included on this report.

Each year, there are K-1s issued for these partnerships. The K-1s summarize all of the ordinary income (loss), portfolio income, capital gains/losses, etc., for all of the underlying companies. To avoid double counting, if an underlying company was sold, the capital gain/loss is included on the line where the actual company is listed and is excluded from the K-1 income reported in Column B.(1) for each of the partnerships.

The remaining K-1 items were netted together. If the net amount was larger than the required income threshold, that amount was included in Column B.(1) with Column B.(2) noting "Distribution." If the K-1 activity netted to a loss, then "None" is included in Column B.(2). As a result, since all K-1 activity is accounted for at the partnership level, the underlying companies which are listed separately do not show any income in Column B.(1) (unless there is an item that is not included on the K-1).

Generally, there are no year-end market values listed for the Partnerships because the portfolio companies are listed separately. If a market value code is shown, it is most likely due to an unclassified investment piece.

NOTE 11: Either this investment was sold or the private equity fund LP was dissolved in a prior year. So, although the reporting family received distributions (e.g. escrow, dividends, etc) and/or a K-1, there is no year-end value to report. If the entity was issued a K-1, any income was summed and included in Column B.(1) with Column B.(2) noting "Distribution.".

NOTE 12: Sentinel Capital purchased two portfolio companies using cash it had on hand. As of 12/31/19, it had not yet asked Limited Partners to fund the investment via capital call. As such, there is a corresponding liability listed in Section VI.

NOTE 13: The filer's _____ is the sole shareholder of this S Corporation. The company's assets are limited to office furniture, office equipment, a checking account and a money market account. The value used to determine the year-end valuation code was the checking/money market account balances, A/R and the office furniture and equipment balance (less accumulated depreciation).

NOTE 14: For the money market funds, if the investment bank could not produce a report showing mmf activity, preparer reviewed all 2019 cash activity for the investment account because all activity is funded by the associated money market fund. For amounts over the reporting threshhold, preparer assumed the amount was swept from/into the money market fund and included the information on this report.

NOTE 15: This investment is made through one of the Sentinel Partnerships. Per my discussion with a Financial Disclosure Examiner on March 22, 2019, the aforementioned Partnerships' holdings should be listed individually on this report as they have been in the past. Therefore, this portfolio company is deemed reportable. See Note 10 for further information.

All transactions (investments, sales and related gain/(loss), etc.) are reported for the company. If a company paid a dividend/distribution, it is included in Column B. and noted as "Distribution." Any K-1 income (excluding gain/(loss) on sales) attributable to the company, however, is included in the partnership's line. If income was received separate from the K-1, it is recorded on the portfolio company's line in Column B. If the reporting person carries no year end value for a portfolio company, there is no year end value included in Column C of this report. But, the company is still noted on this report because it is a portfolio company of a reportable limited partnership. See Note 10 for more information.

For purposes of this report, deemed contributions/distributions that occurred in 2018, are dated as of the end of the quarter in which they were deemed to have occurred.

NOTE 16: Gains/Losses on Foundation activity are included on a tax basis.

NOTE 17: DowDupont was split into three companies: Dow, Dupont and Corteva. All three companies are noted on this report as spin-offs. As such, there is no remaining value for DowDupont to be reported in Column C.1. at 12/31/2019.

NOTE 18: The reporting person's _____ is expecting a 2019 K-1 from this entity. The K-1 is for a carried interest allocation due to a relationship with the original Vestar funds not because the reporting family made an investment in the entity. All the income lines were summed and included on this report in Column B and noted as "Distribution." Since there is no investment in this partnership, there is no year-end value to report.

NOTE 19: The reporting person's _____ has a beneficial interest in this trust. Therefore, its assets are deemed reportable.

NOTE 20: There are no codes in Columns B and C because all assets are listed separately on this report.

NOTE 21: If there is no year-end value it is because this asset was completely sold on various dates in 2019. The final piece was sold in a transaction that did not meet the $1,000 reporing requirement. If there is a year-end value and the description has an (x) next to it with no transactions noted, it is because the year-end position was amassed through more than one non-reportable transaction.

NOTE 22: This footnote was only needed for the original filing. It is not necessary for the amended report because all K-1s have now been received and compared to orignal estimates.

NOTE 23: Filer's _____, filer and the family's Foundation received class action litigation settlement checks related to Och Ziff. For purposes of this report, preparer summed all of the checks and reported the total as Distribution Income. Any Och Ziff investments were sold prior to 2019.

| Name of Person Reporting | Date of Report |
|---|---|
| **Wood, Kimba M.** | 10/05/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/05/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kimba M. Wood**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544